United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**22-CV-07023(JMA)(LGD)**

1) indicated that this case is related to the following case(s):

22 CV 06933(GRB)(AYS)