UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X

JHISAIAH MYERS, on behalf of himself
and all others similarly situated,

Civil Action No. 22-cv-07023(JMA)(LGD)

Plaintiff,

v.

**NOTICE OF APPEARANCE**

COUNTY OF NASSAU, NASSAU
COUNTY CIVIL SERVICE
COMMISSION, and NASSAU COUNTY
POLICE DEPARTMENT,

Defendants.

---------------------------------------- X

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE** that Tiffany S. Fordyce of Greenberg Traurig, LLP, an attorney authorized to practice in this court via *pro hac vice*, hereby appears as attorney for Defendants County of Nassau, Nassau County Civil Service Commission, and Nassau County Police Department and hereby requests that she be notified of all filings by ECF.

| | |
|---|---|
| Dated: Garden City, New York<br>March 6, 2023 | GREENBERG TRAURIG, LLP<br><br>By: *s/ Tiffany S. Fordyce*<br>*Attorneys for Defendants, County of Nassau, Nassau County Civil Service Commission, and Nassau County Police Department*<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601<br>(312) 456-8400<br>Email: fordycet@gtlaw.com<br><br>*Pro Hac Vice Admission* |

TO:  All Counsel of Record (By ECF)