UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHISAIAH MYERS, on behalf of himself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>COUNTY OF NASSAU, NASSAU COUNTY CIVIL SERVICE COMMISSION, and NASSAU COUNTY POLICE DEPARTMENT,<br><br>        *Defendants*. | Docket No. 2:22-cv-07023<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that, upon the annexed declaration of Kamil R. Ammari, and subject to the approval of the Court, Kamil R. Ammari withdraws as counsel for Plaintiff Jhisaiah Myers and the Class in the above-captioned action. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the aforementioned parties in this proceeding.

Dated: New York, New York
        May 17, 2023

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

/s/ *Kamil R. Ammari*
Kamil R. Ammari
1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3189
Fax: (212) 492-0189
Email: kammari@paulweiss.com

*Counsel for Plaintiff and the Class*

SO ORDERED:

_____

Hon. Joan M. Azrack, U.S.D.J.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JHISAIAH MYERS, on behalf of himself and all others similarly situated,<br><br>        *Plaintiff*,<br><br>v.<br><br>COUNTY OF NASSAU, NASSAU COUNTY CIVIL SERVICE COMMISSION, and NASSAU COUNTY POLICE DEPARTMENT,<br><br>        *Defendants*. | Docket No. 2:22-cv-07023<br><br>**DECLARATION OF KAMIL R. AMMARI** |

I, KAMIL R. AMMARI, declare as follows:

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP and counsel for Plaintiff and the Class. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Paul, Weiss will continue to represent the aforementioned parties in this matter.

3. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
         May 17, 2023

                                          By:  */s/ Kamil R. Ammari*
                                                   Kamil R. Ammari