

Mark J. Lesko
2317 Montauk Hwy
Bridgehampton, NY 11932
T: +1 631-994-2408
C: +1 631-682-9666
mark.lesko@gtlaw.com

October 12, 2023

<u>Via Email</u>

| | | |
|---|---|---|
| Law Offices of Frederick K. Brewington | Newman Ferrara LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Frederick K. Brewington | Randolph M. McLaughlin | Lorin L. Reisner |
| Albert Darnell Manuel, III | Debra Sue Cohen | Liza M. Velazquez |
| Cobia Malik Powell | 1250 Broadway, 27th Floor | Johan E. Tatoy |
| 556 Peninsula Blvd. | New York, NY 10001 | 1285 Avenue of the Americas |
| Hempstead, NY 11550 | rmclaughlin@nfllp.com | New York, NY 10019 |
| fred@brewingtonlaw.com | dcohen@nfllp.com | lreisner@paulweiss.com |
| a.shamel.manuel@brewingtonlaw.com | | lvelazquez@paulweiss.com |
| cobia.powell@brewingtonlaw.com | | jtatoy@paulweiss.com |
| leah.jackson@brewingtonlaw.com | | |

**Re:** *Myers v. County of Nassau et al*, 22-cv-07023-OEM-LGD

Dear Counsel:

As you know, we represent the County of Nassau ("County"), Nassau County Civil Service Commission ("CSC"), and Nassau County Police Department ("NCPD") (collectively "Defendants") in the above matter. Pursuant to Judge Merchant's Individual Rule III.F.1, we enclose for service:

- Defendants' Notice of Motion;
- Defendants' Memorandum of Law in Support of their Motion to Dismiss or, in the alternative, Strike the Class Action Allegations and Deny Class Certification; and
- Declaration of Mark J. Lesko, with Exhibits A through E (collectively, the "Motion").

In accordance with Judge Merchant's Rules, we will file the Motion, and all other papers related to the Motion, once the Motion has been fully briefed.

Very truly yours,

GREENBERG TRAURIG, LLP

By: *Mark J. Lesko*
      Mark J. Lesko

cc: Honorable Orelia E. Merchant (via ECF)