

Mark J. Lesko
900 Stewart Avenue, 5th Floor
Garden City, NY 11530
T: +1 631-994-2408
C: +1 631-682-9666
mark.lesko@gtlaw.com

November 28, 2023

<u>**Via Hand Delivery**</u>
Honorable Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East - Courtroom: 6C South
Brooklyn, New York 11201

   Re: *Myers v. County of Nassau, et al.*, 22-cv-07023-OEM-LGD

Dear Judge Merchant:

This Firm represents the County of Nassau ("County"), Nassau County Civil Service Commission ("CSC"), and Nassau County Police Department ("NCPD") (collectively "Defendants") in the above matter. Pursuant to Your Honor's Individual Rules II.D. and III.F.2, we enclose courtesy copies of:

- Defendants' Notice of Motion (DE 37);
- Defendants' Memorandum of Law in Support of their Motion to Dismiss or, in the alternative, Strike the Class Action Allegations and Deny Class Certification (DE 38);
- Declaration of Mark J. Lesko, with Exhibits A through E (DE 40, 41);
- Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss (DE 39); and
- Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss (DE 42).

Pursuant to Individual Rule III.F.2, a copy of this letter will be sent today to Magistrate Judge Dunst and to opposing counsel, and will also be electronically filed.

We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        GREENBERG TRAURIG, LLP

                                        By: *Mark J. Lesko*
                                             Mark J. Lesko

cc:   All Parties (via email and ECF)
      Magistrate Judge Lee G. Dunst (via UPS and ECF)

Enclosures