PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS  NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3250

WRITER'S DIRECT FACSIMILE
(212) 492-0250

WRITER'S DIRECT E-MAIL ADDRESS
lreisner@paulweiss.com

February 21, 2024

Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Myers* v. *County of Nassau et al.*, No. 2:22-CV-07023-OEM-LGD

Dear Judge Dunst:

Pursuant to the Court's Order dated February 6, 2024, the parties to the above-captioned action conferred and write jointly to respectfully propose the following schedule for the remaining fact discovery, expert discovery, commencement of dispositive motion practice, and filing of a proposed joint pretrial order.

- Fact discovery completed by December 2, 2024.

- Exchange of initial expert reports completed by February 3, 2025.

- Exchange of all expert reports completed by March 28, 2025.

- Completion of expert discovery completed by June 10, 2025.

- Submission of joint certification of completion of all discovery completed by June 30, 2025.

- Commencement of dispositive motion practice completed by July 20, 2025.

- Filing of proposed joint pretrial order: 45 days following rulings on dispositive motions.

Respectfully submitted,

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | GREENBERG TRAURIG, LLP |
| By: */s/ Lorin L. Reisner*<br>Lorin L. Reisner<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 373-3250 | By: */s/ Mark J. Lesko*<br>Mark J. Lesko<br>900 Stewart Avenue, 5th Floor<br>Garden City, NY 11530<br>Tel: (516) 629-9600 |
| *Attorneys for Plaintiff Jhisaiah Myers* | *Attorneys for Defendants County of Nassau, Nassau County Civil Service Commission, and Nassau County Police Department.* |