PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

DIRECT DIAL: +1 212 373 3250
EMAIL: LREISNER@PAULWEISS.COM

BRUSSELS
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

April 11, 2025

By Email

Mark J. Lesko, Esq.
Greenberg Traurig, LLP
900 Stewart Ave.
Garden City, NY 11530
mark.lesko@gtlaw.com

Re: *Myers* v. *County of Nassau*, Docket No. 22-CV-7023-SJB-LGD

Dear Counsel:

    As you know, together with co-counsel, we represent Plaintiff in the above-referenced case. Pursuant to Judge Bulsara's Individual Practices for Civil and Criminal Cases Rule VI.D, we are serving today by email and first-class mail the following:

- Plaintiff's Notice of Motion for Leave to File Amended Complaint;
- Plaintiff's Memorandum of Law in Support of Motion for Leave to File Amended Complaint;
- Declaration of Lorin L. Reisner, dated April 11, 2025, with Exhibits A through H (collectively, the "Motion").

    In accordance with Judge Bulsara's Rules, we will file the Motion, and all other papers related to the Motion, once the Motion has been fully briefed.

Very truly yours,

*/s/ Lorin L. Reisner*

Lorin L. Reisner

cc:    Honorable Sanket J. Bulsara (by ECF)
        All Counsel of Record (by email)