PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

DIRECT DIAL: +1 212 373 3250
EMAIL: LREISNER@PAULWEISS.COM

BRUSSELS  TOKYO
HONG KONG  TORONTO
LONDON  WASHINGTON, DC
LOS ANGELES  WILMINGTON
SAN FRANCISCO

April 30, 2025

**VIA ECF**

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re*: *Myers* v. *County of Nassau*, Docket No. 22-CV-7023-SJB-LGD (E.D.N.Y.)

Dear Judge Bulsara:

      Our firm is co-counsel for plaintiff in the above-captioned case. We are writing to inform the Court that we are withdrawing plaintiff's motion to amend the complaint. We separately have notified opposing counsel. Mr. Echeverria informed us yesterday that he does not wish to serve as a named plaintiff for personal reasons.

      Respectfully yours,

      */s/ Lorin L. Reisner*

      Lorin L. Reisner

cc:    All Counsel of Record (by ECF)