UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
JHISAIAH MYERS, on behalf of himself and all others similarly situated,

                Plaintiff,

v.

COUNTY OF NASSAU, NASSAU COUNTY CIVIL SERVICE COMMISSION, and NASSAU COUNTY POLICE DEPARTMENT,

                Defendants.
------------------------------------------------------------------- x

Civil Action No.: 22-cv-7023

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Mark J. Lesko of La Pinta, Lesko & Miskiewicz P.C., hereby withdraws as counsel for Defendants County of Nassau, Nassau County Civil Service Commission, and Nassau County Police Department. All pleadings, orders, and other papers should continue to be served to counsel of record at Greenberg Traurig, LLP. The Court and counsel for Defendants are respectfully requested to remove Mark J. Lesko, as he is no longer with Greenberg Traurig, LLP, from the service list for this action.

Dated: July 11, 2025
       Hauppauge, New York

                              Respectfully submitted,

                              **LA PINTA, LESKO & MISKIEWICZ P.C.**

                        By:    s/ *Mark J. Lesko*
                                  Mark J. Lesko
                                  200 Vanderbilt Motor Parkway
                                  Suite C-17
                                  Hauppauge, New York 11788
                                  mlesko@lapintalesko.com

TO:    All Counsel of Record (By ECF)