

Katy Cole
Tel 516.629.9606
Fax 516.706.8666
Katy.Cole@gtlaw.com

October 16, 2025

**BY EMAIL AND ECF**
Lorin L. Reisner
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, New York 10019-6064

Re:   *Myers v. County of Nassau*, 22-CV-7023-SJB-LGD (E.D.N.Y.)

Dear Counsel:

On behalf of Defendant County of Nassau, we served the following documents by email on October 15, 2025, in accordance with the Court's Orders dated January 2, 2025 (DE 79) and January 24, 2025 and Judge Bulsara's Individual Rule VI.D:

- Memorandum of Law in Opposition to Plaintiff's Motion for Class Certification;

- Declaration of Kathryn C. Cole in Opposition to Plaintiff's Motion for Class Certification with Exhibits A through AD, including the Rebuttal Expert Reports of Daniel J. Busken and Paul F. White, Ph.D., dated October 15, 2025;

- Declaration of Christopher V. Todd, Esq., in Opposition to Plaintiff's Motion for Class Certification; and

- Declarations of P.O.'s Dominique Stewart, Antonio Boles, Jeremy Vasquez, and Erik Kondak.

In accordance with Judge Bulsara's Individual Rule VI.D. we are filing today on the docket this letter confirming service of the above documents. As discussed with Mr. Tatoy on September 10, 2025, we look forward to meeting and conferring about sealing and/or redacting of exhibits consistent with Judge Bulsara's Individual Rule III.G.1. Please let us know your availability.

Best Regards

Kathryn C. Cole

cc:   Honorable Sanket J. Bulsara (by ECF)
      All Counsel of Record (by email)

Greenberg Traurig, LLP | Attorneys at Law
900 Stewart Avenue | Garden City, New York 11530 | T +1 516.629.9600 | F +1 516.706.8666

www.gtlaw.com