UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jhisaiah Myers, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>     - against -<br><br>County of Nassau,<br><br>         Defendant. | Case No. 22-CV-7023-SJB-LGD |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

  **PLEASE TAKE NOTICE** that Michael J. Pisem of Paul, Weiss, Rifkind, Wharton & Garrison LLP, an attorney authorized to practice in this court, is hereby entering an appearance as counsel of record for plaintiff Jhisaiah Myers.

Dated: New York, New York
    November 3, 2025

                 PAUL, WEISS, RIFKIND, WHARTON &
                  GARRISON LLP

                 By: */s/ Michael J. Pisem*
                    Michael J. Pisem

                 1285 Avenue of the Americas
                 New York, New York 10019
                 (212) 373-3983
                 mpisem@paulweiss.com

                 *Attorneys for Plaintiff and the*
                  *Proposed Classes*