# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

November 21, 2025

**VIA ECF**

Honorable Lee G. Dunst
United States Magistrate Judge
United States Courthouse
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:   *Myers* v. *County of Nassau*, No. 22-cv-07023-SJB-LGD (E.D.N.Y.)

Dear Magistrate Judge Dunst:

      Pursuant to the Court's September 28, 2025 Order, the parties, by their respective counsel, respectfully submit this Joint Status Report to the Court.

**Class Certification Motion**

      On August 15, 2025, Plaintiff's motion for class certification and supporting papers were served on Defendant.  On October 15, 2025, Defendant served its opposition and supporting papers on Plaintiff.  Pursuant to the Court's June 20, 2025 Order ("June 20 Order") and Judge Bulsara's Individual Rule VI.D, Plaintiff will file by ECF on November 24, 2025, his motion for class certification and related papers, Defendant's opposition and related papers, and Plaintiff's reply in further support of his motion for class certification and related papers.

      The parties intend to file today a joint motion to seal specific portions of certain exhibits to the class certification papers.

**Supplemental Discovery Related to Class Certification**

      The parties have completed supplemental discovery related to Defendant's Opposition to Class Certification in accordance with the Court's June 20 Order.

**Expert Depositions**

      On October 15, 2025, the parties exchanged rebuttal expert reports.  Second depositions of Plaintiff's experts, Dr. Thomas A. DiPrete and Dr. Charles Scherbaum, are scheduled for November 24 and December 9, respectively.  Second depositions of Defendant's experts, Daniel

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Busken and Paul White, are scheduled for December 5 and December 9, respectively. Pursuant to the June 20 Order, expert discovery (except relating to damages) will be completed by December 10, 2025.

Respectfully submitted,

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, *Counsel for Plaintiff* | GREENBERG TRAURIG, LLP, *Counsel for Defendant* |
| By: */s/ Lorin L. Reisner*<br>     Lorin L. Reisner | By: */s/ Kathryn C. Cole*<br>     Kathryn C. Cole |