**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Jhisaiah Myers, on behalf of himself and all others similarly situated,

                        Plaintiff,

          v.

County of Nassau,

                        Defendant.

Case No. 22-CV-7023-SJB-LGD

## NOTICE OF JOINT MOTION
## TO FILE CERTAIN DOCUMENTS REDACTED OR UNDER SEAL

      PLEASE TAKE NOTICE, that upon the accompanying memorandum of law and all prior proceedings had herein, Plaintiff Jhisaiah Myers ("Plaintiff") and Defendant County of Nassau ("Defendant," and together with Plaintiff, the "Parties"), by and through the undersigned counsel of record, jointly move this Court before the Honorable Sanket J. Bulsara, United States District Judge for the Eastern District of New York, 100 Federal Plaza, Courtroom 930, Central Islip, New York 11722, pursuant to Your Honor's Individual Practice Rule III.G., for an Order granting leave to file under seal or in redacted form certain exhibits and other papers in support of and in opposition to Plaintiff's Motion for Class Certification.

Dated: November 21, 2025

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | GREENBERG TRAURIG, LLP |
| /s/ Lorin L. Reisner | /s/ Kathryn C. Cole |
| Lorin L. Reisner | Jonathan L. Sulds |
| Liza M. Velazquez | Tiffany S. Fordyce (pro hac vice) |
| Johan E. Tatoy | Kathryn C. Cole |
| B. Aubrey Smith | Paige D. Bartholomew |
| Maria Helen Keane | Zachary A. Pestine (pro hac vice) |
| | Kevin Murray |
| 1285 Avenue of the Americas | 900 Stewart Ave, 5th Floor |
| New York, New York 10019-6064 | Garden City, New York 11530 |
| 212 373-3000 | 516 629-9600 |
| lreisner@paulweiss.com | |
| lvelazquez@paulweiss.com | *Attorneys for Defendant County of Nassau* |
| jtatoy@paulweiss.com | |
| asmith@paulweiss.com | |
| mkeane@paulweiss.com | |

- and -

**THE LAW OFFICES OF FREDERICK K. BREWINGTON**

Frederick K. Brewington
556 Peninsula Blvd.
Hempstead, NY 11550
516-489-6959
fred@brewingtonlaw.com

- and -

**NEWMAN FERRARA LLP**

Randolph M. McLaughlin
1250 Broadway, 27th Floor
New York, NY 10001
212-619-5400
rmclaughlin@nfllp.com

*Attorneys for Plaintiff and the Proposed Class*

2