# EXHIBIT 10



# The Nassau County Charter

Prepared by the
Nassau County Attorney's Office

January 1, 2024

# County Government Law of Nassau County: The Nassau County Charter

## January 1, 2024

## Verification of text:

The annexed has been reviewed and edited through January 1, 2024. Text may be compared for verification to the enacting and amending legislation. Such legislation can be obtained from the Office of the Clerk of the Legislature at (516) 571-4252 or online at

http://www.nassaucountyny.gov/525/Local-Laws.

In case of any discrepancy between this compilation and the local laws as enacted by the Legislature, the latter shall be determinative.

The County is not responsible for any errors or omissions in this publication. Footnotes, words in brackets and parentheticals containing dates of enactment are not part of this Charter.

## Other laws:

Users should be aware that, in addition to the County Charter, local laws enacted by the County Legislature are codified in the Nassau County Administrative Code and the Miscellaneous Laws of Nassau County. Both the Administrative Code and the Miscellaneous Laws are also available on the County website.

The County Legislature also acts by Ordinance and Resolution. Ordinances and Resolutions are not codified, but the proceedings of the Legislature are available through the office of the Clerk of the Legislature and at:

http://www.mccinnovations.com/weblink/Browse.aspx.

County Government Law of Nassau County
Laws 1936, Chapter 879, as Amended*

AN ACT providing an alternative form of government for certain counties and providing for the submission of the same to the electors of any such county.

Became a law June 5, 1936, with the approval of the Governor. Passed on message of necessity three-fifths being present.

This act became effective in Nassau County January 1, 1938. Amendments thereto by L. 1937, Ch. 618 were made before such act was approved by the electors.

The People of the State of New York, represented in Senate and Assembly do enact as follows-

Alternative Form of Government for
Certain Counties

Article

| | | |
|---|---|---|
| I. | The County Legislature. | (§§ 101-115.) |
| I-A. | Local laws. | (§ 162.) |
| I-B. | The Office of Legislative Budget Review. | (§§ 180-184.) |
| I-C. | Office of the Inspector General, Nassau County. | (§§ 185-194.) |
| II. | Executive. | (§§ 201-209.) |
| III. | Budget. | (§§ 201-309.) |
| IV. | Comptroller. | (§§ 401- 405.) |
| V. | County Treasurer. | (§§ 501-503.) |
| VI. | Department of Assessment. | (§§ 601-609.) |
| VII. | Department of Shared Services. | (§§ 701-705.) |
| VIII. | Department of Police. | (§§ 801-804.) |
| IX. | Department of Health. | (§§ 901-906.) |
| X. | Department of Human Services. | (§§ 1001-1006.) |
| XI. | County Attorney. | (§§ 1101-1124.) |
| XII. | Department of Public Works. | (§§ 1201-1237.) |

XIII.     Department of Civil Service.  (§§ 1301-1309.)

XIV.      Franchises.  (§§ 1401-1405.)

XV.       Districts, Towns, Villages and Cities.  (§§ 1501-1502.)

XVI.      Division of Planning.  (§§ 1601-1611.)

XVII.     Fire Commission.  (§§ 1701-1707.)

XVIII.    County Debt Commission.  (§§ 1801-1807.)

XIX.      County Clerk. (§§ 1901-1902.)

XX.       Sheriff (§§ 1901-2004.)

XXI.      Miscellaneous Officers.  (§§ 2102-2115.)

XXI-A.    Department of Information Technology.  (§§ 2150-2151.)

XXI-B.    Department of Consumer Affairs (§§ 2157-2161)

XXI-C.    Department of Parks, Recreation and Museums. (§§ 2164-2165)

XXII.     General Provisions.  (§§ 2201-2220.)

XXIII.    Elections.  (§§ 2301-2305.)

XXIV.     District Court; Organization and Jurisdiction.  (§§ 2401-2449.)

XXV.      Repealed

XXVI.     Application of act; when and how operative and effective.  (§ 2601-2607.)

ARTICLE XIII DEPARTMENT OF CIVIL SERVICE

Section
- 1301. Department established.
- 1302. Organization of commission: employees.
- 1303. Powers and duties of commission.
- 1304. Classified service.
- 1305. Classification within classified service.
- 1305-a Non-competitive and labor class employees.
- 1306. Effect of this act on present employees.
- 1307. Reclassification; salary standardization.
- 1308. Roster; certification of payrolls.
- 1309. Enforcement of this article.

§ 1301. **Department established.** There shall be a Department of Civil Service, of which the head shall be the County Civil Service Commission. The commission shall consist of three members, appointed for terms of six years, except that the first appointments shall be for terms of six, four and two years, respectively. Not more than two members of the civil service commission shall at any one time be members of the same political party. The members of the civil service commission shall hold no other office under the United States, the State of New York, or any county, town, city, village, school district or special district; nor shall they serve on any political committee or take an active part in the management of any political campaign. They may be removed only as provided in the civil service law of the state for municipal civil service commissions.

§ 1302. **Organization of commission; employees.** The civil service commission shall annually elect one of its members chairman. It shall appoint a secretary and chief examiner, and such other officers and employees, within the appropriation therefore, as it shall deem necessary for the performance of its duties. The secretary and chief examiner shall be a person skilled in the principles and methods of personnel administration and shall perform such duties as may be required by the commission.

§ 1303. **Powers and duties of commission.** Except as provided in this article, the County Civil Service Commission shall have, with reference to the civil service of the county, the powers and duties of a municipal civil service commission as provided in the civil service law of this state, and shall be subject to supervision and control by the state civil service commission as are municipal civil service commissions. The County Executive shall have the powers and duties, with reference to the County Civil Service Commission, of the mayor of a city, under the said civil service law, except as provided in this act.

§ 1304. **Classified service.** All officers and employees of the county and of all departments, offices, institutions and agencies thereof, except special district employees, shall be members of the classified service, except the following: