UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JHISAIAH MYERS, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

COUNTY OF NASSAU,

        Defendant.
---------------------------------------------------------------x

Civil Action No.: 22-cv-7023(SJB)(LGD)

**DECLARATION OF DOMINIQUE STEWART IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, **Dominique Stewart**, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I currently serve as a Detective in the Nassau County Police Department ("NCPD"). I make this declaration in support of Defendant County of Nassau's Opposition to Plaintiff's Motion for Class Certification. The information set forth herein is based on my personal knowledge, except for those statements made on information and belief, and as to those statements, I believe them to be true. If called upon to testify, I could and would competently do so.

2. I identify as African-American.

3. Prior to my employment by the NCPD, I was a police officer for the New York City Police Department ("NYPD").

4. I believe obtaining employment as a police officer in NYPD is easier than in NCPD because NYPD is a far bigger police department. I understand that NYPD hires far more officers than NCPD, making the NCPD process more competitive.

1

5. I currently serve as a Detective in Nassau County's Second Precinct. Prior to this, I was a Detective in Nassau County's Fifth Precinct, and prior to that I served as a Patrol Officer in Nassau County's Third Precinct.

6. I took the NCPD's 2018 Exam as part of the Exam Cycle. Ultimately, I passed all phases of the application process, and was sworn in on December 11, 2020.

7. One of the phases of the Exam Cycle's application process was the background investigative phase ("BI Phase").

8. During the BI Phase, I had an interview with an investigator from the Applicant Investigation Unit ("AIU"). The AIU investigator interviewed me, and inquired about many topics such as my educational background, my associates, my social media usage, my driving history, any drug history and any criminal background.

9. Prior to applying to NCPD, I had been issued four traffic tickets between 2010 and 2015.

10. I had also been in one auto accident as a driver, in which I was determined to be not at fault. There were no personal injuries, and no litigation resulted.

11. Sometime in 2018, I had also once misplaced a small medical bill and had $69 of delinquent debt, but realized what happened and paid it in full the following month.

12. Despite this history, I passed the BI Phase and eventually became an NCPD police officer.

13. At no time during the interview with the AIU investigator did I feel that I was being treated differently based on my race or ethnicity, nor did I feel that way at any time during the Exam Cycle.

14. My duties as an officer for NCPD have always included driving a vehicle. It is an essential part of the job of Nassau County Police Officers to drive safely, and also to demonstrate respect for the law and the safety of other officers.

15. My role as a patrol officer required that I issue traffic tickets when drivers violated vehicle and traffic laws, including tickets for illegal window tints.

16. Tinted windows are a major safety hazard for police officers. When I performed a traffic stop, I did not know anything about the individuals inside the vehicle or any weapons they might possess. This is made more dangerous when I have to approach a car but cannot see inside. Tinted windows present a significant safety risk to officers because drivers or passengers can have weapons that the officer cannot see until it is too late.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2025 in Woodbury, New York.

_____
Detective Dominique Stewart