# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

December 23, 2025

**VIA ECF**

Honorable Lee G. Dunst
United States Magistrate Judge
United States Courthouse
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re:   *Myers* v. *County of Nassau*, No. 22-cv-07023-SJB-LGD (E.D.N.Y.)

Dear Magistrate Judge Dunst:

  We write in response to the Court's December 17, 2025 Order. Counsel for all parties are available on January 30, 2026 at 9:30 a.m. for a settlement conference.

Respectfully submitted,

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, *Counsel for Plaintiff* | GREENBERG TRAURIG, LLP, *Counsel for Defendant* |
| By: */s/ Lorin L. Reisner*<br>  Lorin L. Reisner | By: */s/ Kathryn C. Cole*<br>  Kathryn C. Cole |

cc:   All Counsel of Record (via ECF)