# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

January 26, 2026

<u>**VIA ECF**</u>

Honorable Lee G. Dunst
United States Magistrate Judge
United States Courthouse
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Myers* v. *County of Nassau*, No. 22-cv-07023-SJB-LGD (E.D.N.Y.)

Dear Magistrate Judge Dunst:

In accordance with your Honor's December 29, 2025 Order regarding the expected participants at the settlement conference scheduled for January 30, 2026, listed below are the expected attendees on behalf of Plaintiff:

- Frederick K. Brewington (The Law Offices of Frederick K. Brewington);

- Randolph M. McLaughlin (Newman Ferrara LLP);

- Lorin L. Reisner (Paul, Weiss);

- Liza Velazquez (Paul, Weiss);

- Maria H. Keane (Paul, Weiss);

- Johan E. Tatoy (Paul, Weiss);

- B. Aubrey Smith (Paul, Weiss);

- Natalie Pita (Paul, Weiss);

- Jonathan Jaroslawicz (Paul, Weiss); and

- Jhisaiah Myers (Named Plaintiff)

Respectfully submitted,

*/s/ Lorin L. Reisner*

Lorin L. Reisner

cc:    All Counsel of Record (via ECF)