

Katy Cole
Tel 516.629.9606
Katy.Cole@gtlaw.com

January 26, 2026

**VIA ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court, E.D.N.Y.
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

**Re:** *Myers v. County of Nassau*, 2:22-cv-07023-SJB-LGD

Dear Magistrate Judge Dunst:

Pursuant to Your Honor's Order dated December 29, 2025, defendant the County of Nassau respectfully advises that the following individuals will attend the Settlement Conference scheduled for January 30, 2026:

| Name | Role |
| --- | --- |
| Kathryn C. Cole | Counsel for Defendant |
| Paige D. Bartholomew | Counsel for Defendant |
| Susan M. Tokarski | Section Chief, Labor County Attorney's Office |

Respectfully Submitted,

/s *Kathryn C. Cole*

Kathryn C. Cole

cc: All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
900 Stewart Avenue, Suite 505 | Garden City, New York 11530 | T +1 516.629.9600 | F +1 516.629.9690

www.gtlaw.com