UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jhisaiah Myers, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>County of Nassau,<br><br>    Defendant. | Case No. 22-CV-07023-SJB-LGD |

## MOTION FOR DEVON HIMELMAN TO WITHDRAW AS COUNSEL OF RECORD

    Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, attorney Devon Himelman of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), moves to withdraw as an attorney of record for Plaintiff Jhisaiah Myers on the grounds that she is leaving the employ of Paul, Weiss. Paul, Weiss will continue to represent Plaintiff Jhisaiah Myers. No party will be prejudiced if this Motion is granted.

    The undersigned does not assert a retaining or charging lien.

Dated: January 29, 2026

                PAUL, WEISS, RIFKIND, WHARTON & GARRRISON LLP

                By: */s/ Devon Himelman*
                   Devon Himelman
                   1285 Avenue of the Americas
                   New York, NY 10019-6064
                   (212) 373-3000
                   dhimelman@paulweiss.com

                *Counsel for Jhisaiah Myers*

SO ORDERED:

_____

## CERTIFICATE OF SERVICE

    I, Devon Himelman, hereby certify that on January 29, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Plaintiff Jhisaiah Myers via email.

Dated: January 29, 2026          */s/ Devon Himelman*
                                           Devon Himelman