# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

February 2, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 930
Central Islip, New York 11722

      Re:    *Myers* v. *County of Nassau*, No. 2:22-CV-07023-SJB-LGD

Dear Judge Bulsara:

    Pursuant to the Court's Order setting February 2, 2026 as the deadline to commence dispositive motion practice and Your Honor's Individual Practices Rule VI.H, the parties conferred and write jointly to respectfully propose the following briefing schedule for cross motions for summary judgment and *Daubert* motions. Consistent with Your Honor's Individual Practices Rule VI.H.1, the parties participated in a pre-motion settlement conference before Magistrate Judge Dunst on January 30, 2026.

| Event/Deadline | Deadline |
| --- | --- |
| Deadline for Plaintiff to serve *Daubert* and summary judgment motions | March 19, 2026 |
| Deadline for Defendant to serve *Daubert* and summary judgment motions, and any oppositions to Plaintiff's motions | May 4, 2026 |
| Deadline for Plaintiff to serve any reply briefs in further support of Plaintiff's *Daubert* and summary judgment motions, and any oppositions to Defendant's motions | June 18, 2026 |

| Event/Deadline | Deadline |
|---|---|
| Deadline for Defendant to serve any reply briefs in further support of its *Daubert* and summary judgment motions | July 23, 2026 |

The parties will file the motions consistent with the Court's bundling rule, pursuant to Your Honor's Individual Practices Rule VI.D.

Respectfully submitted,

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | GREENBERG TRAURIG, LLP |
| By: */s/ Lorin L. Reisner*<br>Lorin L. Reisner<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 373-3250 | By: */s/ Kathryn C. Cole*<br>Kathryn C. Cole<br>900 Stewart Avenue, Suite 505<br>Garden City, NY 11530<br>Tel: (516) 629-9600 |
| *Attorneys for Plaintiff Jhisaiah Myers* | *Attorneys for Defendant County of Nassau* |