UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 30, 2026** |
| **TIME:** | **11:00PM** |
| **FORMAT:** | ☒ In Person  ☐ Video Conference  ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-7023 (OEM)(LGD)** |
| **NAME OF CASE(S):** | Myers v. County of Nassau et al |
| **FOR PLAINTIFF(S):** | Frederick K. Brewington, Johan E. Tatoy, Jeremy Allen-Arney, Lorin L. Reisner |
| **FOR DEFENDANT(S):** | Kathryn C. Cole, Tiffany Fordyce, Jon Sulds, Zac Pestine |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case not settled.

                                            <u>SO ORDERED</u>

                                            <u>/s/ Lee G. Dunst</u><br>
                                            LEE G. DUNST<br>
                                          United States Magistrate Judge