# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

March 19, 2026

**By Email**

Kathryn C. Cole, Esq.
Greenberg Traurig LLP
900 Stewart Avenue, Suite 505
Garden City, New York 11530
katy.cole@gtlaw.com

Re: *Myers* v. *County of Nassau*, No. 22-CV-7023-SJB-LGD (E.D.N.Y.)

Dear Counsel:

On behalf of Plaintiff Jhisaiah Myers, we are serving the following documents by email and first class mail, in accordance with the Court's order dated February 4, 2026 and Judge Bulsara's Individual Rule VI.D:

- Notice of Plaintiff's Motion for Partial Summary Judgment;
- Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment;
- Statement of Undisputed Material Facts Pursuant to Rule 56.1; and
- Declaration of Johan E. Tatoy in Support of Plaintiff's Motion for Partial Summary Judgment, with Exhibits 1 through 102, including the Declaration of Dr. Charles A. Scherbaum in Support of Plaintiff's Motion for Partial Summary Judgment, the Declaration of Professor Thomas A. DiPrete in Support of Plaintiff's Motion for Partial Summary Judgment, and the Declaration of Professor Frank R. Baumgartner in Support of Plaintiff's Motion for Partial Summary Judgment.

In accordance with Judge Bulsara's Individual Rule VI.D, we are filing this letter on the docket today confirming service of these documents. At the time the Motion is fully briefed, we will electronically file the full set of motion papers by ECF and provide courtesy copies to the Court.

The Motion for Partial Summary Judgment and supporting papers include documents and information designated Confidential under the Protective Order (DE 27). Pursuant to Judge Bulsara's Individual Rule III.G.1, we are required to meet and confer to narrow the information to be submitted under seal and file motions for sealing when the Motion is fully briefed.

By April 3, 2026, please let us know what documents or information (if any) Defendant believes should be filed under seal and when Defendant is available to meet and confer regarding sealing matters.

Very truly yours,

*/s/ Lorin L. Reisner*
Lorin L. Reisner

cc:     Honorable Sanket J. Bulsara (by ECF)
        All Counsel of Record (by email)