# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

March 19, 2026

**By Email**

Kathryn C. Cole, Esq.
Greenberg Traurig LLP
900 Stewart Avenue, Suite 505
Garden City, New York 11530
katy.cole@gtlaw.com

Re: *Myers* v. *County of Nassau*, 22-CV-7023-SJB-LGD (E.D.N.Y.)

Dear Counsel:

On behalf of Plaintiff Jhisaiah Myers, we are serving the following documents by email and first class mail, in accordance with the Court's order dated February 4, 2026 and Judge Bulsara's Individual Rule VI.D:

- Notice of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken;
- Memorandum of Law in Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken;
- Declaration of Johan E. Tatoy in Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken, with Exhibits 1 through 32, including the Declaration of Dr. Charles A. Scherbaum in Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken and the Declaration of Professor Thomas A. DiPrete in Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken.

In accordance with Judge Bulsara's Individual Rule VI.D, we are filing this letter on the docket today confirming service of these documents.  At the time the Motion is fully briefed, we will electronically file the full set of motion papers by ECF and provide courtesy copies to the Court.

The Daubert Motion to Exclude the Opinions of Daniel Busken and supporting papers include documents and information designated Confidential under the Protective Order (DE 27). Pursuant to Judge Bulsara's Individual Rule III.G.1, we are required to meet and confer to narrow the information to be submitted under seal and file motions for sealing when the Motion is fully briefed.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                    2

By April 3, 2026, please let us know what documents or information (if any) Defendant believes should be filed under seal and when Defendant is available to meet and confer regarding sealing matters.

Very truly yours,

*/s/ Lorin L. Reisner*
Lorin L. Reisner

cc:    Honorable Sanket J. Bulsara (by ECF)
       All Counsel of Record (by email)