# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
Houston
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

June 18, 2026

**By Email**

Kathryn C. Cole, Esq.
Greenberg Traurig LLP
900 Stewart Avenue, Suite 505
Garden City, New York 11530
katy.cole@gtlaw.com

Re: *Myers* v. *County of Nassau*, No. 22-CV-7023-SJB-LGD (E.D.N.Y.)

Dear Counsel:

On behalf of Plaintiff Jhisaiah Myers, we are serving the following documents by email and first class mail, in accordance with the Court's order dated February 4, 2026, and Judge Bulsara's Individual Rule VI.D:

- Memorandum of Law in Further Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment;
- Plaintiff's Response to Defendant's Statement of Undisputed Material Facts Pursuant to Rule 56.1;
- Declaration of Johan E. Tatoy in Further Support of Plaintiff's Motion for Partial Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment, with Exhibits 103 through 116;
- Reply Brief in Further Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken;
- Declaration of Johan E. Tatoy in Support of Plaintiff's Reply Brief in Further Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken, with Exhibits 33 and 34;
- Memorandum of Law in Opposition to Defendant's Motion to Exclude the Testimony and Expert and Rebuttal Reports of Thomas A. DiPrete;
- Declaration of Johan E. Tatoy in Support of Plaintiff's Opposition to Defendant's Motion to Exclude the Testimony and Expert and Rebuttal Reports of Thomas A. DiPrete, with Exhibits 1 through 49;
- Memorandum of Law in Opposition to Defendant's Motion to Exclude the Opinions of Plaintiff's Expert Charles A. Scherbaum; and

- Declaration of Johan E. Tatoy in Support of Plaintiff's Opposition to Defendant's Motion to Exclude the Opinions of Plaintiff's Expert Charles A. Scherbaum, with Exhibits 1 through 22.

In accordance with Judge Bulsara's Individual Rule VI.D, we are filing this letter on the docket today confirming service of these documents.  The full set of motion papers will be filed by ECF on July 23, 2026 and the parties will coordinate to provide courtesy copies to the Court, pursuant to Judge Bulsara's February 4, 2026 order and Judge Bulsara's Individual Rule III.E.

The memoranda of law and supporting papers include documents and information designated Confidential under the Protective Order (DE 27).  Pursuant to Judge Bulsara's Individual Rule III.G.1, we are required to meet and confer to narrow the information to be submitted under seal and file motions for sealing.

By July 6, 2026, please let us know what documents or information (if any) Defendant believes should be filed under seal and when Defendant is available to meet and confer regarding sealing matters.

Very truly yours,

*/s/ Lorin L. Reisner*
Lorin L. Reisner

cc:     Honorable Sanket J. Bulsara (by ECF)
        All Counsel of Record (by email)