# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Lorin L. Reisner**
**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

July 17, 2026

By ECF

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 930
Central Islip, NY 11722

Re:  *Myers* v. *County of Nassau*, 2:22-CV-07023-SJB-LGD

Dear Judge Bulsara:

On behalf of the parties, and in response to the Court's Order to "file a public version of Myers's application materials with tailored redactions," DE 131 at 41, attached hereto are Officer Myers's application materials that were previously filed sealed.  Limited redactions of Officer Myers's home address and phone number are applied, which are "PII the Court has already deemed permissible to redact."  *Id*.

| Attachment | Document | Redactions | Explanation |
|:---:|:---|:---|:---|
| A | **Tatoy Decl. in Support of Motion for Class Certification, Ex. 18 (DE 113-20)** (Plaintiff Jhisaiah Myers's GRR) | None. | Note:  Plaintiff's GRR was produced to Plaintiff with the redactions that appear in the document as filed here. |
| B | **Cole Decl. in Support of Opposition to Motion for Class Certification ("Cole Decl."), Ex. T (DE 113-69)** (Plaintiff Jhisaiah Myers's Appeal Affidavit) | None. | |

| | | | |
|---|---|---|---|
| C | **Cole Decl., Ex. W (DE 113-72)** (General Review Reports of Disqualified Applicants to NCPD) | Plaintiff's GRR is filed unredacted.<br><br>All other redactions are as previously filed at DE 112-72, and approved by the Court at DE 131 at 41. | Note: Plaintiff's GRR was produced to Plaintiff with the redactions that appear in the document as filed here. |
| D | **Cole Decl., Ex. X (DE 113-73)** (Plaintiff Jhisaiah Myers's Illegal Drug Statement) | Redactions applied to phone number and home address. | The Court has approved redactions to phone numbers and addresses. DE 131 at 40. |
| E | **Cole Decl., Ex. Y (DE 113-74)** (Plaintiff Jhisaiah Myers's General Reputation Statement) | Redactions applied to phone number and home address. | The Court has approved redactions to phone numbers and addresses. DE 131 at 40. |
| F | **Tatoy Decl. in Support of Reply Br., Ex. 42 (DE 113-87)** (Plaintiff Jhisaiah Myers's GRR) | None. | Note: Plaintiff's GRR was produced to Plaintiff with the redactions that appear in the document as filed here. |

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Lorin L. Reisner*
Lorin L. Reisner
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 373-3250

*Attorneys for Plaintiff Jhisaiah Myers*

GREENBERG TRAURIG, LLP

By: */s/ Kathryn C. Cole*
Kathryn C. Cole
501 RXR Plaza, Suite 501E
Uniondale, New York 11556
Tel: (516) 629-9600

*Attorneys for Defendant County of Nassau*