# Attachment C

# EXHIBIT W
# REDACTED

# DISQUALIFIED BLACK APPLICANTS

Date of Report: 12/27/2022

Name: ▐█████████▌       S.S. No.: ▐█████████▌

Nee:       <mark>Position: Police Officer</mark>

D.O.B.: ▐█████████▌       Age: ██

Address:      Telephone No.: ▐█████████▌       List No.: 2018

`Updated Redaction - PII`

JAMAICA , NY 11434       Test Date: 01/16/2018

Investigator: Nerissa Mccollin       Score: 85.355

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)      ☐ None Admitted

2. **ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: 0

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 0

     Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0

     Tickets Pending    ☐ Yes   ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 1   2017       Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   76 credits, no degree

     Residency ☑ Yes   ☐ No   Jamaica, NY

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE** Prior Military Service    ☐ Yes   ☑ No

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. **PRESENT EMPLOYER:** New York City Police Department PSA 1 (801), 2860 West 23 Street, Brooklyn, NY 11224 as a Police Officer since 11-02-2020.     Prior Employer Terminations   ☐ Yes   ☑ No

     Occupation   Police Officer

10. **RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

| | |
|---|---|
| Employment | 11/2020 - present. NYPD PSA1 (801), Brooklyn, NY as a Police Officer.<br>06/2016 - 11/2020. United States Postal Service, Brooklyn, NY as a Mail Carrier.<br>01/2013 - 06/2016. Spring Creek Community Corp. P.S 346, Brooklyn, NY as a Program Director Assistant.<br>01/2010 - 01/2013. Best Buy, NY, NY as a Sales Associate.<br>01/2009 - 01/2010. Priority Staffing/Health First, NY, NY as an Administrative Clerk.<br>01/2008 - 01/2009. Bucks County Community College, Newtown, PA as a Student. |
| CCRB | **NONE** |
| Accidents | Applicant was involved in one accident in the last five years.<br>Applicant was involved in an accident on 03/23/2017 in Kings County, NY resulting in no litigation. Report enclosed. |
| Illegal Drug Use | Applicant admits to using marijuana 10 times several years ago. Other than those times, applicant denies ever using, buying, or selling any illegal drugs. Statement enclosed. |
| Unemployment Benefits/Public Assistance | Applicant collected unemployment benefits and public assistance in 2012 following the birth of her child. |

CONFIDENTIAL

# GENERAL REVIEW SUPPLEMENT

Date: 05/01/2023

Name: ███████████          S.S. No.: ███████████

Investigator: Nerissa Mccollin          Position: Police Officer

List No.: 2018

Polygraph

Applicant admitted during her Polygraph the following:

1. She was 16yrs when she traveled to New York with her mother and stayed longer than expected. She returned to Philadelphia and was told by her employer that too much time had passed, and they no longer needed her at the medical lab. She did not recall being let go until her memory was jogged during the polygraph.

2. She had childcare issues, which caused her to take a lot of days off from the Post Office job in 2018. She was reminded of this based on the polygraph questions.

3. She accidently deployed her taser in 2022, while employed as a NYPD Officer and received a verbal reprimand. She did not report this because she did not receive any discipline.

4. She recently (3/23) received notice from Chase Bank Credit Card collections re: $3000 she owes. She didn't realize that the automatic payments weren't enough to cover the new monthly payment until notified. She has made arrangements to pay the delinquent debt and correct the issue.

5. She recently received three camera ticket violations in NYC on 03/12/2023, 03/19/2023, and 04/06/2023. All pending summonses have been resolved. She just received the violations prior to the polygraph. This is information that AIU does not require applicants to disclose.

# GENERAL REVIEW

Date of Report: 04/23/2020

Name: █████████

S.S. No.: ████████

Nee:

**Position: Police Officer**

D.O.B.: ████████

Age: ██

Address:

Telephone No.: ████████

List No.: PO 2018

Updated Redaction for PII/PPI or Confidential Info

Freeport, NY 11520

Test Date: 01/16/2018

Investigator: Damian Finucane

Score: 74.14

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)   ☑ None Admitted

**2. ARREST RECORD:** ☑ Yes   ☐ No  Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes   ☐ No  Number of Tickets: 3  03/2016, 08/2016, 10/2018

Prior Suspension Orders   ☑ Yes   ☐ No  Number: 1  11/2018

Tickets Pending   ☐ Yes   ☑ No  Number:

**4. AUTO ACCIDENTS:** Number: 2  08/2016, 03//2016   Resulting Litigation ☐ Yes  ☑ No

**5. MEETS REQUIREMENTS:**

Education ☑ Yes   ☐ No  Nassau Community College

Residency ☑ Yes   ☐ No

**6. DELINQUENT DEBT:** ☐ Yes  ☑ No

**7. PISTOL PERMIT:** ☐ Yes  ☑ No

**8. MILITARY SERVICE**

Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Nassau County Sheriff's office

Prior Employer Terminations ☐ Yes   ☑ No

Occupation   Correction Officer

**10. RECORD CHECK:**

Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☐ Negative   ☑ Pending

**11. POLICE REGISTRY CHECKS:**

Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**Employment History**

12/2018 - Present Correction Officer for Nassau County Sheriff's Office

01/2016 - 12/2018 Correction Officer for NYC Corrections Officer

03/2015 - 01/2016 Dietary Aide for Nassau University Medical Center

03/2015 - 07/2015 Package Handler for United Parcel Service

07/2013 - 09/2015 Dietary Aide for Fulton Commons Care Center

**Driving History**

(1) Suspended License on 11/16/2018 for Speeding Ticket on 10/23/2018. Suspension Cleared on 11/30/2018.

(1) Speeding Ticket on 10/23/2018 (84 in a 55) in Nassau County, Plead guilty paid a $300 fine and 6 points on license.

(1) Speeding Ticket on 02/19/2012 (86 in a 55) in Nassau County, Plead guilty paid a $300 fine and 8 points on license.

(1) Inspection Ticket on 03/12/2011 in Nassau County, plead guilty and paid a $50 fine.

(1) Property Damage Accident in Nassau County on 08/26/2016, no lawsuits.

(1) Property Damage Accident in Queens County on 03/30/2016, no lawsuits.

**Arrest History**

(1) Arrest for Petit Larceny on 08/31/2010 in Nassau County. Case was dismissed on 03/04/2011. see

CONFIDENTIAL

Statement and Certificate of Disposition.

Date of Report: 03/16/2021

Name: ██████████

S.S. No.: ████████

Nee:

**Position: Police Officer**

D.O.B.: ████████

Age: ███

Address:      Telephone No.: ████████████

List No.: 2018

Updated Redaction for PII/PPI or Confidential Info

JAMAICA, NY 11434

Test Date: 01/16/2018

Investigator: Rachel Miller

Score: 87.424

| | | |
|---|---|---|
| **1. ILLEGAL DRUG USE:** | ☐ Yes (Details below) | ☑ None Admitted |
| **2. ARREST RECORD:** | ☐ Yes   ☑ No Number of Arrests: 0 | |
| **3. VALID DRIVERS LICENSE:** | ☑ Yes   ☐ No Number of Tickets: 0 None | |

Prior Suspension Orders    ☐ Yes   ☑ No Number: 0

Tickets Pending    ☐ Yes   ☑ No Number: 0

**4. AUTO ACCIDENTS:** Number: 1   2016        Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   Queensborough Community College, Bayside NY - 61 Credits

Residency ☑ Yes   ☐ No   Jamaica, New York

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No   Denied by NYC 2017

**8. MILITARY SERVICE** Prior Military Service   ☑ Yes   ☐ No   US ARMY

Current Military Obligation   ☑ Yes (Details below)   ☐ No

Employed by MTA: NYC TRANSIT since 01/2019      Prior Employer Terminations

**9. PRESENT EMPLOYER:** Current military obligation with the US Army Reserves until   ☐ Yes   ☑ No
04/17/2024.

Occupation    Transit Property Protection Agent

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**EMPLOYMENT**

04/2013 - Present: US ARMY, Shoreham, NY - inquiry sent.
01/2019 - Present: MTA NYC TRANSIT, Brooklyn, NY - inquiry sent.
06/2017 - 01/2019: Snapchat, Inc., New York, NY - inquiry sent.
06/2017 - 08/2017: Allied Universal, New York, NY - no derogatory information provided.
07/2015 - 06/2017: NYPD, New York, NY - resignation from position of Police Officer.

**DRIVING HISTORY**

**Applicant was involved in (1) auto accident.**
04/23/2016: Jamaica, NY. Denies fault, injury and litigation. No report provided.

**APPEARANCE TICKET**

**On 06/12/2007 applicant was issued an appearance ticket for Non-Payment of Fare. Applicant pled guilty and paid a fine.**
Applicant was entering a NYC subway turn style and swiped his metro card. His friend piggybacked behind applicant and pushed him through to beat the fare. An undercover police officer approached them and issued them each a summons. Applicant states he never appeared in court but paid the $60 fine the next day. Applicant supplied a copy of a letter from the MTA NYC Transit Adjudication Bureau dated 12/09/2019 stating this incident "has resolved the Transit Adjudication Bureau (TAB) violations."

Appearance Ticket Statement provided.

**ILLEGAL DRUGS**

**Applicant denies using any illegal drug or substance.**
Applicant signed the Illegal Drug Use Statement claiming he has "never used or attempted to use any form of illegal drug." Applicant resigned from the NYPD as a Police Officer after he failed the end of probation drug test (Dole Test) in 2017. Lab reports provided voluntarily by applicant indicate he tested positive for anabolic steroids.

Illegal Drug Use Statement provided.

**2nd NYPD EMPLOYMENT RESIGNATION**

**Applicant resigned from the NYPD as a police officer after failing the end of probation drug test (DOLE Test) in 2017.**
Applicant was hired as a Police Officer by NYPD in 2015. After being employed for 11 months, applicant was given the standard DOLE TEST by the NYPD Medical Division prior to ending his probation period. Applicant failed the DOLE TEST, testing positive for anabolic steroids. As a result, applicant was suspended by the NYPD. Applicant chose to resign instead of being terminated prior to his departmental disciplinary hearing.
**A response from NYPD Employee Resource Section, dated 2/20/21, indicates that the Applicant separated from the NYPD on 6/15/17 and resigned without permission.**
During applicant's interview, he was asked if he had ever used an illegal drug. Applicant replied that he had not. He stated that he did fail the drug test while employed by the NYPD but he states it was for high testosterone levels. Applicant made no admission to using an illegal steroid. Applicant further explained that he once drank a shake with "some powder" in it prior to working out at a gym. After a few minutes applicant stated that "a pill has powder in it, you know." Applicant was asked if he had ever taken an illegal pill. Again, applicant said no but changed his admission saying he did not drink a shake at the gym but rather took a scoop of powder from a Ziploc bag (provided by a friend) and ate it.
Lt. Crawford at the NYPD Drug Testing Unit was contacted to confirm applicant's drug test results. Lt. Crawford stated that applicant did test positive for anabolic steroids. Lt. Crawford also stated that while waiting to be drug tested, applicant was showing pictures of himself weightlifting and told him he was an "amateur weightlifter." Applicant was asked if he had ever discussed his weightlifting with anybody at NYPD Medical Division to which he stated "no."
Employment Resignation Statement provided.
Quest Diagnostics Lab Report dated 06/08/2017 provided.

**1st NYPD EMPLOYMENT RESIGNATION**

**Applicant resigned from the NYPD in 2012 while attending the academy due to failure to pass academic exams.**
Applicant was hired by the NYPD as a Police Officer Recruit in 2012. While attending the academy, applicant was unable to pass his academic exams and as a result resigned.
Employment Resignation Statement provided.

**DENIAL OF NYC PISTOL PERMIT**

**Applicant indicated that he applied for a NYC Pistol Permit in 2017 and was denied.**
Applicant states after he resigned from the NYC Police Department he applied for a pistol permit. Applicant states he was denied. According to applicant he was told the reason he was denied the permit was because he did not officially request permission to resign from the NYPD from the NYPD Police Commissioner after his failed drug test.
Pistol Permit Statement provided.

**DELINQUENT DEBT**

**Applicant has 4 delinquent debt accounts. Of these, 3 are currently in collections and one account is delinquent over 180 days.**
Applicant was asked if he had any delinquent debt while being interviewed. Applicant denied having any delinquencies or accounts in collections but did state that his student loans were on deferment. Applicant's Financial Report dated 03/02/2021 shows 2 of his student loans are in collections and 1 is delinquent over 180 days. Applicant also has an additional account with Synchrony Bank in collections. Total amount of applicant's delinquent debt is $17,695.00.
Delinquent Debt Statement provided.
Financial Report provided.

CONFIDENTIAL      NASSAU-00009699

| | |
|---|---|
| SUMMARY OF TEST RESULTS | **Applicant did "Disagree" to the following questions on the Summary of Test Results: "I have been in trouble with the law" and "I have gotten into trouble more than once because of my behavior."** Applicant received an Appearance Ticket in 2007. Applicant resigned from the NYPD in 2017 after failing a drug test. |
| COLLEGE CREDITS | **Applicant indicated on his application that he had earned 100 college credits. Applicant's official transcript shows he earned 61 college credits.** |
| CIVIL SERVICE TESTS | **Applicant listed 4 civil service tests that he has taken in the past in his application packet. During the interview, applicant indicated that he had actually taken an additional 6 civil service tests, which were not listed.** Civil Service Tests Statement provided. |
| TAX RETURNS | **Applicant submitted tax returns for 2018 and 2019. Applicant has not yet supplied tax returns for 2017.** |

NASSAU-00009700

Date of Report: 05/10/2022

Name: ███████████

S.S. No.: ███████████

Nee:

<mark>Position: Police Officer</mark>

D.O.B.: ███████████

Age: ███

Address:

Telephone No.: ███████████

List No.: PO 2018

[Updated Redaction for FBI Prior Confidential Info]

Westbury, NY 11590

Test Date: 01/16/2018

Investigator: Thomas Arcuri

Score: 85.529

1. **ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

<mark>2. **ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: <u>1</u></mark>

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: <u>3</u>   2015, 2016, 2012

Prior Suspension Orders    ☐ Yes   ☑ No   Number: <u>0</u>

Tickets Pending    ☐ Yes   ☑ No   Number: <u>0</u>

4. **AUTO ACCIDENTS:** Number: <u>4</u>   <u>2021, 2017, 2015, 2011</u>     Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   <u>Long Island University - 154 Credits</u>

Residency ☑ Yes   ☐ No

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE** Prior Military Service    ☐ Yes   ☑ No

Current Military Obligation    ☐ Yes (Details below)   ☑ No

9. **PRESENT EMPLOYER:** <u>Transportation Security Administration 75-20 Astoria Boulevard East Elmhurst, NY 11370 since 09/2021.</u>

Prior Employer Terminations   ☑ Yes   ☐ No

Occupation   <u>Transportation Security Officer</u>

10. **RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☑ Positive   ☐ Negative   ☐ Pending   <u>Arrest by Stamford CT PD 08/14/2020</u>

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

**EMPLOYMENT**

- Transportation Security Administration 75-20 Astoria Boulevard East Elmhurst, NY 11370 as a Transportation Security Officer from 09/2021 to present. Nothing Derogatory.
- Amazon Distribution Center 2 Westbury Avenue Carle Place, N.Y. 11514 as a Associate Warehouse Worker from 10/2020 to 06/2021.
- MTA Police Department 420 Lexington Avenue New York, N.Y. 10171 as a Police Officer from 02/2020 to 09/02/2020. Applicant placed on Modified Duty on 08/07/2020, Suspended on 09/02/2020 and Resigned in Lieu
of Termination on 09/02/2020. See Employment Verification and Statements.

**DRIVING HISTORY**

(1) M/V ticket on 06/10/2016 in Nassau County for 66 mph in a 55 mph zone. $150 fine, 4 points.
(1) M/V ticket on 02/16/2015 in Nassau County for 65 mph in a 55 mph zone. $180 fine.
(1) M/V ticket on 06/10/2016 in Nassau County for Passed Stop Sign. $177 fine.

**ACCIDENTS**

Applicant involved in (1) auto accident on 01/03/2021 in Nassau County N.Y., report taken by NYSP, property damage , no litigation, applicant at fault.
Applicant involved in (1) auto accident on 07/19/2017 in New York N.Y., report taken by NYPD, property damage , no litigation, applicant at not fault.
Applicant involved in (1) auto accident on 02/02/2015 in Old Brookville N.Y., report taken by Old

CONFIDENTIAL

Brookville P.D. , property damage , no litigation, applicant at fault.
Applicant involved in (1) auto accident on 10/22/2011 in Old Westbury N.Y., report taken by Old Westbury P.D. , property damage , no litigation, applicant at fault.

**ARRESTS**

Applicant arrested on 08/14/2020 by Stamford Connecticut PD and charged with (2) counts of Criminal Trespass, Harassment 2nd Degree and Breach of Peace 2nd
Degree, Criminal Mischief and Disorderly Conduct as a result of a domestic dispute with ex girlfriend ▇▇▇▇▇▇▇ (▇▇▇▇▇▇▇) and her boyfriend ▇▇▇▇▇▇▇ (▇▇▇▇▇▇▇). Police report states applicant entered his ex girlfriends apartment without permission and damaged her bedroom door. Charges were Sealed and Dismissed on 01/07/2021.  Case numbe▇▇▇▇▇▇▇ See Statements, Certificate of Disposition and Stamford CT. PD Police report.
 Reports also filed by Applicants ex girlfriend ▇▇▇▇▇▇ on 08/21/2020 and ▇▇▇▇▇▇▇ on 08/11/2020 stating Applicant continued to harass them repeatedly after his arrest . See statements and Stamford Police Department reports.

**EMPLOYMENT TERMINATIONS**

 - MTA Employment Verification states Applicant was put on Modified Duty on 08/07/2020, Suspended on 09/02/2020 and Resigned in Lieu of Termination on 09/02/2020 due to failure to disclose being arrested in Stamford Connecticut. See Employment Verification and Statements.
 - Applicant was terminated from Amazon on 06/14/2021 due to committing a safety violation. See Statements.

**CIVIL SERVICE DISQUALIFICATIONS**

Applicant states he was disqualified from potential employment with  Stamford Police Department as a Police Officer in 2015. Applicant admitted during background investigation that he had gambled on professional football games in 2013. See statement.
Applicant states he was disqualified from potential employment with New York State Police as a Trooper after initial meeting with investigator. See statement.

CONFIDENTIAL

Date of Report: 09/25/2019

Name: ███████       S.S. No.: ███████

Nee:      <mark>Position: Police Officer HEMPSTEAD</mark>

D.O.B.: ███████      Age: ██

Address:      Telephone No.: ███████      List No.: 2018 (HEMPSTEAD)

Updated Redaction for PII/PPI or Confidential Info

Hempstead, NY 11550      Test Date: 01/16/2018

Investigator: Paul Schaefer      Score: 73.714

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)     ☐ None Admitted

2. <mark>**ARREST RECORD:** ☑ Yes     ☐ No   Number of Arrests: <u>1</u></mark>

3. **VALID DRIVERS LICENSE:** ☑ Yes     ☐ No   Number of Tickets: <u>2</u>   2016, 2014

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: <u>1</u>   2016

     Tickets Pending    ☐ Yes    ☑ No   Number:

4. **AUTO ACCIDENTS:** Number: <u>4</u>   <u>2018, 2015, 2014, 2010</u>      Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No

     Residency ☑ Yes   ☐ No

6. **DELINQUENT DEBT:** ☑ Yes   ☐ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE** Prior Military Service    ☐ Yes   ☑ No

     Current Military Obligation    ☐ Yes (Details below)   ☑ No

9. **PRESENT EMPLOYER:** <u>Village of Hempstead,</u>      Prior Employer Terminations

     <u>99 James A. Gardner Way</u>

     <u>Hempstead NY 11550</u>      ☐ Yes   ☑ No

     <u>since 01/17.</u>

     Occupation   <u>Neighborhood Aide</u>

10. **RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

**ILLEGAL DRUG USE:** Applicant states she used Marijuana from 2006 until January 01, 2018 at a New Years Eve party. Applicant states that she used it approximately 30 times. Applicant denies any other drug use or drug sale or purchase. See statement.

**ARREST:** Applicant was arrested on 12/22/2005 for Aggravated Harrassment-2nd: Communicate/Alarm Class A Misdemeanor. Applicant pled guilty to Harrassment 2nd Degree Violation. Applicant paid a fine and a Order of Protection was issued. Applicant left a message on her Aunt's phone on 11/04/05 stating "if she didn't stay out of family affairs that did not concern her, she was going to snap her granddaughter's neck". Applicant stated to the investigating detective the she did leave the message. Applicant stated "She said at the time, she felt that she would have snapped the neck of ███ (granddaughter age 5 at the time) if given the chance to do so because she was angry with her aunt". See Certificate of Disposition, Statement, Arrest paperwork.

**LICENSE SUSPENSION/ RECENT TICKET:** Applicant had her license suspended on 03/14/2016 for lack of insurance. Applicant pled guilty and paid a fine the suspension was lifted on 07/13/2016. Applicant received a ticket for unregistered

motor vehicle on 04/13/16. Applicant pled guilty and paid a fine. See statement, DMV printout.

SUMMARY OF TEST RESULTS FOR BACKGROUND INVESTIGATI

Test Question - Class standing in High School, Applicant answered Upper Half. Applicant graduated 295 out of 369. Test Question - Grade Point Average - Applicant responded 3.00 - 3.49. Applicant graduated with an 81 average that converts to a 2.7 GPA. Test Question - I sometimes find it hard to live within my means? - Applicant responded Disagree. The following was on the applicants credit report. Applicant had her car reposed in December 2016 for lack of payments. Applicant had the following Credit Cards Charged Off and closed. Nordstrom $682.00, Wells Fargo $1669.00,ank of America $124.00 Credit One $743.00 these where all from 2014 until 2019. Applicant has six (6) other credit cards that where delinquent between 30 and 180 days. See statement.

EMPLOYMENT HISTORY:

Applicant works for the Village of Hempstead, 99 James A. Gardner Way Hempstead NY 11550 as a Neighborhood Aide since 01/17. Prior to this the applicant worked for Toll International LLC. 303 5th Ave., Rm 211 New York NY 10274 from 6/16 until 09/16.

RESIDENCY:

Applicant has ⬚ Mineola NY 11501 (her fathers address) listed on 3 auto accident reports, One ticket, a Verification of Employment, and her drivers license. Applicant states she never lived at that address she only used it to fraudulently obtain cheaper auto insurance rates. ⬚ Uniondale also appears on the applicants credit report. Applicant states that is a friends address that she has a joint credit card with. See statement.

CONFIDENTIAL

Date of Report: 06/04/2020

Name: ███████████

Nee:

D.O.B.: ███████████

Address:
Updated Redaction for PII/PPI or Confidential Info
Roosevelt, NY 11575

Investigator: Dena Scicutella

S.S. No.: ███████████

**Position: Police Officer**

Age: █

Telephone No.: ███████████

List No.:

Test Date: 01/16/2020

Score: 89.862

1. ILLEGAL DRUG USE: ☑ Yes (Details below) ☐ None Admitted

2. ARREST RECORD: ☐ Yes ☑ No Number of Arrests:

3. VALID DRIVERS LICENSE: ☑ Yes ☐ No Number of Tickets: 8 2009-2019

Prior Suspension Orders ☐ Yes ☑ No Number: 0

Tickets Pending ☐ Yes ☑ No Number: 0

4. AUTO ACCIDENTS: Number: 2 2007 & 2017 Resulting Litigation ☐ Yes ☑ No

5. MEETS REQUIREMENTS:

Education ☑ Yes ☐ No HS Diploma & OWC 123 Credits

Residency ☑ Yes ☐ No 2016-2018 W-2, Federal and State Returns

6. DELINQUENT DEBT: ☐ Yes ☑ No

7. PISTOL PERMIT: ☐ Yes ☑ No

8. MILITARY SERVICE

Prior Military Service ☐ Yes ☑ No

Current Military Obligation ☐ Yes (Details below) ☑ No

9. PRESENT EMPLOYER:
Northwell Hospital
401 Grumman Rd.
Bethpage NY 11714

Prior Employer Terminations ☐ Yes ☑ No

Occupation Distribution Associate since 06/2018.

10. RECORD CHECK:

Warrants ☐ Positive ☑ Negative

Fingerprints ☐ Positive ☑ Negative ☐ Pending

11. POLICE REGISTRY CHECKS:

Federal NDI ☐ Positive ☐ Negative ☐ N/A

NYS DCJS ☐ Positive ☐ Negative ☐ N/A

Employment (Last 5 years)
*Northwell Hosptial as a Distribution Associate from 06/18-Present
*FinishLine as a Assistant Store Manager from 09/2013-01/2019.

Driving History
**The applicant driving history has consisted of 8 moving violations.**
1) 12/18/19- Nassau County, NY- Tinted windows- Fine Paid
2) 12/18/19- Nassau County, NY- Insufficient Lamps- Fine Paid
3) 12/18/19- Nassau County, NY- Rear Side Windows- Fine Paid
4) 06/16/17- Roosevelt, NY- Tinted Window- Fine Paid
5) 05/13/14- Old Westbury, Nassau County, NY- Speeding over 55 mph- Fine Paid
6) 10/09/14- Garden City, Nassau County, NY- Speeding over 55 mph- Fine Paid
7) 06/10/11- St. Albans, NY- Tints- Fine Paid
8) 01/20/09- Queens Village, NY- Tints- Fine Paid

**The applicant has 1 motor vehicle accidents in the last 5 years.**
07/15/17- Baldwin NY- Personal Injury, No Litigation

Illegal Drug Use/Sales
**Applicant states that he has used marijuana 8 times between 2005-2012 while hanging out with his friends. Applicant states in 2005 he sold marijuana for one week and would get it for free for making**

drug sales.  He states after that week passed he never sold it again because he didn't like it. Denies buying or selling or using any other illegal drugs.

| | |
|---|---|
| Employee Discipline | **Applicant states in 2018 while working at Finish Line located in Valley Stream NY, he was disciplined verbally for not applying a coupon to a customers order.** |
| Employee Shoplifting | **Applicant states in 2018 while working at Finish Line located in Westbury NY, he stole a hat and was never caught.** |
| Disqualified Civil Service | **Applicant completed two exam investigations simultaneously in Summer of 2019 , New York State Court Officer and New York State Trooper.  The applicant states he was disqualified in 08/2019 from both exams, because the two agencies compared notes from their investigations.** Applicant states during the NYST investigation he answered "No" to selling illegal drugs which contradicted his response during the NYSC investigation.  The NYSP record check indicated that the applicant was disqualified due to drug sales, drug use, integrity and criminal activity. A response from the NYSC is pending. **Applicant states he took the NYPD Exam in 04/2017 and has completed all phases of the investigation. He is currently on hold because he has received moving violations for tinted windows on four different dates, indicating he has a disregard for the law.**  He states he removed the tinted windows after receiving tickets on 12/18/2019. |

CONFIDENTIAL          NASSAU-00009776

# GENERAL REVIEW

Date of Report: 05/21/2020

Name: ▓▓▓▓▓

S.S. No.: ▓▓▓▓▓

Nee:

**Position: Police Officer**

D.O.B.: ▓▓▓▓▓

Age: ▓

Address:

Telephone No.: ▓▓▓▓▓

List No.: 2018

Updated Redaction for PII/PFPI or Confidential Info

Test Date: 01/16/2018

Freeport, NY 11520

Investigator: Brian Delaney

Score: 71.884

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |
| 2. ARREST RECORD: | ☑ Yes   ☐ No   Number of Arrests: 1 | |

3. VALID DRIVERS LICENSE: ☑ Yes   ☐ No   Number of Tickets: 11   2005 - 2019

Prior Suspension Orders   ☐ Yes   ☑ No   Number: 0

Tickets Pending   ☐ Yes   ☑ No   Number: 0

4. AUTO ACCIDENTS: Number: 1                    Resulting Litigation   ☐ Yes   ☑ No

5. MEETS REQUIREMENTS:

Education   ☑ Yes   ☐ No   Adelphi University, Master of Social Work, awarded on 08/31/13

Residency   ☑ Yes   ☐ No

6. DELINQUENT DEBT:   ☐ Yes   ☑ No

7. PISTOL PERMIT:   ☐ Yes   ☑ No

8. MILITARY SERVICE

Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. PRESENT EMPLOYER:

Family & Children's Association
E. 100 Old Country Road
Mineola, NY 11501
since 06/2009

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Respite Councelor

10. RECORD CHECK:

Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. POLICE REGISTRY CHECKS:

Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

EMPLOYMENT HISTORY   06/2009 - Present: Family & Children's Assoc., Mineola, NY as a Respite Counselor. Inquiry- Nothing derogatory.
04/31/2017- Present: True Fitness Studio, Baldwin, NY. Applicant is the owner of this business and is a Physical Fitness Trainer.                    05/2013 -
Present: Synergy, Lynbrook, NY as a Personal Trainer. Inquiry- nothing derogatory.

DRIVING RECORD   **Applicant has received 11 moving violations - 5 of which occurred 7/2019.**
(1) ticket on 07/10/19 in Nassau for Speeding, $250 fine.
(1) ticket on 07/10/19 in Nassau for No Front Plate, $110 fine.
(1) ticket on 07/10/19 in Nassau for Obstructed Rear Plate, dismissed.
(1) ticket on 07/10/19 in Nassau for Obstructed View, dismissed.
(1) ticket on 07/10/19 in Nassau for Operating Without Insurance, dismissed.
(1) ticket on 04/30/12 in Nassau for No Stop Lamps, dismissed.
(1) ticket on 12/08/08 in Queens for Tinted Windows, dismissed.
(1) ticket on 12/08/08 in Queens for No Seat Belt, dismissed.

CONFIDENTIAL

(1) ticket on 09/08/08 in Queens for Tinted Windows, dismissed.
(1) ticket on 11/23/08 in Rockville Centre for No Seat Belt, $25 fine.
(1) ticket on 06/18/05 in Lynbrook for Passed Red Light, $75 fine, 3 points.

ARREST

**Applicant pled guilty to Disorderly Conduct on 02/05/09. Applicant was arrested on 12/04/08 in Queens by the NYPD and charged with Assault 2nd (Intent to Cause Physical Injury to an Officer),** Resisting Arrest, Harassment 2nd, Dis/Con (Violent Behavior), Dis/Con (Obscene Lang/Gestures) and 2 VTL violations. NYPD report states Applicant "struck officer about the right side of his face with a closed fist" causing swelling and lacerations below the officer's right eye. Report also notes that Applicant stated **"I'm going to shoot you"**. Applicant had made a complaint to the Civilian Complaint Review Board which did not conduct an investigation due to the absence of a cooperative victim. During the interview, Applicant was given an opportunity to give his version of the incident and he declined. See CCRB letter. See Certificate of Disposition. See statement.

ILLEGAL DRUG USE

**Applicant states he used marijuana one time in 2000 when he was 14 years old.** Other than that one time, Applicant denies ever using, buying or selling any illegal drugs. See statement.

NYS DRIVER LICENSE

Applicant's driver license does not reflect his Freeport address. Applicant was advised to change his license to his current address in Freeport where he states he has lived since 2016. Applicant has advised that he is currently unable to do so due to Covid-19.

Date of Report: 08/28/2020

Name: ███████

S.S. No.: ███████

Nee:

**Position: Police Officer**

D.O.B.: ███████

Age: ██

Address:

Telephone No.: ███████

Updated Redaction for PII/PPI or Confidential Info

List No.: P.O. 2018

77 Unicorn Ave

Deer Park, NY 11729

Test Date: 01/16/2018

Investigator: Thomas Arcuri

Score: 89.067

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)    ☐ None Admitted

2. **ARREST RECORD:** ☑ Yes    ☐ No  Number of Arrests: 1

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No  Number of Tickets: 13  2020 (2),2016,2015 (2), 2014(8)

Prior Suspension Orders  ☑ Yes  ☐ No  Number: 1  2019

Tickets Pending  ☐ Yes  ☑ No  Number: 0

4. **AUTO ACCIDENTS:** Number: 1  2017            Resulting Litigation  ☐ Yes  ☑ No

5. **MEETS REQUIREMENTS:** Education  ☑ Yes  ☐ No  SUNY Farmingdale, Associates Degree 01/25/2015

Residency  ☑ Yes  ☐ No

6. **DELINQUENT DEBT:** ☐ Yes  ☑ No

7. **PISTOL PERMIT:** ☐ Yes  ☑ No

8. **MILITARY SERVICE** Prior Military Service  ☐ Yes  ☑ No

Current Military Obligation  ☐ Yes (Details below)  ☑ No

- Self employed in Real Estate/Stocks since 02/2019            Prior Employer Terminations

9. **PRESENT EMPLOYER:** - NYC Department of Corrections 09-09 Hazen Street East Elmhurst, New York 11370 as a Correction Officer from 12/2016 to 02/2019.    ☐ Yes  ☑ No

Occupation  Real Estate

10. **RECORD CHECK:** Warrants  ☐ Positive  ☑ Negative

Fingerprints  ☐ Positive  ☑ Negative  ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI  ☐ Positive  ☐ Negative  ☐ N/A

NYS DCJS  ☐ Positive  ☐ Negative  ☐ N/A

**EMPLOYMENT HISTORY**
- Applicant has been self employed in Real Estate/ Stocks since 02/21019
- NYC Department of Corrections 09-09 Hazen Street East Elmhurst, New York 11370 as a Correction Officer from 12/ 2016 to 02/ 2019. Employer Evaluation received 09/14/2020 states unacceptable attendance record in 2017. See Employer Evaluation reports NYCDOC enclosed.
- National Grid 1650 Islip Avenue Brentwood, NY 11717 as a Meter Service Representative from 06/2014 to 12/2016. Pending.

**DRIVING HISTORY**
- **Applicant received (1) license suspension on 03/08/2019 in Queens County for failure to answer a summons. Suspension cleared on 03/18/2019.**
- **Applicant received (1) M/V ticket on 01/22/2020 in Suffolk County for fail to stop at stop sign. $77 fines and 2 points.**
- **Applicant received (1) MV ticket on 01/22/20 in Suffolk County for insufficient headlights.**
- **Applicant received (1) M/V ticket on 10/06/2016 in Suffolk County for disobey traffic control device. $147 and 2 points.**
- **Applicant received (1) M/V ticket on 05/19/2015 in Kings County for no seatbelt. $50 fine.**
- **Applicant received (1) M/V ticket on 05/01/2015 in Kings County for operating a motor vehicle while**

NASSAU-00009797

using a cellular device. $50 fine, 5 points.
- Applicant received (1) M/V ticket on 11/18/2014 in Suffolk County for overweight/ oversize vehicle. $1000 fine.
- Applicant received (1) M/V ticket on 05/14/2014 in Nassau County for fail to obey traffic control device.
- Applicant received (6) MV tickets on 11/18/2014 in Suffolk County for improper license plate, covered license plate, uninspected, fail to yield right on red, uninsured, and obstructed view.

| | |
|---|---|
| AUTO ACCIDENT | Apllicant involved in (1) auto accident on 10/31/2017 in Suffolk County, New York. Property damage only, no injuries or litigation. Applicant deemed to be at fault. |
| ARREST | Applicant was arrested on 11/07/20019 in Suffolk County New York and charged with Criminal Possession of Marijuana. Case was dismissed and sealed on 01/24/2020. See statement and Certificate of Disposition. |
| ILLEGAL DRUG USE | Applicant admits to purchasing and using marijuana from 09/2013 to 10/2014 on (10) occasions . Applicant denies selling any illegal drugs . See statement. |

Date of Report: 09/18/2023

Name: ▮▮▮▮▮▮▮▮

S.S. No.: ▮▮▮▮▮▮▮▮

Nee:

Position: Police Officer

D.O.B.: ▮▮▮▮▮▮        Age: ▮▮

Address:      Telephone No.: ▮▮▮▮▮▮

List No.: 2018

Updated Redaction for PII/PPI or Confidential Info

Test Date: 01/16/2018

Jamaica , NY 11434

Investigator: Nerissa Mccollin

Score: 83.685

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 8   2008,2009,2011,2013,2015,2018,2020

Prior Suspension Orders   ☑ Yes   ☐ No   Number: 8   2009,2013,2017,2018,2020,2021

Tickets Pending   ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 2   2010,2021       Resulting Litigation   ☑ Yes   ☐ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   63 credits, No Degree

Residency ☑ Yes   ☐ No   Jamaica, NY

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Metroplitan Transportation Authority of Long Island Railroad, 91-53 121st Street, Richmond Hill, NY 11418 as a Track Patroller since 03/2015. R&R Consulting, 108 Madison Avenue, Amityville, NY 11701 as a Security Officer since 06/2014.

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Track Patroller and Security Guard

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

Employment   03/2015 - present. Metroplitan Transportation Authority of Long Island Railroad, 91-53 121st Street, Richmond Hill, NY as a Track Patroller.
06/2014 - present. R&R Consulting, 108 Madison Avenue, Amityville, NY as a Security Officer.
11/2011 - 06/2020. Delta Airlines, Ditmars Blvd. & 94th Street, Flushing, NY as a Ramp Agent.

Driving History   Applicant has received 8 moving violations.
10/17/2015 in Queens County, NY for Disobeyed traffic device, fine paid.
10/13/2008 in Queens County, NY for Unregistered Motor Vehicle- Infraction, fine paid.
10/02/2013 in Queens County, NY for Disobeyed traffic device, fine paid.
05/02/2018 in Queens County, NY for Speed in zone, fine paid.
04/29/2011 in Queens County, NY for Operation of a MV while using a handheld mobile device, fine paid.
04/18/2009 in Queens County, NY for Passed on right, fine paid.
01/25/2011 in Queens County, NY for Disobeyed traffic device, fine paid.
01/07/2020 in Queens County, NY for No seat belt, fine paid.

Accident   Applicant was involved in one accident in the last five years.

CONFIDENTIAL       

Applicant was involved in an accident on 08/31/2021 in Valley Stream, NY resulting in no litigation.

| | |
|---|---|
| Arrest | Applicant was arrested on 01/28/2019 by Allen Park Police Department and charged with State Identification Card - Counterfeiting/forging/using to commit; State Identification Card - Counterfeit/forged - Sale/possessing with intent to; Financial Transaction Device - possession of Fraudulent One; Larceny by False Impersonation over $100 (Attempt); Larceny by False Impersonation over $100 (Attempt).  Applicant went to a Verizon store in Wayne County, Michigan to purchase a cellphone along with an acquaintance. Applicant stated that the acquaintance gave him a forged Michigan State Identification to purchase the cellphone. Applicant posted bail for $2,000.00. The disposition date was 05/13/2019, fined $500.00- and 2-years' probation, final charge Larceny by False Impersonation over $100 (Attempt). Statement, Certificate of Disposition enclosed. |
| Civil Service Disqualification | Applicant was disqualified from Atlanta Police Department - Disqualification to be discussed upon C.O.E. Applicant was disqualified from New York City Police Department - Disqualification to be discussed upon C.O.E. Applicant was disqualified from New York State Police Department - due to having an open criminal case at the time of background investigation. |
| Appearance Tickets | Applicant was issued an appearance ticket by NYPD over ten years ago for carrying an open container of alcohol in Queens, NY. |
| Litigations | Applicant initiated a lawsuit against the driver of an accident he had on 06/20/2010 in Kings County, NY. Applicant took the driver to small claims court and was awarded that his damages be paid. Statement enclosed |
| Past Debt | Applicant had delinquent debt for Home Depot credit card and Macy's credit card during the period of 06/2022 - 08/2022. Applicant was on unpaid disability from his job and could not make the payments. Applicant is currently up to date and no longer has any debts. |
| Public Assistance | Applicant admits receiving Public Assistance during unpaid disability from work 06/2022-08/2022. |

CONFIDENTIAL

Date of Report: 12/01/2021

Name: ██████████          S.S. No.: ████████

Nee:                                  **Position: Police Officer**

D.O.B.: ████████          Age: ██

Address:          Telephone No.: ████████          List No.: PO 2018

```
┌─────────────────────────────────────────┐
: Redacted for PII/PPI or Confidential Info :
└─────────────────────────────────────────┘
```

Bellerose, NY 11426                                  Test Date: 01/16/2018

Investigator: Alex Anastasiades          Score: 86.081

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |
| 2. ARREST RECORD: | ☑ Yes  ☐ No | Number of Arrests: 1 |
| 3. VALID DRIVERS LICENSE: | ☑ Yes  ☐ No | Number of Tickets: 5  2017, 2016, 2015, 2013 |

Prior Suspension Orders    ☑ Yes    ☐ No  Number: 1  2017
Tickets Pending    ☐ Yes    ☑ No  Number: 0

4. AUTO ACCIDENTS:    Number: 4                    Resulting Litigation    ☐ Yes    ☑ No

5. MEETS REQUIREMENTS:
Education    ☑ Yes    ☐ No  76 Credits Nassau Community College
Residency    ☑ Yes    ☐ No

6. DELINQUENT DEBT:    ☐ Yes    ☑ No

7. PISTOL PERMIT:    ☐ Yes    ☑ No

8. MILITARY SERVICE
Prior Military Service    ☐ Yes    ☑ No
Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. PRESENT EMPLOYER:
Amerisource Bergin - WORLD COURIER          Prior Employer
1313 4TH AVENUE                              Terminations
New Hyde Park, NY  11040                      ☑ Yes    ☐ No
05/2013 TO Present
Occupation    Sales Support representative

10. RECORD CHECK:
Warrants    ☐ Positive    ☑ Negative
Fingerprints    ☐ Positive    ☑ Negative    ☐ Pending

11. POLICE REGISTRY CHECKS:
Federal NDI    ☐ Positive    ☑ Negative    ☐ N/A
NYS DCJS    ☐ Positive    ☑ Negative    ☐ N/A

Employment          05/2013 TO Present AMERISOURCEBERGEN - WORLD COURIER 1313 4TH AVENUE New Hyde Park, NY 11040 as a sales support representative
04/2013 to 05/2013 Home Goods 300 Peninsula Blvd, Hempstead, NY 11550 as a cashier

DRIVING HISTORY    **The applicant has received 1 driving suspension**
08/11/2017 Failure to Pay Fine Queens County - Cleared same day as suspension
**The applicant has received 5 summonses**
02/24/2017 Failure to stop at stop sign Jamaica NY Guilty $100 - 3 points
04/09/2016 Improper Signal / Speeding Nassau County NY Guilty $500 - 10 points
04/09/2016 Speeding 86/55 Nassau County NY Guilty $400 Fine 8 Points
10/09/2013 Disobeyed Traffic Device Floral Park NY Guilty $100 - 2 points
06/23/2013 Improper Signal Jamaica NY Guilty $50 - 2 points

Arrests    **Applicant plead guilty to a violation(Disorderly Conduct) on 6/23/2015. He had been arrested for Driving While Intoxicated.**

The applicant was pulled over for failing to signal. The officer at scene administered a Preliminary Breath Test at scene and the applicant states he registered a 0.08 Blood Alcohol Content. Disposition date is 05/11/2015. Statement, Certificate of Disposition enclosed.

**Appearance Tickets**

**Applicant has been issued 4 appearance tickets.**

1. In February 2013 Applicant received an appearance ticket for **Unreasonable Noise** coming from his car stereo. Summons Dismissed
2. In January 2009 applicant received a ticket for **Disorderly Conduct**. Applicant claims he was fighting with another individual when responding officers issued the applicant an appearance ticket. Applicant plead guilty and paid a fine.
3. In February 2009 Applicant received an appearance ticket for **Urinating in Public**. Applicant plead guilty and paid a fine.
4. In August 2008 applicant received a ticket for **Disorderly Conduct**. Applicant claims he was "play fighting" and responding officers mistook it for a real altercation. Applicant plead guilty and paid a fine.

All summonses were received in the confine of New York City which has expunged much of its appearance ticket records. Original Certificates of Disposition are unavailable. Above information comes from the applicants personal recollection. Statement taken.

**Auto Accidents**

**Applicant has been in four accidents**

1. 12/17/2018 Nassau County - Property Damage - no lawsuit
2. 04/14/2016 Nassau County - Property Damage - no lawsuit
3. 01/13/2013 Queens County - Property Damage - no lawsuit
4. 09/09/2012 Queens County - Personal Injury - no lawsuit

**Illegal Drug Use**

**Applicant admits to using marijuana 300 times from 2009 to 2012.**
Other than those times, applicant denies ever using, buying or selling any illegal drugs.

**Employment Termination**

**The applicant admits he was fired from 2 employers.**

1. In 2012 applicant states his employment was terminated at Sears in Mineola for misuse of employee coupons. The Mineola store is out of business and corporate only verifies employment. See statement.
2. In 2009 applicant admits his employment from White Castle was terminated after an incident with a customer. Applicant states the customer used foul language and racial slurs when requesting access to the restroom. The applicant went spoke to his employer and the applicant claims he was fired after management took the side of the customer. White Castle corporate only verifies employment. See statement.

**Civil Service Disqualification**

**The applicant was disqualified for the position of Police Officer with the NYPD in 2019.**
The applicant admits to being disqualified for drug use, criminal summonses and employment termination. (Statement enclosed. DQ letter pending)
**The applicant was disqualified from the position of NYC Correction Officer in 2015.**
Inquiries states the candidate did not meet the hiring standard.

Date of Report: 11/25/2019

Name: ███████

S.S. No.: ███████

Nee: ███████

**Position: Police Officer**

D.O.B.: ███████    Age: █

Address:    Telephone No.: ███████

List No.: 2018

Redacted for PII/PPI or Confidential Info

Springfield Gardens, NY
11413

Test Date: 01/16/2018

Investigator: Dena Scicutella

Score: 90.775

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes   ☐ No   Number of Tickets: 0

     Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0

     Tickets Pending    ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 2   2014 & 2019      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   HS Diploma & JJC 113 credits

     Residency ☑ Yes   ☐ No   2016-2018 W-2s, Federal and State Returns

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service   ☑ Yes   ☐ No

     Current Military Obligation   ☑ Yes (Details below)   ☐ No

**9. PRESENT EMPLOYER:** United State Park Police
1100 Ohio Drive SW
Washington DC 20024

     Prior Employer Terminations   ☐ Yes   ☑ No

     Occupation    Police Officer since 0217//2019.

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**Employment (Last 5 years)**
*United State Park Police as a Police Officer from 02/2019-Present.
*City of Mt. Vernon Police Dept. as a Police Officer from 07/2014-2019.
*United States Army as a Military Sgt. from 08/2017-01/2019.
*NYS University as a Police Officer from 01/2009-07/2014.

**Driving History (Last 5 years)**
Auto Accident
1) 01/17/2019- Queens NY, Property Damage & No Litigation
2) 08/30/2019- Washington DC, Property Damage & No Litigation (On duty as a Police Officer)

**Appearance Ticket/Omitted Information**
Applicant states that he received an appearance ticket on 07/20/06 for public urination by the NYPD in New York, NY on 125th Street & Park Avenue. The applicant pled guilty and paid a fine of $50. Applicant failed to report this ticket on his original application. (See COD and Statement)

**Fail To Disclose/ DQ of Civil Service Exams**
Applicant failed to Disclose to his investigator during his initial interview that he was disqualified from any Civil Service Exams. Applicant signed his General Reputation Statement and stated that he had

NASSAU-00009867

never been disqualified.

The four Civil Service exams the applicant failed to disclose were as follows:
*NYPD Police Officer Exam number 3047 taken in 06/2004- Details of Disqualification to be discussed in Phase 2.
*NYPD Police Officer Exam number 6011 taken in 02/2007- Details of Disqualification to be discussed in Phase 2.
*NYPD School Safety Agent Exam 8004 taken in 2007- Applicant failed to appear in regards to completion of the process.
*Westchester County Correction Office Exam taken in 2008. Applicant did not follow through with the process.

Applicant admitted to being disqualified from these exams in a second interview.
(See G/R, Application booklet, Record Checks and Statement)

| | |
|---|---|
| Marine Corp/Army | Applicant states in 2002 he was released from the Marine Corp with a general, other than honorable discharge for refusing an occupation he originally agreed upon when he enlisted. The DD214 indicates that he was discharged for Misconduct. |
| | During our second interview the applicant was questioned about his DD214 (dated 12/05) from the Army which indicates he was released uncharacterized. Applicant stated that he had completed occupational training from active duty and he was reassigned back to his military unit following his graduation from training. There are no further details to report. (See Statement and DD214) |
| Army National Guard | Applicant currently has an obligation to the Army National Guard, expiring in in 2020. |
| Summary of Test Questions | Applicant answered "disagree" to the test question "I have been in trouble with the law" He should have answered "agree" because he received an appearance ticket in 2006. (See Summary of Test Results) |
| College Transcript | Applicants transcript indicates he attended Frederick Community College in Frederick MD during 2008. Applicant failed to report this information on his application submitted. (See Official Transcript from John Jay College). |
| Employment Omitted | Applicant was asked in a second interview with him why he omitted two jobs and his answer was I could not get the years straight going back to 17 y/o. The two jobs omitted were Foot Action (2002 & 2003) and BP Products (2002). These are jobs held when he was 18/19 years old. He states he was not fired or terminated from these positions. |
| Delinquent Debt | During a second interview the applicant was questioned why he failed to report that he has had any delinquent debt. Applicants financial credit history indicated that he has delinquent debt from a student loan in the amount of $3K as of October 2019. Applicant does not believe this to be true and states that he will follow up with the loan company. (See Statement) |
| CSX Falsified Question | Question Number 10 |
| | Applicant failed to answer "No" to the CSX question "Except for the above traffic violations, have you ever been convicted of any violation, misdemeanor or felony?". He should have answered "Yes" because he received an appearance ticket. (See CSX) |

Date of Report: 05/01/2020

Name: Myers, Jhisaiah        S.S. No.: ▆▆▆▆▆▆

Nee:                    <mark>Position: Police Officer</mark>

D.O.B.: ▆▆▆▆▆▆          Age: ▆▆

Address:      Telephone No.: ▆▆▆▆▆▆▆          List No.: 2018

*Redacted for PII/PPI or Confidential Info*

Freeport, NY 11520                       Test Date: 01/16/2018

Investigator: Tricia Tortoso             Score: 75.239

1. ILLEGAL DRUG USE:   ☑ Yes (Details below)      ☐ None Admitted

2. ARREST RECORD:   ☐ Yes   ☑ No   Number of Arrests: 0

3. VALID DRIVERS LICENSE:   ☑ Yes   ☐ No   Number of Tickets: 13   2011-2012

     Prior Suspension Orders   ☐ Yes   ☑ No   Number: 0

     Tickets Pending   ☐ Yes   ☑ No   Number: 0

4. AUTO ACCIDENTS:   Number: 3   2010,2010,2017      Resulting Litigation   ☐ Yes   ☑ No

5. MEETS REQUIREMENTS:

     Education   ☑ Yes   ☐ No   Sanford-Brown

     Residency   ☑ Yes   ☐ No   Village Resident

6. DELINQUENT DEBT:   ☑ Yes   ☐ No

7. PISTOL PERMIT:   ☐ Yes   ☑ No

8. MILITARY SERVICE

     Prior Military Service   ☐ Yes   ☑ No

     Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. PRESENT EMPLOYER:   Unemployed      Prior Employer Terminations   ☐ Yes   ☑ No

     Occupation

10. RECORD CHECK:

     Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. POLICE REGISTRY CHECKS:

     Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

Employment

     02/2020 - Present Unemployed

     01/2020 - 02/2020 NYPD Police Academy, New York, NY as Police Recruit - resigned due to failing GPA

     08/2016 - 01/2020 ACLD, Bethpage, NY as a Direct Support Person - nothing derogatory

     08/2013 - 01/2020 Temple Beth, Merrick, NY as a Custodian - nothing derogatory

     04/2009 - 01/2020 AHRC, Brookville, NY as a Medical Case Worker - nothing derogatory

Driving Record

     Auto Accident:

     11/2010, Smithtown, Property Damage Only, Denies any Litigation

     05/2010, Melville, Property Damage Only, Denies any Litigation

     04/2017, Freeport, Property Damage Only, Denies any Litigation

     Tickets:

     08/06/2012 N Bellmore, NY Covered Front Plant Dismissed

     08/06/2012 N Bellmore, NY Covered Rear Plate Dismissed

08/06/2012 N Bellmore, NY Rear Side Windows Non Transparent Dismissed
08/06/2012 N. Bellmore, NY Sidewings/Side Windows/ Non Transparent Dismissed
08/06/2012 N. Bellmore, NY Covered/Tinted Stop Lamps Dismissed
07/12/2011 Levittown, NY Sidewings/Side Windows Non Transparent Dismissed
06/15/2012 East Meadow , NY Tints on windows and plate covers Guilty summons
05/02/2012 Bellmore, NY Tinted Black Right Brake Light Dismissed
05/02/2012 Bellmore, NY Covered Rear Plate Black Plastic Tinted Dismissed
05/02/2012 Bellmore, NY Tinted Black Left Brake Light Dismissed
05/02/2012 Bellmore, NY Front Side Windows Tinted 16% Light Dismissed
05/02/2012 Bellmore, NY Rear Side Windows Non Transparent 16% Light Dismissed
05/02/2012 Bellmore, NY No Distinctive Plate/Insecure/Dirty Dismissed
05/02/2012 Bellmore, NY Tinted Black Right Tail Light Dismissed

| | |
|---|---|
| Illegal Drug Use | Applicant admits to using Marijuana 3 times from 2001-2004 while in High School. Applicant denies any other drug use and denies ever buying or selling any illegal drugs. |
| NYPD Employment | Applicant was a member of the NYPD Police Academy from 01/2020 - 02/2020. Applicant was given the opportunity to resign for his failing GPA which he chose to do. Applicant is in the process of submitting paperwork to be reconsidered for an upcoming class (possibly August 2020) |
| Delinquent Debt | Applicant currently has a credit card with Care Credit which is in delinquency. The applicant currently owes approximately $8,000 and will be working to pay it off once he is employed. |

Date of Report: 01/30/2020

| | |
|---|---|
| Name: ███████ | S.S. No.: ███████ |
| Nee: N/A | **Position: Police Officer** |
| D.O.B.: ███████ | Age: ██ |
| Address: | Telephone No.: ███████ |

Updated Redacted for PII/PPI or Confidential Info

List No.: 2018

West Hempstead, NY
11552

Test Date: 01/16/2018

Investigator: John Nicosia

Score: 90.324

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)     ☐ None Admitted

**2. ARREST RECORD:** ☑ Yes     ☐ No   Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes     ☐ No   Number of Tickets: 15   See Below

Prior Suspension Orders   ☑ Yes    ☐ No   Number: 1   2012 from DWAI

Tickets Pending   ☐ Yes    ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 1   04/17/2009 Garden City      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**
Education ☑ Yes   ☐ No   High School Diploma/59 College Credits

Residency ☑ Yes   ☐ No   Nassau County since 1999.

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No   N/A

**8. MILITARY SERVICE**
Prior Military Service   ☐ Yes   ☑ No   N/A

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:**
Metro North Railroad
420 Lexington Avenue
New York, NY 10170
Since 06/26/2019

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Assistant Conductor

**10. RECORD CHECK:**
Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending   N/A

**11. POLICE REGISTRY CHECKS:**
Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**DRUG HISTORY**   Applicant states he used marijuana approximately 15-20 times from 2005 to 2014. Applicant states he has not used it since. Applicant denies ever buying or selling any illegal drugs. Statement.

**ARREST**   Applicant states he was arrested for Driving While Impaired on 04/21/2012 by NCPD. Applicant was also charged with failure to signal and insufficient tint. Applicant was not fingerprinted, appearance ticket issued. Applicant was arraigned in 1st District Court on 04/21/2012. Applicant plead guilty, paid $555 in fines & surcharges, 1 year conditional discharge, and his license was suspended for 90 days. Certificate of Disposition attached. Statement.

**DRIVING HISTORY**   Applicant states he received 15 moving violations and 1 suspension during his driving history. They are as follows: on 01/09/2009 issued speeding (1180) by NYSP, on 03/02/2009 issued failure to signal (1163) by NCPD, on 07/23/2009 issued speeding (1180) by NYSP, on 09/25/2009 issued speeding

(1180), failure to signal (1163), & insufficient tint (375.12ab) issued by NCPD, on 01/20/2010 issued speeding (1080) by NCPD, on 11/29/2010 issued speeding in a school zone (1180) by Garden City PD, on 04/21/2012 issued DWI (1192.1), failure to signal (1163), & insufficient tint (375.12ab) issued by NCPD, on 09/21/2014 issued cellphone use while driving (1225) by NYSP, on 08/30/2016 issued cellphone use while driving (1225) & no insurance card (319) by NCPD, and on 08/13/2017 issued insufficient tint (375.12ab) by NYSP. Applicant's license was also suspended on 10/17/2012 due to the above DWI arrest (see below). Applicant was in an auto accident on 04/17/2009 in Garden City. Applicant also has 4 more tickets that he claims was not him. They are as follows. On 04/06/2017 issued unregistered motor vehicle (401), no insurance (319), improper plates (402.4), & missing plate (402.1) by NCPD. Applicant states someone else used his name and address. See Field Interview Statement below. Applicant has a valid NYS driver's License. MV15F attached. Statement.

| | |
|---|---|
| APPEARANCE TICKET | Applicant states he was issued an appearance ticket for urinating in public on 09/04/2008 issued by NCPD. Applicant states he was arraigned at Nassau District Court on 09/25/2008, plead guilty, conditional discharge, and paid a $75 fine. Certificate of Disposition attached. Statement. |
| TEST QUESTIONS | Applicant had several inconsistencies in his answers on the Summery Of Test Results. Test Question:" I get more traffic tickets than most people." Applicant answered disagree. Applicant received 15 moving violations during his driving history. Test Question: "I have gotten into trouble more than once because of my behavior." Applicant was arrested for DWI on 04/21/2012 & issued and appearance ticket for urinating in public 09/04/2008. |
| DOMESTIC INCIDENT | Applicant was named in a domestic incident on 12/29/2015 that happened at his residence at ███ ██████████, West Hempstead. Report states complainant, ██████████ was with the applicant watching television and the applicant made multiple sexual advances towards her in which she told him "no" multiple times. Complainant states the applicant then jumped on top of her attempting to kiss her, she told the applicant to stop and punched him, at which time the applicant stopped the advances. She then asked the applicant to take her home which he did. The complainant the went to the 5th Precinct and made a report requesting an arrest of the applicant. Report states that the narrative of this case does not rise to the level of a crime due to the fact that they were intimate in the past and when he was denied he drove the complainant home. Determination was made by the Desk Officer and the 5th squad. Report ██████████ attached. Statement. |
| EMPLOYMENT HISTORY | Metro North Railroads ( Asst. Conductor)- 06/26/2019- Present<br>NYC Department of Corrections (Correction Officer)- 07/2018- 06/24/2019<br>SEARS (Store Manager)- 11/2005- 07/2018<br>Nothing derogatory. Inquiries attached. |
| DISQUALIFICATIONS | Applicant was being investigated for the Police Officer position in Suffolk County in 2019. Applicant states he went through most of the investigation but was disqualified after the full investigation. Inquiry pending. Applicant states he was investigated for the position of Trooper for the NY State Police in 2019 and was disqualified after the polygraph exam. Inquiry attached stating the applicant did not have the necessary qualifications for appointment to the position of Trooper with NYSP. Statement. |
| FIELD INTERVIEW/IMPERSONATION | Applicant was named in an field interview on 04/06/2017. Applicant was pulled over for a VTL violations (unregistered motor vehicle (401), no insurance (319), improper plates (402.4), & missing plate (402.1) and upon consent search of his vehicle, 2 bank checks made out to different individuals were located in the backseat of the vehicle. Applicant was questioned about the checks and stated |

 NASSAU-00009909

that they belonged to his uncle who was the owner of the vehicle. Applicant was run for warrants with negative results, was ID and released. Reporting officer states he made the report due to recent bank check fraud in the area. Field Interview ███████. During the initial interview the applicant was questioned about the incident and he stated that it was not him and someone was impersonating him. Applicant also states that the summonses that he received were committed by the same person using his ID. Applicant states he went to Nassau Traffic Court when he was notified of the outstanding tickets so he could clear his name. Tickets were dismissed and the applicant filed an Identity Theft Report. Applicant provided documentation. Field Interview attached. Statement.

CONFIDENTIAL

Date of Report: 06/15/2021

Name: ██████████

S.S. No.: ██████████

Nee:

**Position: Police Officer**

D.O.B.: ██████████

Age: ███

Address:

Telephone No.: ██████████

List No.: PO 2018

> Updated Redacted for PII/PPI or Confidential Info

Wyandanch, NY 11798

Test Date: 01/16/2018

Investigator: Douglas Weigand

Score: 86.859

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)      ☐ None Admitted

**2. ARREST RECORD:** ☑ Yes     ☐ No   Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 6   2013-2020

Prior Suspension Orders    ☑ Yes    ☐ No   Number: 4   2006-2015

Tickets Pending    ☐ Yes    ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 1   2017      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education   ☐ Yes   ☑ No

Residency   ☑ Yes   ☐ No   Resides in Wyndanch

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service   ☑ Yes   ☐ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Black Veterans for Social Justice
665 Willoughby Ave
Brooklyn, NY 11206

Prior Employer Terminations
☐ Yes   ☑ No

Occupation   Case Manager

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

Employment
- 10/2018 - Present - Black Veterans for Social Justice - Case Manager
- 06/2017 - 12/2017 - STS Solutions - Maintenance Coordinator
- 02/2017 - 06/2017 - Endurance Express - Underwriting Assistant
- 09/2013 - 07/2019 - LaGuardia Community College / Queens College - College Student

Driving History

**The applicant has been issued 4 moving violations in last 5 years.**
- 01/06/2020 Unregistered Motor Vehicle - Nassau County - Paid fine
- 12/30/2016 Speed in Zone 73/45 - Queens County - Paid fine $90, 6 points
- 04/07/2017 Unregistered Motor Vehicle - Queens - NY State Police - Paid fine
- 03/15/2019 No Front Plate - Suffolk - NY State Police - Paid fine

**Applicant has been involved in 1 accident within the last 5 years.**
- 06/17/2017 Property Damage Only - Nassau - Not faulted no litigation

**The applicant had 4 Suspensions listed on Driving record abstract**
- 04/14/2006 Pending submission to Court, out of state - Broward County - Cleared on 07/21/2006
- 02/27/2015 Failure to answer summons - Orange County - Cleared on 06/24/2015
- 08/30/2014 Failure to pay fine - Queens County - Cleared on 09/08/2014
- 07/23/2014 Failure to answer a summons - Queens County - Cleared on 07/23/2014

| | |
|---|---|
| Arrest | **Applicant was arrested on 03/13/2011 and charged with DUI - Alcohol/Drugs.** |
| | Applicant states she was arrested by Solano County Police but the Military took jurisdiction. Military records show applicant did physically control a motor vehicle while drunk and drive in excess of 90 mph in a 65 mph. Applicant received nonjudical punishment reduction to the grade of Airman First Class, forfeiture of $250.00 pay per month for 2 months. Solano County Police record pending |
| Illegal Drugs | **Applicant states she used marijuana 3 times between 2011 - 2017.** |
| | Other than those times applicant denies ever using, buying or selling any illegal drugs. |
| Military Service | **Applicant served in the US Air Force 03/28/2006 to 11/08/2012. Applicant was discharged *Under Honorable Conditions.* (2) Article 15 actions, a Letter of Reprimand, (2) Letter of Counseling, and an Unfavorable Information File Action. Narrative Reason for Separation - Misconduct (other)** |
| | 07/18/2012 - Negligently failed to remove STE card for a STE phone and secure it - Nonjudicial punishment reduction to the grade of Airman Basic. |
| | 07/12/2012 - Left safe open, failed to secure COMSEC (Communications security), failed to follow closing checklist procedures - Letter of Counseling |
| | 04/11/2012 - Failed to complete all items on floater duty checklist before shift ended - Letter of Counseling |
| | 02/16/2012 - Government travel card (GTC) over 120 days past due. Applicant used GTC card for unauthorized ATM withdrawals - Letter of Reprimand. |
| | 03/13/2011 - Driving under the influence. Speeding excess of 90 mph in 65 mph zone - Nonjudicial punishment reduction to the grade of Airman First Class, forfeiture of $250.00 pay per month for 2 months. |
| Civil Service Disqualification | **The applicant was disqualified for the position of Trooper with the New York State Police on 08/14/2018.** |
| | The applicant was disqualified because she did not meet the requirements and the necessary qualifications for appointment. Derogatory information found relevant : Integrity, Poor decision making, and deception during NYSP candidate process. |
| Delinquent Debt | **Applicant has 2 current delinquent debts.** |
| | Navy Federal Credit Union - $50,500.00 - Applicant states she has every intention to pay off |
| | CBE Group - $691.00 - Applicant states she was unaware of this debt and will get it resolved. |

CONFIDENTIAL        NASSAU-00009962

Date of Report: 08/12/2019

Name: ▮▮▮▮▮▮▮▮　　　　　　　S.S. No.: ▮▮▮▮▮▮▮▮

Nee: ▮▮▮▮▮▮▮▮　　　　　　　**Position: Police Officer**

D.O.B.: ▮▮▮▮▮▮　　　　　　　Age ▮▮

Address:　　Telephone No.: ▮▮▮▮▮▮　　　　List No.: PO#2018-Hempstead

Updated Redacted for PII/PPI or Confidential Info

hempstead , NY 11550　　　　　　　　　　Test Date: 01/16/2018

Investigator: Vanessa Reteguiz　　　　　　Score: 77.476

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |
| 2. ARREST RECORD: | ☐ Yes　☑ No | Number of Arrests: 0 |
| 3. VALID DRIVERS LICENSE: | ☑ Yes　☐ No | Number of Tickets: 1　2014 |

Prior Suspension Orders　☐ Yes　☑ No　Number:

Tickets Pending　☐ Yes　☑ No　Number: 0

4. AUTO ACCIDENTS: Number: 3　2013,2016,2017　　　Resulting Litigation　☐ Yes　☑ No

5. MEETS REQUIREMENTS:
Education　☑ Yes　☐ No　Graduated from Hempstead HS, earned a Bachelors in Aviation Administration from Farmingdale State

Residency　☑ Yes　☐ No　Resides in Hempstead

6. DELINQUENT DEBT:　☐ Yes　☑ No

7. PISTOL PERMIT:　☐ Yes　☑ No

8. MILITARY SERVICE
Prior Military Service　☐ Yes　☑ No
Current Military Obligation　☐ Yes (Details below)　☑ No

9. PRESENT EMPLOYER:
AFCO Avports Mgmt
7150 Republic Avenue
Farmingdale, NY 11735

Prior Employer Terminations　☐ Yes　☑ No

Occupation　Operations Coordinator

| 10. RECORD CHECK: | | | | |
|---|---|---|---|---|
| Warrants | ☐ Positive | ☑ Negative | | |
| Fingerprints | ☐ Positive | ☑ Negative | ☐ Pending | |

| 11. POLICE REGISTRY CHECKS: | | | | |
|---|---|---|---|---|
| Federal NDI | ☐ Positive | ☐ Negative | ☐ N/A | |
| NYS DCJS | ☐ Positive | ☐ Negative | ☐ N/A | |

**Illegal Drugs**　Applicant admits to using Marijuana one time in 2012 and one time in July 2018. He has not used it since. See statement.

**Auto Accident**　Applicant was involved in an auto accident 06/24/2017 in Elmont, NY, Nassau County. There is no litigation and nothing pending.

**Employment**　08/2017-Present AFCO Avports Management LLC Nothing Derogatory Operations Coordinator Full Time
03/2016-Present Hempstead Volunteer Fire Dept. Nothing Derogatory Fire Fighter Volunteer
09/2015-08/2017 Blue Rhino Global Sourcing Nothing Derogatory Sample Coordinator Full Time
06/2012-09/2016 Village of Hempstead Nothing Derogatory Lifeguard Temp/seasonal

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　NASSAU-00009967

Date of Report: 04/06/2021

Name: ▉▉▉▉▉▉▉▉▉▉

S.S. No.: ▉▉▉▉▉▉

Nee: Q

**Position: Police Officer**

D.O.B.: ▉▉▉▉▉▉

Age: ▉▉

Address:

Telephone No.: ▉▉▉▉▉

List No.: PO 2018

Updated Redacted for PII/PPI or Confidential Info

Test Date: 01/16/2018

Elmont , NY 11003

Investigator: Dena Scicutella

Score: 87.34

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |

**2. ARREST RECORD:** ☑ Yes ☐ No  Number of Arrests: 4

3. VALID DRIVERS LICENSE: ☑ Yes ☐ No  Number of Tickets: 12  2014-2019

Prior Suspension Orders ☑ Yes ☐ No  Number: 4  2017-2019

Tickets Pending ☐ Yes ☑ No  Number: 0

4. AUTO ACCIDENTS: Number: 2  2014  Resulting Litigation ☐ Yes ☑ No

5. MEETS REQUIREMENTS:

Education ☑ Yes ☐ No  HS Dipl.& ASA 26 CR. & Plattsburgh 25 CR. Total 51 Credits

Residency ☑ Yes ☐ No  2018 Federal Taxes only

6. DELINQUENT DEBT: ☑ Yes ☐ No

7. PISTOL PERMIT: ☐ Yes ☑ No

8. MILITARY SERVICE

Prior Military Service ☐ Yes ☑ No

Current Military Obligation ☐ Yes (Details below) ☑ No

9. PRESENT EMPLOYER: Unemployed.

Prior Employer Terminations ☐ Yes ☑ No

Occupation  Unemployed since 12/2020

10. RECORD CHECK:

Warrants ☐ Positive ☑ Negative

Fingerprints ☑ Positive ☐ Negative ☐ Pending

11. POLICE REGISTRY CHECKS:

Federal NDI ☐ Positive ☐ Negative ☐ N/A

NYS DCJS ☐ Positive ☐ Negative ☐ N/A

Employment (Last 5 years)

*Unemployed from 01/21-Present.
*Nassau Downs OTB as an Intern from 06/10-12/20.
*District 6 Sanitary as a seasonal Sanitation worker from 04/20- 10/20.
*Douglas Elliman the Dakota as a Doorman from 04/19-11/19.
*Assemblyman Tom Alfano as an Intern from 10/10-12/10.
*Horizon staffing as a Recruiter from 10/18-11/18.
*E & J Electric as a College Helper from 05/16-08/16.

Driving History

**Moving Violations:**

1. 03/08/2019- Town of Milan NY, Unlawful Speedometer- Fine Paid
2. 04/10/2018- Town of Babylon, Cell Phone while driving- Fine Paid
3. 03/01/2018- Nassau County NY, Stop Sign- Fine Paid
4-10.03/09/2017- Nassau County NY **7 Summons**-(Driving W/.o8 or more alcohol, DWI, Drove Across Rd Hazard Marking (2X), Moved from the Lane Unsafely, Improper Signal & Uninspected) **VTL charges satisfied with guilty plea DWI, a VTL traffic infraction.**
11. 10/14/14- Queens NY, Failed to Yield Right of Way- Dismissed
12. 09/15/14- Nassau NY, No Seat Belt-Fine Paid

**License Suspensions:**

1. 07/21/2019- Suffolk County-Failure to pay fine
2. 10/22/2018- Suffolk County-Failed to Answer Summons
3. 06/26/2017 &03/09/17- Suffolk County- DWI

**Motor Vehicle Accidents:**

1. 08/21/2014- Franklin Square NY- Applicant at Fault, Personal Injury and no litigation.
2. 08/20/2014- Queens NY- Applicant not at Fault, No injury and no litigation.

**Arrests (4)**

**Applicant states he has been arrested on 4 different occasions between 2013-2018.**
On 03/01/18, the applicant states he was arrested by the NCPD after a car stop was conducted. The arrest charges were Failure to Stop at Stop Signal (VTL traffic infraction), Criminal Possession of Marijuana over 8 Oz. (E Felony) and Criminal Possession Marijuana 4th (a Misdemeanor). **The C.O.D. disposition indicates the charge for Criminal Possession Marijuana 3 was reduced to Criminal Possession 4 (A Misdemeanor) and was sealed on 08/16/2018. All charges other charges were dismissed by ACD and sealed on 08/30/2018.**
On 03/09/17, the applicant states he was arrested by the NCPD for DWI, after failing to maintain his lane on the LIE, Exit 34. The arrest charges were two VTL misdemeanors (DWI 1st Offense and Operating MV BAC .08 of 1%) and five traffic infractions (Moved from Lane Unsafely, Crossing Hazards 2 Summons, No Signal and No Inspection). **The C.O.D. indicates the applicant pled guilty to a VTL 1192.01 traffic infraction (DWAI Alcohol) in full satisfaction of 7 moving violations on 06/06/2017, paid a total fine of $300, his license was suspended for 90 days, attended an alcohol abuse program and he received 1 year conditional discharge.**
On 10/14/14, the applicant states he was arrested by the NYPD after a car stop was conducted. The arrest charges were Failed to Yield (VTL traffic infraction), Criminal Possession 5th (Misdemeanor) and Criminal Possession Marijuana 4th (Misdemeanor). **The C.O.D. provided states on 02/10/15 all charges were dismissed and sealed.**
On 10/06/13, the applicant states that he was arrested by the Plattsburgh Police Department after a physical encounter with another student who ended up unconscious. The arrest charges were Assault 2 (D Felony) and Criminal Mischief 3rd (E Felony ). **The applicant states Plattsburgh City Court could only find a C.O.D. that indicates he was guilty of Criminal Mischief (A Misdemeanor), paid a fine of $300 and received a 1 year conditional discharge. The applicants NYS fingerprint response indicates on 07/03/14 he was charged with Assault 3rd (A Misdemeanor), served with a Stay away Order of Protection against him, paid a fine of $250 and a conditional discharge.**
The applicant states he would like to put these arrests behind him and is very enthusiastic to become a police officer.

**Illegal Drug Use**

Applicant states that he used marijuana on 1 occasion on 08/28/12 while he was in college. He states that he did not like it and never used it again. Denies buying or selling or using any other illegal drugs. **Applicant has been arrested (2013, 2017 and 2018) and charged with Criminal Possession Of Marijuana.**
Applicant states many of his friends from the past were involved with marijuana and he realizes it was a bad choice to hang around them.

**Field Interviews**

Applicant was stopped and questioned twice by the Nassau County for suspicious activity. The first time was on 01/24/2014, he was with his friends sitting in a car in Franklin Square NY. The NCPD officers smelled an odor of marijuana coming from their vehicle. The officers searched the car with negative results and they were released from the scene without further incident. The second time was on 08/29/2014, he was with his friends waiting for girls in the rear of 640 Franklin Avenue in Franklin Square NY . The officers properly identified them and they were released.

**Domestic Incidents**

Applicant states on 06/26/2013, he had a verbal argument with his mother over him cleaning his room. Applicant states on 07/07/2016, he had a verbal argument with father due to the fact he did not cook for the family. The NCPD responded both times, the reports were for documentation purposes only.

**Civil Service Exams (Disqualified)**

Applicant states he took the NYST exam, received a grade of 96.65 and was disqualified on 03/20/19 because he was arrested for DWI after the application date.

**Delinquent Debts**

In 08/12, his student Loan went into collections because his mother couldn't make the payments after being laid off from her job.
Applicant states he had two CC's go delinquent, Capitol One 09/20- $20 & First Premier 08/18- $300. Both

the charges were paid in full.
Applicant states sometime after filing his 2017 tax return he started receiving delinquency notices. He states there was a misunderstanding with his accountant about payment options. The money owed was $800 and the funds were garnished from his salary.

**Summary Of Test Results**

Applicant answered "disagree" to the test question "I get more traffic tickets than most people" and agrees that the answer should be "agree". He states he answered this way because he figured he only had a total of 4 summons. The DWI arrest consisted of 7 moving violations which dropped down in Court and was satisfied with 1 moving violation.
Applicant answered "disagree" to the test question "I have gotten into trouble more than once because of my behavior" and agrees that the answer should be "agree" because he has had 4 arrests in the past.

**College Incidents**

Applicant was a subject of larceny from an incident that occurred on 11/07/2012. The NYS University Police report indicates that the applicant removed another students blanket from the common laundry room located on college campus. This information was obtained from video footage on campus. There were no charges filed against the applicant, the blanket was recovered by the victim and the report was for documentation purposes.
Applicant states that the The NYS University Police responded to the lounge of a college hall to find the applicant highly intoxicated passed out. Details to be discussed in Phase 2.

**Tax Returns**

Applicant failed to provide 3 years worth of tax returns as requested. He only provided his 2018 Federal tax returns.

CONFIDENTIAL      NASSAU-00009997

Date of Report: 03/08/2021

Name: ▮▮▮▮▮▮▮

S.S. No.: ▮▮▮▮▮▮▮

Nee:

<mark>Position: Freeport Police Officer</mark>

D.O.B.: ▮▮▮▮▮▮▮

Age: ▮▮

Address:

Telephone No ▮▮▮▮▮▮▮

List No.: 2018

Updated Redacted for PII/PPI or Confidential Info

Freeport , NY 11520

Test Date: 01/16/2018

Investigator: Tricia Tortoso

Score: 71.884

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)  ☑ None Admitted

<mark>**2. ARREST RECORD:** ☑ Yes  ☐ No  Number of Arrests: <u>3</u></mark>

**3. VALID DRIVERS LICENSE:** ☑ Yes  ☐ No  Number of Tickets: <u>12</u>  2007, 2009, 2012, 2013(3), 2014(3), 2018(2), 2020

Prior Suspension Orders ☑ Yes  ☐ No  Number: <u>8</u>  <u>2009(3), 2010, 2011, 2012, 2013(2)</u>

Tickets Pending ☑ Yes  ☐ No  Number: <u>1</u>

**4. AUTO ACCIDENTS:** Number: <u>6</u>  <u>2012(3), 2014, 2019(2)</u>   Resulting Litigation ☑ Yes  ☐ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes  ☐ No  <u>Nassau Community College (Transcript pending)</u>

Residency ☑ Yes  ☐ No  <u>Village of Freeport</u>

**6. DELINQUENT DEBT:** ☐ Yes  ☑ No

**7. PISTOL PERMIT:** ☐ Yes  ☑ No

**8. MILITARY SERVICE** Prior Military Service ☐ Yes  ☑ No

Current Military Obligation ☐ Yes (Details below)  ☑ No

**9. PRESENT EMPLOYER:** FDNY
<u>9 Metrotech Center</u>
<u>Brooklyn, NY  11201</u>
<u>Since 04/2016</u>

Prior Employer Terminations ☑ Yes  ☐ No

Occupation  <u>Dispatcher</u>

**10. RECORD CHECK:** Warrants ☐ Positive  ☑ Negative

Fingerprints ☑ Positive  ☐ Negative  ☐ Pending  <u>Arrest</u>

**11. POLICE REGISTRY CHECKS:** Federal NDI ☐ Positive  ☐ Negative  ☐ N/A

NYS DCJS ☐ Positive  ☐ Negative  ☐ N/A

| Employment | 04/2016 - Present FDNY, Brooklyn, NY as a dispatcher |
| | 06/2014 - Present Mount Sinai Hospital, Oceanside, NY  as a Student Utility (Per Diem) |
| | 08/2008 - Present Freeport Fire Department, Freeport, NY as a Firefighter/EMT-Ex-Captain |
| | 08/2015 - 04/2016 Porsche of South Shore, Freeport, NY  as a Parts Clerk |
| | 01/2012 - 08/2015 Volvo of Glen Cove, Glen Cove, NY  as a Parts Clerk |
| | 12/2006 - 08/2009 JC Penny, Garden City, NY  as a Sale Associate (terminated) |
| | 08/2008 - 01/2009 Victoria Secret, Garden City, NY  as a Stock Person |

**FDNY Write Up**

**Applicant states he was written up 2 times at work with the FDNY.**
Applicant states both write ups were warnings only.  No time was taken from the applicant.  One incident was in 2020 and the other was 02/13/2021.

**Moving Violations**

11/01/2020, Speeding, 70/45, Brooklyn, NY PENDING (Court date in August 2021)
01/27/2018, No Front Plate, Suffolk, NY Guilty
01/27/2018, Tinted Windows, Suffolk, NY  Guilty
06/15/2014, Operating Without Insurance Card, Nassau, NY  Dismissed
06/15/2014, Tinted Windows, Nassau, NY  Guilty

CONFIDENTIAL

06/15/2014, No/Inadequate Lights, Nassau, NY  Guilty
05/02/2013 Cell Phone, Nassau, NY Guilty
02/11/2013, Unlicensed Operator, Nassau, NY  Guilty
02/11/2013, Disobeyed Traffic Control Device, Nassau, NY  Guilty
05/10/2012, No Seat Belt - Driver, Glen Cove, NY  Guilty
05/10/2009, Operating Without a License, NY  Guilty
05/16/2007, Failure To Exhibit License, Nassau, NY  Guilty

**Investigator Observation: This investigator did observe the applicant operating his 2004 Black Acura, ▮▮▮▮▮▮▮ with illegal tinted windows, illegal license plate cover and inadequate headlights after their background investigation on 03/02/2021.  Applicant has received numerous tickets in regards to this vehicle and he has yet to correct any of them.**

| | |
|---|---|
| Auto Accidents | 12/01/2019, Queens, NY, Property Damage, Denies Litigation<br>07/01/2019, Brooklyn, NY, Personal Injury, PENDING LITIGATION (open)<br>07/13/2014, Nassau, NY, Personal Injury, At Fault, Denies Litigation<br>10/28/2012, Nassau, NY, Personal Injury, Denies Litigation<br>04/23/2012, Nassau, NY, Personal Injury, Closed Litigation<br>01/24/2012, Nassau, NY, Property Damage, Denies Litigation |
| License Suspensions | 07/31/2013, Failed to Answer Summons<br>07/06/2013, Fail to Pay Driver Assessment<br>07/06/2012, Fail to Pay Driver Assessment<br>07/06/2011, Fail to Pay Driver Assessment<br>07/06/2010, Fail to Pay Driver Assessment<br>07/23/2009, PNG SUBNSN TO CRT<br>07/07/2009, Fail to Pay Driver Assessment<br>05/29/2009, Persistent Violator |
| 2010 Arrest | **Applicant pled guilty to Disorderly Conduct on 10/19/2010.  He had been arrested for Criminal Possession of Stolen Property** after depositing a stolen check into his bank account.<br>Applicant states he was unaware that the check he deposited was stolen.  Applicant states his cousin gave him the check to deposit because he did not have a bank account to deposit it himself.  Applicant paid a fine with one year conditional discharge. |
| 2009 Arrest/Employment Termination | **Applicant pled guilty to Disorderly Conduct on 07/23/2010.  He had been arrested for Criminal Possession of a Forged Instrument.**<br>While working as a Sales Representative at JCPenney, the applicant did accept counterfeit money from a friend.  The applicant then kept the counterfeit money and paid a bill he had with JCPenney with the counterfeit money.  The applicant was terminated from his position and was arrested.  The applicant paid a fine with a conditional discharge of 1 year. |
| 2008 Arrest | **Applicant pled guilty to Disorderly Conduct and Equipment Violations on 06/19/2008.  He had been arrested for Resisting Arrest, Obstructing Governmental Administration, Disorderly Conduct and Equipment Violations.**<br>Applicant states he was pulled over by a New York State Trooper while driving on the Southern State Parkway.  Applicant states the Trooper asked for his license and registration and while trying to retrieve the items he asked the Trooper what he was being pulled over for.  Applicant states the Trooper did not like that he was questioning him and made him get out of the vehicle.  The applicant states they exchanged words and the applicant was then placed in handcuffs and sprayed with mace.  Applicant paid a fine. |
| 2019 Litigation | **Applicant states he is currently involved in a law suit stemming from an Auto Accident on 07/01/2019.**<br>Applicant is currently being represented by The Law Office of Darren Moore.  Applicant is unsure of the status but knowns the lawsuit is still open. |

CONFIDENTIAL                                   NASSAU-00009999

Date of Report: 12/20/2022

Name: ▮▮▮▮▮▮     S.S. No.: ▮▮▮▮▮▮

Nee:     <mark>Position: Police Officer</mark>

D.O.B.: ▮▮▮▮▮     Age: ▮▮

Address:     Telephone No.: ▮▮▮▮▮▮     List No.: 2018

Updated Redacted for PII/PPI or Confidential Info

Test Date: 01/16/2018

Valley stream, NY 11580

Investigator: Tricia Tortoso     Score: 85.389

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)   ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes  ☑ No  Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes  ☐ No  Number of Tickets: 7  2009,2011,2011,2016,2018,2018,2018

  Prior Suspension Orders ☑ Yes ☐ No Number: 2  2009,2017

  Tickets Pending ☐ Yes ☑ No Number: 0

**4. AUTO ACCIDENTS:** Number: 1  2019     Resulting Litigation ☐ Yes ☑ No

**5. MEETS REQUIREMENTS:** Education ☐ Yes ☑ No <u>NO COLLEGE CREDITS</u>

  Residency ☑ Yes ☐ No <u>Nassau County</u>

**6. DELINQUENT DEBT:** ☑ Yes ☐ No

**7. PISTOL PERMIT:** ☐ Yes ☑ No

**8. MILITARY SERVICE** Prior Military Service ☐ Yes ☑ No

  Current Military Obligation ☐ Yes (Details below) ☑ No

**9. PRESENT EMPLOYER:** <u>Midstate Bakery</u>     Prior Employer Terminations

<u>350 Commerce Drive</u>

<u>Rochester, NY  14623</u>  ☐ Yes ☑ No

<u>Since 10/2020</u>

Occupation  <u>Independent Distributor/Deliver Truck Driver</u>

**10. RECORD CHECK:** Warrants ☐ Positive ☑ Negative

  Fingerprints ☐ Positive ☑ Negative ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI ☐ Positive ☑ Negative ☐ N/A

  NYS DCJS ☐ Positive ☑ Negative ☐ N/A

| | |
|---|---|
| Employment History | 10/2020 - Present Midstate Bakery, Rochester, NY as an Independent Distributor/Delivery Truck Driver |
| | 10/2010 – 10/2020 Transportation Security Administration, Queens, NY as a Screener |
| | 12/2007 – 01/2011 U.S. Airways Express, Queens, NY as a Ramp Agent |
| Driving History - Moving Violations | **The applicant has received 7 moving violations:** |
| | 08/04/2018, Speed 76/50, Queens, NY, Guilty/Fine/6 Points |
| | 06/06/2018, Expired inspection sticker, New York, NY Guilty |
| | 06/02/2018, Expired inspection sticker, New York, NY Guilty |
| | 09/30/2016, Avoiding Traffic Device or Intersection, Queens, NY Guilty Fine/2 Points |
| | 06/13/2011, No Seat Belt, Queens, NY Guilty/Fine |
| | 06/13/2011, Disobeyed Traffic Device, Queens, NY Guilty/Fine/2 Points |
| | 02/06/2009, Operation of A Motor Vehicle While Using A Hand Held Mobile Phone, Queens, NY Guilty/Fine |
| Driving History - Auto Accidents | **Applicant has been involved in 1 auto accident within the last 5 years** |
| | 09/12/2019, East Elmhurst, Not at Fault, Property Damage Only, Denies Litigation |

| | |
|---|---|
| Driving History - Suspensions | **Applicants New York State Driver License was suspended on 2 different occasions.**<br>06/22/2017, Failure to Pay Fine<br>04/14/2009, Failure to Answer a Summons |
| Civil Service Exams | Applicant states in approximately 2014 he took the US Customs Boarder and Protection Exam. Applicant states he passed the medical, completed the paperwork but did not make it any further than the oral interview. Applicant states he is not sure of the reasoning. |
| Delinquent Debts | Applicant states he is still currently paying off a debt for his 2016 Taxes. Applicant states he is on a payment plan and working to pay it off. |
| Self Employment | Applicant is currently the sole employee and owner of ███████████████████. He is an Independent Distributor and delivers baked goods for Midstate Bakery. Applicant has been in business since 2010. |
| College Credits | As of the interview date and date of report, the applicant has zero credits and not enrolled in school. Applicant did state he was going to attempt to get the credits needed but will not have them until possibly Winter 2023. |

NASSAU-00010006

Date of Report: 04/25/2022

Name: ██████████      S.S. No.: ██████████

Nee:      **Position: Police Officer**

D.O.B.: ██████      Age: ██

Address:      Telephone No.: ██████████      List No.: PO 2018

Updated Redacted for PII/PPI or Confidential Info

Rosedale, NY 11422      Test Date: 01/16/2018

Investigator: Dena Scicutella      Score: 85.659

| | |
|---|---|
| **1. ILLEGAL DRUG USE:** | ☑ Yes (Details below)    ☐ None Admitted |
| **2. ARREST RECORD:** | ☑ Yes    ☐ No   Number of Arrests: 1 |
| **3. VALID DRIVERS LICENSE:** | ☑ Yes    ☐ No   Number of Tickets: 7  2006-2021 |

Prior Suspension Orders   ☑ Yes   ☐ No   Number: 3  2007-2021

Tickets Pending   ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:**   Number: 1  2020      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**   Education   ☑ Yes   ☐ No   KCC 45CR, SC 27Cr and BC 3 total 75CR

Residency   ☑ Yes   ☐ No   2018-2020 W2's & Federal. 2018 & 2020 State Returns

**6. DELINQUENT DEBT:**   ☐ Yes   ☑ No

**7. PISTOL PERMIT:**   ☑ Yes   ☐ No   Florida Permit to Carry # ██████ Expires 03/24/28

**8. MILITARY SERVICE**   Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:**   Department of Homeland Security      Prior Employer Terminations

JFK Jamaica NY 114300      ☐ Yes   ☑ No

Occupation   Security Leader for Transportation since 05/25/08.

**10. RECORD CHECK:**   Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:**   Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

**Employment (Last 5 years)**   *Homeland Security as a Security Leader for Transportation since 05/2008-Present.

**Driving History**

**Moving Violations:**
1. 05/19/21-Queens North – Inadequate Headlights- Dismissed
2. 05/19/21-Queens North- Unregistered Motor Vehicle- Fine Paid
3. 02/08/20- Staten Island NY- Driving in the Wrong direction- Fine Paid
4. 10/15/13- Staten Island NY- Speeding in a Work Zone 77/40 mph
5. 2012—Staten Island Expressway- Failed to Signal- Fine Paid
6. 05/06/07- Brooklyn NY-Aggravated Unlicensed MV 3rd Degree a Misdemeanor dropped to Unlicensed Driver- Fine Paid
7. 2006 or 2007  applicant states he can't remember ticket received

**License Suspensions:**
1. 2007- Failed to Answer Summons from 2006 or 2007
2. 09/10/21- Failure to Answer Summons from 2020/Rescheduled
3. 06/25/21- Insurance Lapse

**Motor Vehicle Accidents:**
1. 01/05/2020- Queens NY- Property Damage Only, No Personal Injury, No Litigation and Applicant not at Fault

Arrest
Applicant was arrested by the NYPD in front of ████████████ Brooklyn NY 11226 for Aggravated Unlicensed (1 Scoff on 1 Date), a misdemeanor by the NYPD. He was pulled over for failing to signal and a license check indicated he was suspended. He pled guilty, the charge was dropped to a VTL infraction of Unlicensed Driver. He paid a fine of $75 on 07/23/07 at The Criminal Court of the City of New York County of Kings. The C.O.D. was provided.

Illegal Drug Use
Applicant states that he used marijuana 5 times between 01/01/06-12/30/06 while hanging out with friends. Denies buying or selling or using any other illegal drugs.

Civil Service Disqualification
Applicant states he was disqualified from New York City Corrections in 06/2015 because at the time he had two pending traffic tickets from 2012 and 2013.

Applicant states he was disqualified from the Customs and Border Police Officer investigation in 2018 due to inconsistent answers given when updating his background information from months prior.

Employee Discipline
Applicant states while working at Homeland Security he received a one day suspension, at a time an unknown for failure to utilize a new machine properly.

Summary of Test Results
Applicant states that he answered "Disagree" to the test question "I have been in trouble with the law" because he thought his record was sealed.

CONFIDENTIAL

Date of Report: 01/05/2021

Name: ██████████       S.S. No.: ██████████

Nee:      <mark>Position: Police Officer</mark>

D.O.B.: ██████████      Age: ███

Address:      Telephone No.: ██████████      List No.: PO 2018

Updated Redacted for PII/PPI or Confidential Info

MERRICK, NY 11566      Test Date: 01/16/2018

Investigator: M Teague      Score: 87.586

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)     ☐ None Admitted

**2. ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☐ Yes    ☑ No   Number of Tickets: 0

Prior Suspension Orders    ☐ Yes    ☑ No   Number: 0

Tickets Pending    ☐ Yes    ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 1   2016      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes    ☐ No   Lehman College BA in Computer Science on 5/29/14

Residency ☑ Yes    ☐ No   Taxes and Neighborhood

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service    ☐ Yes   ☑ No

Current Military Obligation    ☐ Yes (Details below)    ☑ No

**9. PRESENT EMPLOYER:** Works for NYPD Transit 145th West and St. Nicholas New York, NY as Police Officer since 07/08/2015.      Prior Employer Terminations    ☐ Yes   ☑ No

Occupation   Police Officer

**10. RECORD CHECK:** Warrants    ☐ Positive   ☑ Negative

Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI    ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS    ☐ Positive   ☐ Negative   ☐ N/A

**5 YEAR EMPLOYMENT**
07/2015- present - NYPD - Transit 3 - Police Officer - No CCRB Complaints
03/2018- present - OCI Security 587 Will Hill Road Swan Lake, NY 12783 - Security Guard
06/2020- present - Amazon Flex 440 Terry Avenue N Seattle, WA ( Online)- Driver
01/2015- 07/2015 - Consillio 420 Lexington Avenue New York, NY 10170 - IT Technician

**5 YEAR DRIVING HISTORY**
**Applicant has been involved in 1 auto accident with in the last five years.**   1) 01/01/2016 - Bronx - no fault - no lawsuit.

**ILLEGAL DRUGS**
**Applicant states he used marijuana 1 time in 2012.**
Other than that time , applicant denies ever using, buying or selling any illegal drugs.

**CIVIL SERVICE DISQUALIFICATIONS**
**The applicant was disqualified for the position of Police Officer with Metropolitan Transportation Authority Police Department on 10/20/2017.**
The applicant was disqualified but states he was not given a reason. Inquiry to MTA was not returned. ( Statement enclosed)

**The applicant was disqualified for the position of Police Officer with Suffolk County Police Department on 08/24/2017.**

CONFIDENTIAL      NASSAU-00010035

The applicant was disqualified and stated he was unsure of why he was disqualified. On 01/05/2020 Investigating Officer spoke to a Suffolk County Police Department Applicant Investigator, who stated that **the applicant was disqualified because he admitted that he had solicited prostitutes 4 times in 2016. Applicant failed to disclose that he had solicited prostitutes in 2016 to this investigator.** On the General Reputation Statement the applicant was asked " Have you ever been involved in any illegal activity such as false ID, shoplifting, graffiti, criminal mischief, gang activity, stealing at work, etc?" Applicant stated he had never been involved in any illegal activity such as false ID, shoplifting, graffiti, criminal mischief, gang activity, stealing at work ect.

CONFIDENTIAL

Date of Report: 09/25/2019

| | | |
|---|---|---|
| Name: ▉ | S.S. No.: ▉ | |
| Nee: | **Position: Police Officer** | |
| D.O.B.: ▉ | Age: ▉ | |
| Address: | Telephone No.: ▉ | List No.: PO 2018 |

Updated Redacted for PII/PPI or Confidential Info

Bronx, NY 10466                        Test Date: 01/16/2018

Investigator: A Anastasiades          Score: 91.621

1. **ILLEGAL DRUG USE:**   ☑ Yes (Details below)     ☐ None Admitted

2. **ARREST RECORD:**   ☑ Yes     ☐ No   Number of Arrests: 2

3. **VALID DRIVERS LICENSE:**   ☑ Yes     ☐ No   Number of Tickets: 1   2014

     Prior Suspension Orders     ☐ Yes   ☑ No   Number: 0
     Tickets Pending     ☐ Yes   ☑ No   Number: 0

4. **AUTO ACCIDENTS:**   Number: 0          Resulting Litigation   ☐ Yes    ☐ No

5. **MEETS REQUIREMENTS:**   Education   ☐ Yes   ☑ No   Applicant has not provided Official Transcripts

     Residency   ☑ Yes   ☐ No

6. **DELINQUENT DEBT:**   ☑ Yes   ☐ No

7. **PISTOL PERMIT:**   ☐ Yes   ☑ No

8. **MILITARY SERVICE**   Prior Military Service   ☐ Yes   ☑ No

     Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. **PRESENT EMPLOYER:**   Outback Steakhouse
1703 Central Park Ave
Yonkers, NY 10710
02/2009 tO present          Prior Employer Terminations   ☐ Yes   ☑ No

     Occupation    Server

10. **RECORD CHECK:**   Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:**   Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**5 YEARS EMPLOYMENT**   02/2009 TO present Outback Steakhouse 1703 Central Park Ave Yonkers, NY 10710

**DELINQUENT DEBT**   Applicant states he is delinquent both in his student loan and to Westchester Community College. Applicant states
he is unable to obtain proof of credits due to his delinquent debt with the College. Documentation regarding his debt and when he stopped paying his loan has been requested and is still pending.

**ARREST S**   On 12/10/2010 applicant was arrested at the corner of Noble Ave And Cross Bronx Expressway, Bronx, NY
10470 for Criminal Possession of marijuana. Applicant was issued and appearance ticket and released from the
precinct. The Bronx District Attorney declined prosecution. Case adjudicated on 4/24/2011
On 01/17/2011 applicant was arrested inside of ▉, Bronx, NY 10470 for Criminal Possession of
marijuana. Applicant was issued an appearance ticket and released from the precinct. The Bronx District Attorney

|  |  |
|---|---|
|  | declined prosecution. Case adjudicated approximately 1 month later. See statement and Certificate of Disposition. |
| ILLEGAL DRUG USE | Applicant states he used Marijuana 1,040 times over a five year period from 2010 through 2014. Other than these times the applicant denies ever using, buying or selling any illegal drugs. See statement |
| DRIVING HISTORY | Ticket on 11/19/2014 in Bronx County for Speed in Zone 45/35. $60 fine and 3 Points |
| SUMMARY of TEST QUESTION | "I have been in trouble with the law." Applicant states that because his two arrests were both not prosecuted by the Bronx District Attorney, he did not consider that he has had trouble with the law. Applicant was issued an appearance ticket for an open container and failed to appear on the return date. A warrant was issued for the applicant for failure to appear.<br><br>"I have been in serious debt." Applicant has failed to provide documentation that his delinquent student loan occurred after he answer the above test question. Documentation pending. |
| APPEARANCE TICKET & WARRANT | Applicant received an Appearance Ticket on 6/17/2013 for Open Container in Public in public in the Yonkers, NY. Applicant failed to appear and was issued a warrant. Applicant states he was "Out of town" and upon his return, answer the warrant and payed an unknown fine. Certificate of disposition pending. |

CONFIDENTIAL        

Date of Report: 01/26/2023

| | |
|---|---|
| Name: ▇▇▇▇ | S.S. No.: ▇▇▇▇ |
| Nee: | <mark>Position: Police Officer</mark> |
| D.O.B.: ▇▇▇▇ | Age: ▇▇ |
| Address: | Telephone No.: ▇▇▇▇ |

List No.: PO2018

Updated Redacted for PII/PPI or Confidential Info

Jamaica , NY 11434

Test Date: 01/16/2018

Investigator: Dena Scicutella

Score: 84.954

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)      ☑ None Admitted

<mark>**2. ARREST RECORD:** ☑ Yes    ☐ No  Number of Arrests: <u>2</u></mark>

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No  Number of Tickets: <u>2</u>  2006 & 2007

Prior Suspension Orders    ☑ Yes    ☐ No  Number: <u>1</u>  2022

Tickets Pending    ☐ Yes    ☑ No  Number: <u>0</u>

**4. AUTO ACCIDENTS:** Number: <u>2</u>  2020 & 2021             Resulting Litigation  ☐ Yes    ☑ No

**5. MEETS REQUIREMENTS:**

Education  ☑ Yes    ☐ No  <u>HS Diploma & GI 63 Credits</u>

Residency  ☑ Yes    ☐ No  <u>2019-2021 W2's, Federal & State Returns</u>

**6. DELINQUENT DEBT:** ☐ Yes    ☑ No

**7. PISTOL PERMIT:** ☐ Yes    ☑ No

**8. MILITARY SERVICE**

Prior Military Service    ☐ Yes    ☑ No

Current Military Obligation    ☐ Yes (Details below)    ☑ No

**9. PRESENT EMPLOYER:** <u>New York City Corrections</u>  <u>275 Atlantic Avenue</u>  <u>Brooklyn NY 11201</u>

Prior Employer Terminations  ☐ Yes    ☑ No

Occupation    <u>Correction Officer since 06/16.</u>

**10. RECORD CHECK:**

Warrants    ☐ Positive    ☑ Negative

Fingerprints    ☑ Positive    ☐ Negative    ☐ Pending    <u>Arrest 2022</u>

**11. POLICE REGISTRY CHECKS:**

Federal NDI    ☐ Positive    ☑ Negative    ☐ N/A    <u>None</u>

NYS DCJS    ☐ Positive    ☑ Negative    ☐ N/A    <u>None</u>

**Employment (Last 5 years) - Discipline**

*NYCC as a Correction Officer from 06/16-Present.
**Applicant is currently suspended for two incidents that occurred in 2018 and 2022.
On 12/03/18, the applicant received a violation for misuse of Chemical Spray- Use of Force.  On 03/03/22, the applicant received a violation against him for his recent Arrest on 10/13/22.  Both these cases are pending, the employer could not provide further.**

**Driving Record (Last five year)**

**In the last five years the applicant has 1 license suspension and two auto accidents.
License Suspensions:**
On 11/29/22, the applicant received a suspension for failing to pay child support.  The applicant can't afford to make payments at this time due to loss of current pay.   He is working with the lawyer on modified payments.  The applicant is currently driving with a restricted license which allows to drive to certain places such as work, court or children related places.
**Motor Vehicle Accidents:**
1.  04/17/21- Queens NY- Applicant Not at Fault, No injuries, No Personal Injuries and No Litigation
2.  12/08/20 -Brooklyn NY- Applicant not at Fault, No personal injury and No litigation.

CONFIDENTIAL

Arrest

**Applicant states on 10/13/22, he was arrested at his home in Brooklyn, NY by the NYPD and brought to the 77th Precinct for a physical altercation he had with his stepbrother ▮▮▮▮▮ (DOB ▮▮▮▮▮▮) He was charged with Attempted Assault 3 (a misdemeanor), Attempted Criminal Obstruction (a misdemeanor), Attempted Criminal Mischief (a misdemeanor), Assault 3 (a misdemeanor), Menacing 3 (a misdemeanor) and Harassment 2 (a violation). The applicant states his brother has filed false charges. The charges were dismissed and sealed at the Kings County Court on 10/14/22. The Certificate of Disposition has been provided.**

Arrest - Appearance Ticket

Applicant states on 03/01/09, he was detained by hospital security located in Brooklyn NY after visiting his alleged child at the time. Applicant states he arrived at the hospital for a DNA test to determine if the female child belonged to him. While holding the baby, with the mother of child present, the mother's cousins suddenly jumped him. They were all taken down to the NYPD's 67th precinct in Brooklyn, NY. He was charged with an Assault 3 (a misdemeanor) and released with an Appearance Ticket. He responded to Kings County Court in Brooklyn NY on a date he can't recall and states the charges were sealed and dismissed. There is no Certificate of Disposition. The applicant has provided an official stamped letter (dated 03/02/21) retrieved from Kings County Court stating that he has no record. The arrest is not listed on the applicant's fingerprints.

Civil Service Exams Disqualified

Applicant took the NYPD Traffic Enforcement exam in 2007 and was disqualified for a reason to be discussed in Phase 2. Applicant doesn't recall this disqualification.
Applicant took the NYPD School Safety Exam in 2009 and was disqualified for a reason to be discussed in Phase 2. Applicant doesn't recall this disqualification.

Small Claims Court

Applicant states he has a current lawsuit against ▮▮▮▮▮ located in Brookllyn, NY because his car was damaged during a car wash. The damages he is suing for is $1K. There is no supportive paperwork at this time.

Date of Report: 06/17/2019

Name: ████████

Nee:

D.O.B. ████████      Age: ██

Address:      Telephone No.: ████████

S.S. No.: ████████

**Position: Police Officer**

List No.: PO#2018

Test Date: 01/16/2018

Redacted for PII/PPI or Confidential Info
Patchogue, NY 11772

Investigator: Vanessa Reteguiz

Score: 96.067

**1. ILLEGAL DRUG USE:**   ☑ Yes (Details below)     ☐ None Admitted

**2. ARREST RECORD:**   ☑ Yes     ☐ No   Number of Arrests: **2**

**3. VALID DRIVERS LICENSE:**   ☑ Yes     ☐ No   Number of Tickets: **5**   2010(3),2011,2013

Prior Suspension Orders   ☑ Yes   ☐ No   Number: **1**   03/2011-revocation

Tickets Pending   ☐ Yes   ☑ No   Number: **0**

**4. AUTO ACCIDENTS:**   Number: **1**   2012     Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**   Education ☑ Yes   ☐ No   Pat-Med HS 6/2011, Queensboro & Suffolk College 62 credits earned

Residency ☑ Yes   ☐ No   Resides in Suffolk County

**6. DELINQUENT DEBT:**   ☐ Yes   ☑ No

**7. PISTOL PERMIT:**   ☐ Yes   ☑ No

**8. MILITARY SERVICE**   Prior Military Service   ☑ Yes   ☐ No   USMC

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:**   Suffolk County Corrections 200 Center Drive Riverhead, NY     Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Correction Officer

**10. RECORD CHECK:**   Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☑ Positive   ☐ Negative   ☐ Pending   Arrest 2018 and 2019

**11. POLICE REGISTRY CHECKS:**   Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

| | |
|---|---|
| Illegal Drug Use | Applicant admits to trying Marijuana twice in 2010/2011 while at a party in High School. He admits to taking a pain killer (pill) that was not prescribed to him in 2009. He has not experimented/or used any illegal drugs since (statement) |
| Arrest-Domestic Incident | 11/2018 Applicant was arrested for Domestic Incident/Harassment 2nd in Suffolk County. His girlfriend ████████ with whom he resides accused him of cheating. A physical altercation began between both parties. A friend who was present called the police and the applicant was arrested. A temporary order of protection was given to ████████ but was vacated after they appeared in court and the charges were dismissed in 01/2019. (statement) |
| Domestic Incident | 02/2018 Applicant had the police respond to his house when his girlfriend woke him up hitting, yelling and accusing him of cheating. Several items in the home were damaged from the altercation. Suffolk County Police were called, a report was taken, no arrest made. Nothing pending (statement) |
| Appearance Ticket | The applicant was issued an appearance ticket 01/2019 for an incident in 06/2018 in Suffolk County. He knocked the cell phone out of the hand of a security guard while he was filming the applicant in |

public. The security guard claimed his cell phone suffered damage. The applicant appeared in court and paid for the damages. This case is pending dismissal 07/05/2019. (statement)

Military      Applicant in the USMC 08/2011-02/2016, reserve obligation met 01/2018 He was awarded the National Defense Service Medal. Global War on Terrorism Expeditionary Medal (cuba), Global War on Terrorism Service Medal, SEA Service Deployment Ribbon (2), Meritorious Mast, Expert Rifle Qualification Badge (4), Sharpshooter Pistol Qualification Badge. He was disciplined for underage drinking off base in 2012/2013. He was released under honorable conditions.

# DISQUALIFIED HISPANIC APPLICANTS

Date of Report: 12/05/2019

Name: ███████████

S.S. No.: ███████

Nee:

Position: Police Officer

D.O.B.: ███████

Age: █

Address:

Telephone No.: ███████

List No.: 2018

Redacted for PII/PPI or Confidential Info

Test Date: 01/16/2018

Freeport, NY 11520

Investigator: Rachel Miller

Score: 84.056

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 1   2017

Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0

Tickets Pending    ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 1   2012        Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☐ Yes   ☑ No   24 Credits - Nassau Community College

Residency ☑ Yes   ☐ No   Freeport, New York

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** AMAZON - 201 Grumman Rd., Bethpage, NY 11714 since 11/2019.

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Delivery Person

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**EMPLOYMENT**

11/2019 - Present: Amazon, Bethpage, NY - Inquiry pending.

02/2019 - 10/2019: Unemployed

06/2010 - 02/2019: Rallye Collision Center, Carle Place, NY - nothing derogatory.

**DRIVING HISTORY**

1 VTL as a passenger: 08/29/2017, No Seat Belt, Meadowbrook Pkwy., Nassau County, NY - paid $50 fine.

**NAME USE**

Applicant's legal name is ███████████. On applicant's birth certificate and social security card this is the name documented. However, the applicant uses ███████ as his first name on all other documents. Applicant stated that he has used the spelling ███████ since grade school and has never officially changed his first name. Computer checks of both names revealed negative results. See applicant's Name Use Statement.

**DELINQUENT DEBT**

Applicant indicated that he had owed approximately 1K in delinquent debt to Nassau Community College in 2014. Applicant states he satisfied this debt in 2015. An official college transcript was

       NASSAU-00009258

received, which indicates the resolution of this debt. See applicant's General Reputation Statement.

CONFIDENTIAL

Date: 06/19/2020

Name: ███████████      S.S. No.: ███████████

Investigator: Rachel Miller      Position: Police Officer

List No.: 2018 FREEPORT

POLYGRAPH STATEMENT

The applicant was present at Nassau County Police Headquarters on June 16, 2020 at 1500 hours for his polygraph examination. The test was administered by Detective Miller. During the course of the polygraph exam, the applicant was asked by Detective Miller if he had ever falsified a drug test for anyone. Applicant stated that he had provided his own clean urine to his cousin in 2010 so that his cousin could pass a drug test for employment at a factory. Applicant states his cousin smoked weed and needed a job in order to pay rent and bills. Applicant admits to this was his mistake, but applicant did "not want to see him on the street." Applicant states his cousin never actually used his urine and found employment elsewhere without being drug tested. Applicant did not disclose the above incident during his Phase I background investigation and states he did not recall the incident until he was asked by Detective Miller during the polygraph interview. Statement obtained.

CONFIDENTIAL     

Date of Report: 09/13/2021

Name: ▉▉▉▉▉▉▉

S.S. No.: ▉▉▉▉▉▉▉

Position: Police Officer

Nee:

D.O.B.: ▉▉▉▉▉▉

Age: ▉▉

Address:

Telephone No.: ▉▉▉▉▉▉

List No.: PO#2018

Updated Redaction - PII
Corona, NY 11368

Test Date: 01/16/2021

Investigator: Vanessa Reteguiz

Score: 90.597

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |
| 2. ARREST RECORD: | ☑ Yes ☐ No | Number of Arrests: 3 |

3. VALID DRIVERS LICENSE:  ☑ Yes  ☐ No  Number of Tickets: 15  2001 thru 2017

Prior Suspension Orders  ☑ Yes  ☐ No  Number: 24  2003-2013

Tickets Pending  ☑ Yes  ☐ No  Number: 1

4. AUTO ACCIDENTS:  Number: 1  2001  Resulting Litigation  ☑ Yes  ☐ No

5. MEETS REQUIREMENTS:
Education  ☑ Yes  ☐ No  120-Dominican College/36-University of Phoenix

Residency  ☑ Yes  ☐ No  Resides in Corona, NY

6. DELINQUENT DEBT:  ☐ Yes  ☑ No

7. PISTOL PERMIT:  ☐ Yes  ☑ No

8. MILITARY SERVICE
Prior Military Service  ☐ Yes  ☑ No

Current Military Obligation  ☐ Yes (Details below)  ☑ No

9. PRESENT EMPLOYER:
Corona Dance
480 West Main Street
Stamford, CT 06962

Prior Employer Terminations  ☐ Yes  ☑ No

Occupation  Dance Instructor

10. RECORD CHECK:
Warrants  ☐ Positive  ☑ Negative

Fingerprints  ☐ Positive  ☑ Negative  ☐ Pending

11. POLICE REGISTRY CHECKS:
Federal NDI  ☐ Positive  ☐ Negative  ☐ N/A

NYS DCJS  ☐ Positive  ☐ Negative  ☐ N/A

EMPLOYMENT
| | | |
|---|---|---|
| 08/2013-Present | Corona Dance, LLC | Part-Time |
| 11/2016-06/2018 | NYC Board of Education | Per-Diem |
| 08/2012-01/2015 | LIU Brooklyn | Full-Time |

DRIVING HISTORY

**The applicant has received 16 moving violations**

| | | | |
|---|---|---|---|
| 05/14/2001 | No Seat Belt | Queens County, NY | Fine |
| 08/10/2001 | Speed 60/55 | Suffolk County, NY | Fine/3 points |
| 08/16/2004 | No Seat Belt | Queens County, NY | Fine |
| 07/05/2005 | Disobey Traffic Device | Kings County, NY | Fine/2 points |
| 01/12/2006 | Speed 64/50 | Rockland County, NY | Fine/4 points |
| 01/07/2007 | Operating w/o License | Bronx County, NY | Fine |
| 05/14/2009 | Disobey Traffic Device | Rockland County, NY | Fine/2 points |
| 09/09/2009 | Speed 71/50 | Bronx County, NY | Fine/6 points |
| 11/24/2009 | Fail to Stop at Stop Sign | Bronx County, NY | Fine/3 points |
| 06/29/2011 | Operating w/o License | Bronx County, NY | Fine |
| 08/30/2012 | Cell Phone | Kings County, NY | Fine/3 points |
| 01/27/2014 | Disobey Traffic Device | Kings County, NY | Fine/2 points |
| 01/27/2014 | Operating w/o Insurance | Kings County, NY | Fine |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 10/28/2014 | Operating w/o License | Kings County, NY | Fine |
| 05/20/2017 | Disobey Traffic Device | Bronx County, NY | Fine/2 points |
| *01/00/2020* | *Speed 70/50* | *Rockland County, NY* | |
| *Pending* | | | |

**The applicant had 24 suspensions from 2001-2014**

| | | | |
|---|---|---|---|
| 06/27/2003 | Fail to answer a summons | 06/27/2003 | Fail to answer a summons |
| 12/30/2004 | Fail to pay fine | 09/23/2006 | Fail to answer a summons |
| 03/15/2007 | Fail to answer a summons | 01/15/2010 | Fail to answer a summons |
| 02/01/2010 | Fail to answer a summons | 04/05/2010 | Fail to pay a fine |
| 04/13/2010 | Fail to pay fine | 05/29/2007 | Fail to pay driver responsibility |
| assessment | | | |
| 05/27/2009 | Fail to pay driver responsibility assessment | 04/05/2010 | Insurance Lapse x2 |
| 05/21/2010 | Persistent Violator | 06/29/2010 | Fail to pay driver |
| responsibility assessment | | | |
| 06/28/2011 | Fail to pay driver responsibility assessment x2 | 01/23/2013 | Insurance Lapse |

**The applicant was revoked 1 time 2014 for 1 year**

| | | |
|---|---|---|
| 07/23/2014 | Operating w/o insurance - Infraction | Fine |

| | |
|---|---|
| ARREST/APPEARANCE TICKETS | On 06/29/11 and 10/27/2014 applicant was arrested in NYC for driving with a suspended license. He appeared in court, paid fines, released (certificate of Disposition)<br><br>On 05/15/2017 applicant was issued an appearance ticket for Harassment and assault after a verbal altercation over a parking spot in Queens. The complainant called the police and faked an injury according to witnesses. The applicant voluntarily appeared in the pct. to talk to detectives which is when he was charged. The applicant appeared in court several times and the complainant was uncooperative and never appeared in court. The charge was dismissed. Certificate of Disposition |
| ILLEGAL DRUGS | Applicant states he used marijuana approx. 8-10 times from 2002-2014 while in a social setting.<br>Applicant states he used Ecstacy approx 2 times in 2002, while at a party with friends.<br>Applicant states he was given, what he believes to be a steroid 1 time by a person in the gym.<br>Other than those times, applicant denies ever using, buying or selling any illegal drugs. (statement) |
| UNEMPLOYMENT | Applicant collected unemployment during the pandemic from 03/2020 thru 07/2021. He collected approx. $500 per week. |
| AUTO ACCIDENT/LAW SUIT | 05/24/2001 Applicant states he was struck by a vehicle while pumping gas at a gas station. He sustained an a personal injury as a result. He obtained an attorney, sued the driver and was awarded approx. $10,000.00 in 05/2006 (statement) |
| SELF EMPLOYMENT | Since 08/2013 The applicant is part owner of ▮▮▮▮▮▮ The studio is located at ▮▮▮▮▮▮ ▮▮ Stamford, CT. There are no lawsuits, complaints, or unresolved issues in association with the business. (statement) |

Date: 03/03/2022

Name: ███████

S.S. No.: ███████

Investigator: Vanessa Reteguiz

Position: Police Officer

List No.: PO#2018

ILLEGAL DRUG USE

On 2/15/2022 the applicant appeared at NCPD headquarters for his Polygraph examination. During his pre-test interview with Det. Evans-Cox he recalled an incident in March of 2019 where he was performing, as a dancer at a festival in Chicago. A friend of his handed him a vape with marijuana stating it tasted like coco puffs. He tried it once. He did not recall this incident during his background investigation. He stated the last time he had experimented with marijuana was in 2017. Other than those times he has not experimented or used, bought or sold any illegal drugs. (statement)

Date of Report: 07/17/2019

Name: ███████████          S.S. No.: ███████████

Nee:                                      **Position: Police Officer**

D.O.B.: ███████          Age: ███

Address:          Telephone No.: ███████████          List No.: 2018

┌ Updated Redaction - PII ┐

Westbury, NY 11590                                      Test Date: 01/16/2018

Investigator: Tricia Tortoso          Score: 94.548

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)     ☐ None Admitted

2. **ARREST RECORD:** ☐ Yes     ☑ No  Number of Arrests: 0

3. **VALID DRIVERS LICENSE:** ☑ Yes     ☐ No  Number of Tickets: 9  17, 13, 11 (5), 10, 06

   Prior Suspension Orders     ☐ Yes     ☑ No  Number: 0

   Tickets Pending          ☐ Yes     ☑ No  Number: 0

4. **AUTO ACCIDENTS:** Number: 3  2019, 2018, 2016          Resulting Litigation  ☑ Yes  ☐ No

5. **MEETS REQUIREMENTS:**

   Education  ☑ Yes     ☐ No  Nassau Community College

   Residency  ☑ Yes     ☐ No

6. **DELINQUENT DEBT:** ☐ Yes  ☑ No

7. **PISTOL PERMIT:** ☑ Yes  ☐ No  ████████████

8. **MILITARY SERVICE**

   Prior Military Service          ☑ Yes     ☐ No

   Current Military Obligation     ☑ Yes (Details below)     ☐ No

   United States Air National Guard, 25 Baiting Place,          Prior Employer
   Farmingdale, NY 11735 as an Area Coordinator (performs          Terminations
   military honors for deceased veterans) since 10/2018.          ☐ Yes     ☑ No

9. **PRESENT EMPLOYER:** United States Air National Guard, 201 Schaefer Drive, Ronkonkoma, NY 11779 as a Readiness NCO (perform electrical maintenance for Blackhawk Helicopters) since 08/2014.
   Thomas S Brown Associates, 3830 Woodside Avenue, Long Island City, NY 11104 as a Vice President of Controls since 05/2015 (currently on Military Leave).
   Occupation     Area Coordinator

10. **RECORD CHECK:**

    Warrants       ☐ Positive  ☑ Negative

    Fingerprints   ☐ Positive  ☑ Negative  ☐ Pending

11. **POLICE REGISTRY CHECKS:**

    Federal NDI    ☐ Positive  ☐ Negative  ☐ N/A

    NYS DCJS       ☐ Positive  ☐ Negative  ☐ N/A

**Employment History**     10/2018-Present New York Army National Guard, Farmingdale, NY as Area Coordinator (inquiry not sent at this time)

05/2015-Present Thomas S Brown Associates, Long Island City, NY as Vice President of Controls (inquiry not sent at this time)(presently on military orders)

09/2014-11/2014 East Coast Electric, Sea Cliff, NY as an Electrical Helper (inquiry pending)

09/2008-06/2014 Aboffs Inc., East Meadow, NY as a General Manager (nothing derogatory)

06/2013-11/2013 Home Run Electric, Port Washington, NY as a Laborer (inquiry pending)

06/2003-09/2008 & 06/2015-12/2016 Ace Hardware, Bethpage, NY (nothing derogatory)

**Illegal Drug Use**     Applicant admits to using marijuana 10 times from 2003-2010. Other than those times, applicant

denies ever using or

buying any illegal drugs. Applicant admits to selling marijuana 1 time during this period for his sisters ex-boyfriend

who was looking to get rid of it (see statement)

| | |
|---|---|
| Driving History | Tickets: |
| | 09/01/2017 Registration Expired, Hicksville NY - Dismissed |
| | 08/28/2013 Disobey Traffic Device, Suffolk County NY - Fine $150 |
| | 10/19/2011 Right rear side window non transparent, Manhassett NY - Dismissed |
| | 10/19/2011 Disobeyed Traffic Control Device/HOV Single Occupant, Manhassett NY - Reduced to Failed to Yield - fine paid |
| | 10/11/2011 Left Rear Side Window Non Transparent, Manhassett NY - Dismissed |
| | 10/11/2011 Front Left Side window/Non Transparent, Manhassett NY - Dismissed |
| | 10/11/2011 Front Right Side window Non Transparent, Manhassett NY - Dismissed |
| | 12/09/2010 Disobey Traffic Device Village of Hempstead NY - Fine $250 |
| | |
| | Auto Accidents: |
| | 03/04/2019 Westbury, NY, Property Damage Only, Denies Litigation |
| | 09/20/2018 GW Washington Bridge, NY, Property Damage Only, Denies Litigation |
| | 12/16/2016 North Massapequa, NY, Personal Injury, Lawsuit still open and pending |
| Summary of Test Results | In regards to the Summary of Test Results the applicant answered "Disagree" to the question asking "I have been in trouble with the law". The applicant stated in our interview that he should have answered "Agree". Applicant was issued an appearance ticket in 2006. |
| Appearance Ticket | Applicant was issued an appearance ticket in 2006 for the charge of Harassment. The applicant state he was at a party on 07/01/06 and was accused of "messing" with a fellow party goer that fell asleep. The applicant did respond to court on 09/07/06 where he was found not guilty of the charges and the ticket was dismissed (see statement) |
| Order of Protection | Applicant was named in a temporary order of protection docket no. ▮▮▮▮▮ after receiving an appearance ticket in 2006. The conditions of the order were never violated and no police or civil actions were ever taken against the applicant while this order was in effect. This order expired on 08/11/2007 (see statement). |
| Pistol Permit | Applicant currently holds a Nassau County Pistol License No. ▮▮▮▮▮ which expires on 02/28/2020. |
| Civil Service Disqualification | Applicant was disqualified from NYPD in 2003 and again in 2010 and also from United States Customs Boarder Patrol in 2008. Details will be discussed further after applicant signs a COE. |
| 2016 Auto Accident with Lawsuit | On 12/16/2016 the applicant was involved in an auto accident with injury. The applicant did initiate a lawsuit which is still open and pending. More details of the auto accident with injury will be discussed after the applicant signs a COE. |

CONFIDENTIAL

Date: 09/18/2019

Name: ▮▮▮▮▮▮

S.S. No.: ▮▮▮▮▮▮

Investigator: Tricia Tortoso

Position: Police Officer

List No.: 2018

Polygraph Admission

Applicant's initial General Review was completed on 07/17/2019 by PO Tortoso. Applicant signed a Conditional Offer of Employment on ▮▮▮▮▮▮ During the applicants polygraph examination, he did disclose some information that he did not tell his investigator during their initial interview on 06/14/2019.

DRUGS

The applicant was asked "have you ever purchased, sold, given away or profited from selling any unlawful substances or illegal drugs". The applicant did admit to this investigator that he did sell marijuana 1 time for his sister's boyfriend but failed to Disclose that he did in fact sell 10 Percocet pills to his now brother in law.

SEX WITH MINOR

During the applicants interview he was asked if he ever had sexual contact with a minor to which he answered "no". During the polygraph the applicant admitted to having sex with a girl that was 16 years old. The applicant was 18 years old at the time. Applicant states during this sexual encounter the female wanted him to hold a knife to her throat to live out a "rape fantasy" she had. The applicant states 1 minute after this started he told her he was not into it and he did not want to continue with it.

ILLEGAL ACTIVITIES

During the applicants interview he was asked if he has ever been involved in any illegal activity to which he answered "no". During the polygraph the applicant admitted that when he was 23 years old he passed a counterfeit $20 bill while at a club. The applicant states that he was aware that it was counterfeit but he did not want to lose money.

When the applicant was 25 years old he admitted to buying cigarettes in North Carolina and then selling them for profit to family and friends.

In 2009, the applicant stated he did go to a massage parlor in East Meadow and paid the masseuse for sex. Applicant states he was receiving a massage face down and when he turned over the masseuse was topless and asked if he wanted more to which he agreed.

In 2009, the applicant stated while receiving a lap dance at a local strip club the stripper started giving him a hand job. Applicant states when she was done she stated she needed more money.

NASSAU-00009282

ANARCHIST COOKBOOK

Applicant admitted to the Polygraph Detective that when he was 14 years old he did read the Anarchist Cookbook out of curiosity. The applicant states he has never made a homemade bomb nor has he ever thought of making one.

DRUG TEST

Applicant admitted that from the ages of 10-14 he did provide urine for his uncle in order to pass a drug test. Applicant states he was young at the time and did not know that his uncle was a drug addict and did not know what he was using the urine for.

VOLUNTARY INFORMATION

Applicant states he voluntarily told the polygraph Detective that while working for a paint store in 2009 his boss used to tell him and another worker to bring him dented cans. The boss would then sell these cans and keep the cash for himself. The boss would then give the applicant approximately $15-$30 to keep and not report it.

Date of Report: 08/26/2019

| Name: ████████ | S.S. No.: ████████ | |
|---|---|---|
| Nee: | **Position: Police Officer** | |
| D.O.B.: ████████ | Age: ██ | |
| Address: | Telephone No.: ████████ | List No.: 2018 |
| Updated Redaction for PII/PPI or Confidential Info | | Test Date: 01/16/2018 |
| Lynbrook, NY 11563 | | |
| Investigator: Brian Delaney | | Score: 93.775 |

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)     ☐ None Admitted

**2. ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 21   2003 – 2013

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: 16   2005 – 2011

     Tickets Pending    ☐ Yes    ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 1   2002        Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**

     Education   ☑ Yes    ☐ No   Nassau Community College, 69 credits

     Residency   ☑ Yes    ☐ No

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE**

     Prior Military Service    ☑ Yes    ☐ No   United States Army

     Current Military Obligation    ☑ Yes (Details below)    ☐ No

     United States Army Reserves                 Prior Employer Terminations

     200 Duane Road

**9. PRESENT EMPLOYER:** Fort Totten, NY 11359               ☐ Yes    ☑ No

     Since 03/2017

     Applicant is also a student at John Jay College

     Occupation    Psychological Operations Specialist

**10. RECORD CHECK:**

     Warrants    ☐ Positive   ☑ Negative

     Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:**

     Federal NDI    ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS    ☐ Positive   ☐ Negative   ☐ N/A

**EMPLOYMENT HISTORY**    03/2017 - Present: U.S. Army Reserves, Fort Totten, NY as a Psychological Operation Specialist. Inquiry- nothing derogatory.

**LICENSE SUSPENSIONS**

06/07/2011 for Failure to Pay Driver Responsibility Assessment.
03/29/2011 for Failure to Pay Fine.
01/29/2011 for Failure to Answer a Summons.
09/22/2010 for Failure to Pay Fine.
06/08/2010 for Failure to Pay Driver Responsibility Assessment.
03/03/2010 for Failure to Post Bond.
05/08/2007 for Failure to Pay a Fine.
03/16/2007 for Failure to Answer a Summons.
12/06/2006 for Failure to Pay a Fine.
12/06/2006 for Failure to Pay a Fine.
09/18/2006 for Failure to Answer a Summons.

09/18/2006 for Failure to Answer a Summons.
04/24/2006 for Failure to Pay a Fine.
03/20/2006 for Failure to Pay a Fine.
02/15/2006 for Failure to Answer a Summons.
09/26/2005 for Failure to Answer a Summons.

| | |
|---|---|
| DRIVING RECORD | Applicant has received 21 moving violations. 08/18/2013 for Unregistered Motor Vehicle in Nassau County. 08/18/2013 for Operating Without Insurance in Nassau County. 08/18/2013 for Uninspected Motor Vehicle in Nassau County. 02/12/2013 for No Tail Lamps in Nassau County. 02/12/2013 for Unlicensed Operator in Nassau County. 01/20/2013 for Unlicensed Operator in Nassau County. 01/20/2013 for No/Inadequate Lights in Nassau County. 01/20/2013 for Operating MV Using Portable Device in Nassau County. 11/22/2010 for Passed Red Light in Queens, $450 fine, 3 points. 12/31/2009 for Failed to Stop at Stop Sign, $50 fine. 07/09/2009 for Operation of MV With Mobile Phone in Queens, $50 fine. 03/19/2009 for Speed in Zone 83mph/50zone, $180 fine and 8 points. 01/26/2009 for Operating Without a License in Queens, $40 fine. 01/26/2009 for No Seat Belt in Queens, $25 fine. 01/08/2007 for Truck Route Violation in Manhattan, $300 fine, 2 points. 06/15/2006 for Passed Red Light in Queens, $225 fine, 3 points. 12/10/2005 for Failure to Stop at Stop Sign in Queens, $60 fine, 3 points. 06/22/2005 for Speed in Zone 53mph/30zone in Queens, $135 fine, 6 points. 04/28/2004 for Operation of MV While Using Mobile Phone in Queens, $40 fine. 03/08/2004 for Speed in Zone 83mph/50zone in Queens, $180 fine, 8 points. 08/26/2003 for Unregistered Motor Vehicle in Nassau County, $75 fine. |
| ILLEGAL DRUG USE | Applicant admits to using marijuana 1 time in 2000. Applicant states he was experimenting with friends. Other than this one time, Applicant denies ever using, buying or selling any illegal drugs. See statement. |
| SUMMARY OF TEST QUESTIONS | Applicant answered 'disagree' to the statement "I have been in trouble with the law". Applicant was arrested in 2006 for driving with a suspended license. Applicant answered 'disagree' to the statement "I get more traffic tickets than most people". Applicant has received 21 tickets and 16 license suspensions. Applicant answered 'disagree' to the statement "I have been in serious debt". Applicant stated that he had his vehicle repossessed in 2009 for failure to pay. |
| ARREST | Applicant was arrested and charged in Queens on 08/27/2006 for driving with a suspended license and unlicensed operation. Certificate of Disposition shows Applicant pled guilty to unlicensed operation and fined $75. See Certificate of Disposition. See statement. |
| CIVIL SERVICE DISQUALIFICATION | Applicant states he was disqualified from the NYPD during his background investigation for his driving record. See NYPD Applicant Tracking form. See statement. |
| DELIQUENT DEBT | Applicant states in 2009 his 2009 Mazda was repossessed for failure to make payments. See statement. |
| MILITARY HISTORY | Applicant served in the United States Army from 09/03/2013 to 03/24/2017. Applicant discharge was 'HONORABLE'. An inquiry to the U.S. Army was returned with no derogatory information. Applicant continues to serve as a U.S Army Reservist since 03/25/2017 with his reserve status set to expire on 03/05/2022. |

    NASSAU-00009702

Date of Report: 05/07/2020

Name: ██████████        S.S. No.: ██████████

Nee: N/A        <mark>Position: Police Officer</mark>

D.O.B. ██████████        Age: ███

Address:      Telephone No.: ██████████        List No.: 2018

Updated Redaction for PII/PPI or Confidential info.

Freeport, NY 11520        Test Date: 01/16/2018

Investigator: John Nicosia        Score: 73.708

1. **ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

2. **ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 1   Speeding 08/19/2010

     Prior Suspension Orders    ☐ Yes    ☑ No   Number: 0   N/A

     Tickets Pending    ☐ Yes    ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 6   2010-2018   See Below.      Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:** Education   ☐ Yes    ☑ No   High School Diploma/46 College Credits

     Residency   ☑ Yes    ☐ No   Freeport Since 1989

6. **DELINQUENT DEBT:** ☑ Yes   ☐ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No   N/A

8. **MILITARY SERVICE** Prior Military Service    ☐ Yes    ☑ No   N/A

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. **PRESENT EMPLOYER:** NYC Police Department 109th Pct      Prior Employer Terminations

     37-05 Union Street             ☐ Yes    ☑ No

     Flushing, NY 11354

     Since 04/06/2016

     Occupation    Police Officer

10. **RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending   N/A

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**DRIVING HISTORY**    Applicant states he received 1 speeding ticket on 08/19/2010 issued by NYSP. Fine paid. Applicant states he was involved in 7 auto accidents as follows: on 05/06/2010, 11/18/2013, 01/21/82014, 06/30/2014, 01/23/2016, 01/26/2016, & 12/05/2018. All reports were taken by Freeport PD and attached. Statement.

**DRUG HISTORY**    Applicant states he experimented with marijuana 2 times in 2005. Applicant states it was when he was in high school and he was trying to fit in. Applicant states he did not like it and has not used it since. Applicant denies ever buying or selling any illegal drugs. Statement.

**ASSAULT REPORT**    Applicant states he was named in an Assault Report on 04/09/2006 by NCPD. Applicant states he was playing handball in the Handball Courts in Baldwin Park. Applicant states a car with 4 male Hispanics drove onto the courts, jumped out of the car, and ran towards another group of kids on the opposite court. Applicant states one had a bat. Applicant states he and his friends then ran from the scene. Applicant was then stopped by police 2 blocks from scene and was brought in to the 1st Precinct Station House for questioning. After further investigation it was determined that the applicant and his

friends were not involved in the fight and were released from scene. Report ███████████
Statement.

EMPLOYMENT HISTORY     NYC Police Department (PO) 04/06/2016- Present

Village of Freeport (Equipment Manager) 05/2008- 04/2016

Freeport Fire Department (Ex-Captain) 06/2007- Present

Inquiries attached. Nothing Derogatory.

CONFIDENTIAL

Date of Report: 10/26/2023

Name: █████████████

S.S. No.: ████████

Nee:

==Position: Police Officer==

D.O.B.: ████████     Age: ███

Address:     Telephone No.: ████████

List No.: PO#2018

Updated Redaction for PII/PPI or Confidential Info

Bayport , NY 11705

Test Date: 01/16/2018

Investigator: Vanessa Reteguiz

Score: 83.377

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: <u>0</u>

**3. VALID DRIVERS LICENSE:** ☐ Yes   ☑ No   Number of Tickets: <u>22</u>   2003-2011

Prior Suspension Orders   ☑ Yes   ☐ No   Number: <u>4</u>   <u>2008(2), 2007,2006</u>

Tickets Pending   ☐ Yes   ☑ No   Number: <u>0</u>

**4. AUTO ACCIDENTS:** Number: <u>0</u>        Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes ☐ No <u>Briarcliff College - 84 Credits</u>

Residency ☑ Yes ☐ No <u>Bayport, NY 11705</u>

**6. DELINQUENT DEBT:** ☑ Yes ☐ No

**7. PISTOL PERMIT:** ☑ Yes ☐ No <u>Suffolk County Pistol Permit</u> ███████

**8. MILITARY SERVICE** Prior Military Service ☐ Yes ☑ No

Current Military Obligation ☐ Yes (Details below) ☑ No

**9. PRESENT EMPLOYER:** <u>L3 Harris</u>
<u>1250 New Horizons Blvd</u>
<u>Amityville, NY 11701</u>

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   <u>Manufacturing Tech</u>

**10. RECORD CHECK:** Warrants ☐ Positive ☑ Negative

Fingerprints ☐ Positive ☑ Negative ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI ☐ Positive ☑ Negative ☐ N/A

NYS DCJS ☐ Positive ☑ Negative ☐ N/A

**EMPLOYMENT**
03/2023-Present   L3 Harris    Full-Time
01/2023-03/2023   Unemployed   Collected unemployment benefits
10/2013-01/2023   Dayton T. Brown   Full-Time

**DRIVING HISTORY**   **Applicant has received 23 moving violations (15 of which, according to the applicant have been dismissed, he does not recall specifically which ones they were)All tickets were issued in Suffolk County.**

04/08/2011   Tinted Windows
12/22/2010   Uninspected Motor Vehicle
11/08/2009   Inadequate headlights
07/28/2008 (4) Driving out of class, changed lanes unsafely, uninsured MV, reckless Driving
05/28/2008   Seat Belt
11/12/2007   No Seatbelt
11/09/2006   Uninspected Motor Vehicle
05/20/2006   Operating a veh while registration is suspended/revoked
05/20/2006   Speeding on a restricted hwy
08/07/2005   Uninsured   Suffolk County

| | |
|---|---|
| 07/16/2005 | Operating a veh while registration is suspended/revoked |
| 07/16/2005 | Uninsured |
| 06/14/2005 | Operating a veh while registration is suspending/revoked |
| 06/14/2005 | Visibility distorted-cracked windshield |
| 01/29/2005 | Inadequate headlights |
| 01/29/2005 | Uninsured |
| 09/11/2004 | Visibility distorted-cracked windshield |
| 06/06/2003 | Operating out of class |
| 09/25/2002 | Operating out of class |

**APPEARANCE TICKETS**

**The applicant has received 4 appearance tickets, all for disobeying traffic laws. Certificate of Dispositions submitted.**

Arraignment Date: 08/03/2005  Charge: Suspended Registration and broken glass.  Dismissed on 09/06/2005

Arraignment Date: 01/04/2006  Charge: Suspended Registration and Uninsured.    Dismissed on 01/04/2006

Arraignment Date: 07/11/2006  Charge: Suspended Registration                Dismissed on 07/11/2006

Arraignment Date: 09/29/2008  Charge: Reckless Driving, Moved from lane unsafely, Operating with a non supervising front seat passenger, uninsured        Dismissed: 01/13/2009

**SUSPENSIONS**

**The applicant has had his NYS Driver's License suspended 4 times.**

*Non-Scofflaw:*  09/29/2008 License was revoked temporarily "pending prosecution by court" (reckless driving appearance tickets)  Cleared on 01/14/2009.

*Scofflaw:*        08/04/2008 License was suspended due to non-payment of a seatbelt ticket  Cleared on 08/13/2008.

01/16/2007 License was suspended due to fail to answer summons    Cleared on 02/12/2007.

01/15/2006 License was suspended due to fail to answer summons    Cleared on 04/06/2006 .

**CIVIL SERVICE DISQUALIFICATIONS**

The applicant was disqualified for the position of Correction officer with the Suffolk County Department of Corrections (2023) for reasons to be discussed in phase 2.

**DELINQUENT DEBT**

2008-The applicant's motorcycle was repossessed due to non-payment.  He was issued multiple moving violations and an appearance ticket for reckless driving. At the time he was employed as a driver of North Fork Water Company.  When his license was suspended, he lost his job and was unable to pay the note. He has paid it in full, nothing outstanding or pending.

**SUMMARY OF TEST RESULTS**

The question, "Grade point avg. in college (4.0 scale) was answered 3.00 to 3.49.  The applicant's CUM GPA was 2.42 when he was awarded his Associates in 12/2005.

The question, *"I get more traffic tickets than most people"* was answered "Disagree".  The applicant agreed with this response. He stated he didn't think that 22 moving violations were too many for one person to get.

The question *"I was suspended or expelled from school"* was answered "Agree".  The applicant stated he had never been suspended from school, when asked during the interview.

The question *"I sometimes find it hard to live within my means"* was answered "Disagree".  In 2008 the applicant had a motorcycle repossessed due to not being able to make the payments.

**DOMESTIC INCIDENTS**

05/2020  The applicant admits to being named as a subject in a domestic incident with his sister in Suffolk County.  He claims his sister was intoxicated by drugs and alcohol at a family function.  She began to create a commotion with another family member and the applicant tried to calm her down.  She called the police and claimed he had punched her in the face.  The applicant denies ever punching his sister. The police report states she did not want to press charges.

12/2019 The applicant admits to being named as a subject in a domestic with his girlfriend/fiancé in Suffolk County. The applicant and his girlfriend/fiancé had a verbal altercation at a gym.  He became belligerent and was asked to leave the gym.  He was made to sign a no trespass affidavit at said gym as a result of this incident.

CONFIDENTIAL                    NASSAU-00009719

| | |
|---|---|
| ILLEGAL DRUGS DISCREPANCY | 10/2004 The applicant wrote on his "Illegal Drug Statement" *"I have never purchased or sold any illegal drugs."* An inquiry to SCPD yielded a "Robbery" case report. on 10/02/2004 the applicant and one other were the victims of a strong-arm robbery; they were robbed of their wallets and cash. The report by SCPD states *"███████████ **admitted that this was a drug transaction and that during the transaction, the other party stole his wallet."*** |
| SCPD CASE REPORT | 08/21/2001 The applicant was named in SCPD case report as a suspect for an incident involving a minor. The minor reported to the grandmother that the babysitter's grandson (██████████████ r. DOB ████████ had exposed himself and tried to get him to touch or lick his penis. The minor was interviewed by CPS and SCPD. The minor stated that ███████ had exposed his *"personal thing" and wanted him to touch it".* He also mentioned the babysitter's granddaughters were present when this happened. ███████ s sisters were interviewed and deny seeing ███████ exposing himself to the victim. The applicant's attorney would not allow him to be interviewed. The DA's office declined to prosecute the incident. This case is listed as pending according to the SCPD case report. The applicant does not recall any such event happening. |

CONFIDENTIAL            

Date of Report: 05/27/2020

Name: ███████████

Nee:

D.O.B.: ████████

Address:

Updated Redaction for PII/PPI or Confidential Info

Richmond Hill , NY 11419

Investigator: Damian Finucane

S.S. No.: ███████████

**Position: Police Officer**

Age: ███

Telephone No.: ███████████

List No.: PO 2018

Test Date: 01/16/2018

Score: 89.921

| | | | | |
|---|---|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | | ☐ None Admitted | |
| 2. ARREST RECORD: | ☐ Yes | ☑ No Number of Arrests: 0 | | |
| 3. VALID DRIVERS LICENSE: | ☑ Yes | ☐ No Number of Tickets: 5 01/2018, 01/2017, 07/2016, 02/2014, 01/2014 | | |

Prior Suspension Orders   ☐ Yes   ☑ No Number: 0

Tickets Pending   ☐ Yes   ☑ No Number:

4. AUTO ACCIDENTS:   Number: 3   01/2018, 10/2016, 09/2012     Resulting Litigation   ☐ Yes   ☑ No

5. MEETS REQUIREMENTS:
Education   ☑ Yes   ☐ No
Residency   ☑ Yes   ☐ No

6. DELINQUENT DEBT:   ☐ Yes   ☑ No

7. PISTOL PERMIT:   ☐ Yes   ☑ No

8. MILITARY SERVICE
Prior Military Service   ☐ Yes   ☑ No
Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. PRESENT EMPLOYER:
Do and Co Catering
149-32 132 Street
Jamaica NY 11430
Occupation   Cook

Prior Employer Terminations   ☑ Yes   ☐ No

10. RECORD CHECK:
Warrants   ☐ Positive   ☑ Negative
Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. POLICE REGISTRY CHECKS:
Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A
NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

| Employment | |
|---|---|
| 01/2020 - Present | Cook for Do and Co Catering Company |
| 05/2019 - 11/2019 | Quality Assurance Associate for Brooklyn Brands |
| 11/2015 - 11/2018 | Quality Assurance Associate for Castella Imports |

**Driving Record**

**The applicant has received 5 moving violations.**
(1) Cell Phone Ticket on January 19, 2018 in Queens County, plead guilty and paid a $100 fine and 5 points on his license.
(1) Illegal U-Turn Ticket on January 20 2017 in Queens County, plead guilty and paid a $150 fine.
(1) Speeding Ticket 48/25 mph zone on July 19, 2016 in Queens County, plead guilty and paid a $115 fine and 6 points on his license.
(1) Red Light Ticket on February 22, 2014 in Queens, plead guilty and paid a $190 fine and 3 points on his license.
(1) Improper Signal on 01/17/2014 in Queens, plead guilty and paid a $50 fine with 2 points on his license.

**Driving Record (Accidents)**

**The applicant was involved in 3 auto accidents within the last 5 years**
(1) Property Damage Accident on January 3, 2018 in Nassau County, denies and lawsuits.
(1) Property Damage Accident on October 31, 2016 in Nassau County, denies any lawsuits.
(1) Property Damage Accident on September 5, 2012 in Nassau County, denies any lawsuits.

| | |
|---|---|
| Illegal Drugs | **Applicant states that he smoked Marijuana one time on October 2015 while on Vacation in California. Applicant States that he tried Cocaine in March 2011 in Queens County.**<br> Other than those times, applicant denies ever using, buying or selling any illegal drugs ( Statement enclosed) |
| Employment Terminations | **Applicant states that he was fired from Brooklyn Brands in November 2019.**<br>**The** applicant states that while going through the process of becoming a N.Y.P.D Police Officer when he was forced to take days off for the application process. When his boss found out that he was thinking of leaving the company, he was fired. |
| HIGH SCHOOL SUSPENSIONS | Applicant states that he was suspended for 2 days from Saint Francis Prep High School in May 2005 for pushing another student into a staff member. |

CONFIDENTIAL

Date of Report: 03/18/2021

Name: ███████████
S.S. No.: ███████

Nee:
**Position: Police Officer**

D.O.B.: ████████
Age: ██

Address:
Telephone No.: ████████████
List No.: 2018

Updated Redaction for PII/PPI or Confidential Info

Test Date: 01/16/2018

Malverne , NY 11565

Investigator: Gia Brown
Score: 75.38

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)    ☐ None Admitted

**2. ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 33   2011-2020

Prior Suspension Orders   ☑ Yes   ☐ No   Number: 17   2014-2020

Tickets Pending   ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 4   2010, 2019, 2020      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education   ☐ Yes   ☑ No   24 Credits NCC

Residency   ☑ Yes   ☐ No

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Aggressive Heating      Prior Employer Terminations

78 Rapeyle Street

Brooklyn, NY 11231      ☑ Yes    ☐ No

Occupation   Laborer since 09/2020

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**EMPLOYMENT:**
-Aggressive Heating-Laborer-09/2020-Present
-National Mechanical Services-Assistant Manager-10/2018-09/2020
-Uber/Lyft-Driver-09/2016-10/2018
-Marlande Heating Corp.-Laborer-01/2014-2016

**LICENSE SUSPENSIONS:** Applicant has been issued the following license suspensions:
1) 12/05/2020-Insurance not in effect
2) 08/25/2020-Queens-Fail to answer summons-Cleared 09/08/2020-Scofflaw paid
3) 06/02/2018-Queens-Fail to answer summons-Cleared 06/06/2018-Scofflaw summons rescheduled
4) 05/18/2018-Failure to pay driver responsibility assessment-Cleared 05/18/2018-Requirement met
5) 05/18/2017-Failure to pay driver responsibility assessment-Cleared 05/25/2017-Requirement met
6) 05/18/2017-Failure to pay driver responsibility assessment-Cleared 05/25/2017-Requirement met
7) 07/19/2017-Suffolk County-Fail to answer summons-Cleared 07/21/2017-Scofflaw answered
8) 04/01/2017-Nassau County, Village of Malverne-Fail to answer summons-Cleared 04/05/2017-Scofflaw answered
9) 04/01/2017-Nassau County, Village of Malverne-Fail to answer summons-Cleared 04/05/2017-Scofflaw answered
10) 04/01/2017-Nassau County, Village of Malverne-Fail to answer summons-Cleared 04/05/2017-

Scofflaw answered

11) 04/01/2017-Nassau County, Village of Malverne-Fail to answer summons-Cleared 04/05/2017-Scofflaw answered

12) 04/01/2017-Nassau County, Village of Malverne-Fail to answer summons-Cleared 04/05/2017-Scofflaw answered

13) 05/08/2016-Failure to pay driver responsibility assessment-Cleared 05/19/2016-Requirement met

14) 02/23/2016-Queens-Fail to answer summons-Cleared 02/23/2016-Scofflaw paid

15) 12/07/2014-Nassau County, Village of RVC-Fail to answer summons-Cleared 12/10/2014-Scofflaw answered

16) 12/07/2014-Nassau County, Village of RVC-Fail to answer summons-Cleared 12/10/2014-Scofflaw answered

17) 12/07/2014-Nassau County, Village of RVC-Fail to answer summons-Cleared 12/10/2014-Scofflaw answered

**MOVING VIOLATIONS:** Applicant has been issued the following moving violations:

1) 12/19/2020-Nassau County-Unregistered-$127.00 fine
2) 07/21/2017-Suffolk County-Unsafe lane change-3 points, $147.00 fine
3) 01/27/2017-Suffolk County-Unsafe lane change-3 points, $147.00 fine
4) 01/04/2016-Nassau County-Uninsured-Dismissed
5) 01/04/2016-Nassau County-Unregistered-Dismissed
6) 12/03/2015-Queens-Cell phone-$50.00 fine
7) 08/21/2015-Nassau County-Seat belt$50.00 fine
8) 02/03/2015-NYC-Disobey traffic device-$60.00 fine
9) 04/21/2014-Nassau County-Uninspected-$50.00 fine
10) 04/21/2014-Nassau County-Unregistered-$50.00 fine
11) 05/17/2014-Nassau County-Side window tint-$65.00 fine
12) 05/12/2013-Nassau County-Uninspected-$50.00 fine
13) 04/20/2013-Nassau County-Fail to dim headlights-$47.00 fine
14) 04/20/2013-Nassau County-Unapproved headlights-$107.00 fine
15) 03/12/2013-Malverne-Improper turn-2 points, $50.00 fine
16) 03/12/2013-Malverne-Unlicensed-$50.00 fine
17) 03/12/2013-Malverne-Fail to signal turn-See disposition under arrest
18) 03/12/2013-Malverne-Fail to signal turn-See disposition under arrest
19) 03/12/2013-Malverne-Fail to signal turn-See disposition under arrest
20) 03/12/2013-Malverne-Fail to signal turn-See disposition under arrest
21) 03/12/2013-Malverne-Fail to signal turn-See disposition under arrest
22) 03/12/2013-Malverne-Fail to stop at sign-See disposition under arrest
23) 03/12/2013-Malverne-Fail to stop at sign-See disposition under arrest
24) 03/12/2013-Malverne-Unreasonable speed-See disposition under arrest
25) 03/12/2013-Malverne-Unregistered-See disposition under arrest
26) 03/12/2013-Malverne-Improper plates-See disposition under arrest
27) 03/12/2013-Malverne-Tinted windows-See disposition under arrest
28) 03/12/2013-Malverne-Tinted windshield-See disposition under arrest
29) 3/12/2013-Malverne-Unauthorized red lights-See disposition under arrest
30) 03/12/2013-Malverne-Obstructed view-See disposition under arrest
31) 07/14/2012-Nassau County-Crossing an intersection diagonally-$107.00 fine
32) 07/14/2012-Nassau County-Crossing an intersection diagonally-$107.00 fine
33) 03/28/2011-Nassau County-Obstructed plate-$195.00 fine

**AUTO ACCIDENTS:** Applicant was involved in the following auto accidents in the past five years:

1) 02/11/2020-Nassau County-Not faulted-No lawsuit
2) 11/21/2019-Connecticut- Not faulted-No lawsuit
3) 01/15/2019-NYC-Not faulted-No lawsuit

**ARREST:** Applicant states on 03/12/2013 he had just purchased a Honda Accord from a private party in the Bronx, and had no way to drive the vehicle home as he had no plates, the vehicle was not registered. Applicant went online, and on Craig's list he purchased fake Florida plates for $60.00. He met with the seller to pick

up the plate, and drove home to Malverne. When he reached Malverne he was followed by Malverne police for some time, and pulled over. Applicant was arrested and charged with Forged Instrument 2, Forged Instrument 3, and was issued 17 moving violations. On 05/11/2016 applicant appeared in First District Court. All of the moving violations were pled down to Dis Con, and paid a $360.00 fine. After successfully completing a year ACOD all charges were dismissed. (Statement, Certificate of Disposition, NCDA Records, Malverne PD Records)

**ILLEGAL DRUG USE:** Applicant states from 2010-2011 he used marijuana 3-4 times. He denies any other use, purchase or sale of any illegal drugs. (Statement)

**COLLEGE CREDITS:** Applicant completed 24 credits at NCC in 2012. This is less than the 32 college credit completion required. He is aware of the requirement. (Statement, Transcript)

**MALVERNE FD RESIGNATION:** Applicant was a member of the Malverne FD from 03/01/2010-06/11/2013. During a telephonic conversation with Scott Edwards, who was the Chief at the time of applicant's membership, Mr. Edwards stated the applicant "had a host of problems, and consistently exercised poor judgement". Mr. Edwards stated there were numerous incidents regarding applicant driving FD vehicles at a erratic, high rate of speed, where residents complained. Applicant was spoken to and reprimanded many times. Applicant would bring unauthorized friends to hang out in the fire house, he would blast music loudly, and wash his vehicle in the FD parking lot in the middle of the night. Applicant was suspended for a "length of time." Mr. Edwards stated "the final straw" was after applicant lost FD property, applicant's case was heard before the Counsel of Board of Directors on and 06/11/2013 applicant was notified the counsel had voted to terminate his membership immediately if he did not resign by 07/01/2011. Applicant did resign. (Statement, Malverne FD Records)

**APPEARANCE TICKET:** Applicant was issued an appearance ticket on 02/29/2016 by NCPD for being in a park after dark. On 05/11/2016 the case was dismissed and sealed after the applicant successfully completed a 3 month ACOD. Applicant does not remember being issued this appearance ticket. (Statement, NCPD Records, Certificate of Disposition)

**TERMINATION:** Applicant states he was employed, as a seasonal employee, the summers of 2010-2012, at Marlande Heating Corp. Applicant states in the summer of 2012 he had personal issues with his then girlfriend, was constantly on the phone, and not working up to capacity. As s a result he was terminated. He was rehired in 02/2014, after "getting my life together." Marlande Heating's returned inquiry did not include mention of the termination. (Statement)

**SUMMARY OF TEST RESULTS:** Applicant answered disagree to the statement "I have been in trouble with the law" on his summary of test results, for the PO 2018 exam, despite being arrested, having multiple VTL's, and being issued an appearance ticket. Applicant claims he misinterpreted the statement, as pertaining to serious with the law. (Statement, Summary of Test Results)

**QUEENS WARRANT:** Applicant states in 12/2020, when he responded for his fingerprinting for his NYPD P.O. AIU investigation, he was informed there was an outstanding warrant against him for an unanswered moving violation from 2016. Applicant responded to Queens Criminal Court on 12/11/2020, and the warrant and moving violation were dismissed and sealed. (Statement, Certificate of Disposition)

**DELINQUENT DEBT:** Applicant has had the following delinquent debt:
1) Applicant states he had an outstanding Verizon Wireless balance of $715.00 in 2017, that was sent to collections. In the spring of 2020 applicant settled the collection account, paying $300.00, and the collection account was closed.
2) Applicant states from 2018-2019 he had 180 days delinquent payments for three of his bank credit cards, and a Credit Acceptance car loan. Since, the credit cards have been paid off and closed, and the vehicle related to the car loan will be returned.
3) Applicant states he purchased a used vehicle in 2013, and took out a car loan with Chrysler Capitol, applicant missed three payments and the vehicle was repossessed in 11/2013. Applicant made a large payment in 12/2013, and the vehicle was returned to him.
4) Applicant attended NCC from 2010-2013, during that time he accrued an outstanding balance of $1459.00, the school refused to release his transcripts until he paid this balance, which he did on 01/12/2021.
(Statements, Financial Credit Report, NCC Receipt)

**DOMESTIC INCIDENT:** On 06/25/2012 applicant and his girlfriend had a verbal argument regarding their break up. Lynbrook Police responded to the scene, and documented the incident, no further action was taken. (Statement,

Lynbrook Records)

**FAILURE TO SUBMIT TAXES:**      Applicant failed to submit his 2017-2019 taxes and W2's at the time he initially submitted his paperwork. He was interviewed on 01/15/2021, and failed to submit them at that time. Applicant was given a missing form and was told to submit copies of his taxes and W2's by 01/25/2021, he failed to do so, and to date has not submitted them.

Date of Report: 05/06/2020

Name: ████████████

S.S. No.: ████████████

Nee:

**Position: Police Officer**

D.O.B.: ████████

Age: ██

Address:

Telephone No.: ████████████

List No.: 2018

Updated Redaction for PII/PPI or Confidential Info

Freeport, NY 11520

Test Date: 01/16/2018

Investigator: Dena Scicutella

Score: 75.1

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)   ☐ None Admitted

2. **ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

3. **VALID DRIVERS LICENSE:** ☑ Yes   ☐ No   Number of Tickets: 3   2018-2020

  Prior Suspension Orders   ☐ Yes   ☑ No   Number: 0

  Tickets Pending   ☐ Yes   ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 1   2017   Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:**

  Education   ☑ Yes   ☐ No   HS Diploma & COS 51 Credits

  Residency   ☑ Yes   ☐ No   2016-2018 W2, Federal and State Returns

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE**

  Prior Military Service   ☐ Yes   ☑ No

  Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. **PRESENT EMPLOYER:** South Nassau Community Hospital
One Healthy Way
Oceanside NY 11572

  Prior Employer Terminations   ☐ Yes   ☑ No

  Occupation   Perioperative Assistant since 06/2019

10. **RECORD CHECK:**

  Warrants   ☐ Positive   ☑ Negative

  Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:**

  Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

  NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**Employment (Last 5 years)**

*South Nassau Community Hospital as a Perioperative Assistant from 06/19-Present.
*South Nassau Community Hospital as a Unit Clerk from 04/18-06/19.
*FedEx Freight as a Dockworker from 07/16-04/18.
*Millenium Honda as a Porter from 03/15-01/16.
*Best Buy as sales clerk in 2016.

**Driving History (Last 5 years)**

Moving Violations:
*01/2020- Speeding Over 55, Meadowbrook County, Nassau County- Pending Court Date 05/07/20. The NY State Trooper Record
 indicates that the applicant's car was radar clocked speeding at 80 MPH and admitted to the State Trooper he was going a
 little fast.
*09/09/18- Tinted Windows, Nassau County NY- Dismissed
*09/09/18- Tinted Windows, Nassau County NY- Dismissed

Motor Vehicle Accidents: 09/12/17- Freeport NY, Personal Injury and No Litigation.

| | |
|---|---|
| Illegal Drug Use | Applicant used marijuana 5 times between May 2015 and July 2016 while hanging out with friends. Applicant states two of those times he chipped in with friends to purchase the marijuana. Denies selling or using any other illegal drugs. |

**Omissions from Online Application**

Civil Service Exam
Applicant initially failed to put down on his online application that he applied with the NYPD for a Police Officer position on 04/20/2017. The applicant was asked why he omitted this information at the beginning of the interview and he stated he didn't know what was going on with the investigation. Later on in the interview the applicant stated his investigator asked him to withdraw from the process on 03/20/20 and he did, since he rather be a Nassau County Freeport Police Officer. At the end of the interview the applicant was asked for his investigators email and name, his reply was "I don't have it".

Employment
Applicant failed to put on his initial online application that he worked for Best Buy in 2016 as stated on his W-2 provided. During the interview the applicant was asked why he failed to list Best Buy as an employer he stated "I forgot about the position". This is conflicting with his CSX paperwork, where he in fact did list the employment.

Applicant obtained a new job with Intercounty Bakery in 08/2019 but never mentioned that he obtained new employment during the interview. This employment information was listed on his financial records, received after the applicants initial interview. I asked if he ever worked at a bakery via email and he said "Yes".

Moving Violations
Applicant failed to admit on his online application that he received 2 tinted ticket moving violations on 09/19/18 in Nassau County NY. The applicant stated that he didn't mention them because they were dismissed.

Date of Report: 07/01/2020

Name:    █████████        S.S. No.:  █████████

Nee: N/A                <mark>Position: Police Officer</mark>

D.O.B.:  ████████        Age: ███

Address:         Telephone No.: ████████        List No.: 2018

████████████  *Updated Redaction for PII/PPI or Confidential Info*

Floral Park, NY 11001                       Test Date: 01/16/2018

Investigator: John Nicosia                Score: 76.401

**1. ILLEGAL DRUG USE:**  ☐ Yes (Details below)      ☑ None Admitted

<mark>**2. ARREST RECORD:**  ☑ Yes      ☐ No   Number of Arrests: <u>1</u></mark>

**3. VALID DRIVERS LICENSE:**  ☑ Yes      ☐ No   Number of Tickets: <u>7</u>   See below.

       Prior Suspension Orders     ☐ Yes    ☑ No   Number: <u>0</u>   N/A

       Tickets Pending            ☐ Yes    ☑ No   Number: <u>0</u>

**4. AUTO ACCIDENTS:**   Number: <u>5</u>   See below.        Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**   Education   ☑ Yes    ☐ No   <u>High School Diploma/120 College Credits</u>

       Residency   ☑ Yes    ☐ No   <u>Floral Park, NY Since 1995</u>

**6. DELINQUENT DEBT:**   ☐ Yes   ☑ No

**7. PISTOL PERMIT:**   ☐ Yes   ☑ No   <u>N/A</u>

**8. MILITARY SERVICE**   Prior Military Service    ☐ Yes   ☑ No   <u>N/A</u>

       Current Military Obligation   ☑ Yes (Details below)    ☐ No

       <u>Air National Guard</u>

**9. PRESENT EMPLOYER:**   <u>1 Air National Guard</u>        Prior Employer Terminations

       <u>Scotia, NY 12302</u>        ☑ Yes     ☐ No

       <u>Since 05/16/2019</u>

       Occupation     <u>E-3, Security Forces Unit</u>

**10. RECORD CHECK:**   Warrants    ☐ Positive   ☑ Negative

       Fingerprints   ☑ Positive   ☐ Negative   ☐ Pending   <u>Arrest on 12/03/2013</u>

**11. POLICE REGISTRY CHECKS:**   Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

       NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**DRUG HISTORY**      **Applicant denies ever using, buying or selling any illegal drugs. Statement.**

**DRIVING HISTORY**      **Applicant states he received 7 moving violations and was involved in 5 auto accidents throughout his driving history from 2003-2017.** Applicant's moving violations are as follows: on 07/21/2003 issued Unsafe Lane Change by Hempstead PD, on 03/27/2006 issued Cellphone use while Driving by NYPD, on 03/20/2007 issued Speeding by NYPD, on 11/08/2008 issued No Seatbelt by NYPD, on 12/03/2008 issued Cellphone Use While Driving by NYPD, on 09/14/2009 issued Cellphone Use While Driving by NYPD, & on 07/20/2017 issued Speeding by NYSP. Applicant convicted of all and paid fines. Applicant's auto accidents are as follows: 07/14/2006 (NYPD), 07/10/2008 (NYPD), 06/23/2011 (NCPD), 10/30/2012 (NYPD), & 01/30/2014 (NYPD). Applicant states he has a valid NYS License. MV15F attached. Statement.

**NYPD TERMINATION**      **Applicant was terminated from the NYPD on 06/17/2015 for being arrested during his probationary period.** Applicant states he was hired by NYPD on 07/11/2012. Applicant was arrested on 12/03/2013 for Rape 3rd & Criminal Obstruction of Breathing which was in violation of his probationary period. Applicant states he was terminated from the NYPD on 06/17/2015. Applicant states he appealed the descision and it was upheld. Applicant provided all documentation on termination. Inquiry from NYPD 75th Pct, Sgt Mileski, states he was hired on 07/11/2012, Modified Duty Status 07/25/2013, Suspended w/no pay 10/03/2013, suspended w/pay, & Termination on 06/17/2015. Also stated it was from an investigation

regarding an off duty incident while on probation. Inquiries attached from I.C.O. & C.O. Statement.

EMPLOYMENT HISTORY

**Air National Guard (Military Police)     05/16/2019- Present**
Atlantic Product Services Inc. (Petroleum Inspector) 03/2019- 08/2019
Icorp Investigations (P.I.) 04/2016- 08/2018
Floral Park Fire Department (Firefighter) 10/2009- Present
NYPD (Police Officer) 07/2012- 06/2015
Inquires pending. Applicant terminated from NYPD as stated above.

ARREST

**Applicant states he was arrested on 12/03/2013 by NCPD and charged with Rape 3: Victim Did Not Consent-Factor Other Than Incapacity To Consent & Criminal Obstruction Of Breathing Or Blood Circulation- Block Nose/Mouth .**  Incident happened on 07/23/2013 in Floral Park.. Applicant states he was at a party and had consensual sex with a female . Applicant states female later on in the evening accused him of rape, but victim refused to call police. Applicant states the victim called the police the next day and a case was being built by NCPD Special Victims Squad. Applicant states he was charged on 12/03/2013. **Applicant was acquitted of both charges by jury on 02/18/2015 in Nassau County Supreme Court. On 02/23/2015 case was sealed upon termination of criminal action in favor of the accused CPL160.50.** Certificate of Disposition attached. Floral Park Police Report attached. Statement.

CURRENT MILITARY OBLIGATION

**Applicant state he joined the U.S. Air Force for the Air National Guard  on 05/16/2019 to present.** Applicant states he is now full time and is stationed at the above address 5 days a week. Applicant states he stays there the five days a week and comes home for his days off. Applicant states he attains a rank of E-3 and is in the Security Forces Unit. Applicant states his obligation is 1 weekend a month and 2 weeks a year until 05/16/2027. Applicant will be providing his DD214. Record of Military Processing attached. General Statement.

CONFIDENTIAL

# GENERAL REVIEW

Date of Report: 08/11/2021

Name: █████████████████

S.S. No.: █████████

==Position: Police Officer==

Nee:

D.O.B.: ████████

Age: ████

Address:

Telephone No.: █████████

List No.: 2018

Updated Redaction for PII/PPI or Confidential Info

Yonkers, NY 10704

Test Date: 01/16/2018

Investigator: Tricia Tortoso

Score: 86.688

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |

==2. ARREST RECORD:  ☑ Yes    ☐ No  Number of Arrests: 2==

3. VALID DRIVERS LICENSE:  ☑ Yes    ☐ No  Number of Tickets: 6  2010,2011,2012,2017,2020

Prior Suspension Orders   ☐ Yes   ☑ No  Number: 0

Tickets Pending   ☐ Yes   ☑ No  Number: 0

4. AUTO ACCIDENTS:  Number: 0    Resulting Litigation  ☐ Yes  ☑ No

5. MEETS REQUIREMENTS:

Education  ☑ Yes   ☐ No  120 - New York City College of Technology

Residency  ☑ Yes   ☐ No

6. DELINQUENT DEBT:  ☐ Yes  ☑ No

7. PISTOL PERMIT:  ☐ Yes  ☑ No

8. MILITARY SERVICE

Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. PRESENT EMPLOYER:

Lotte New York Palace
455 Madison Avenue
New York, NY  10022
Since 10/2013

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Pastry/Counter Server

10. RECORD CHECK:

Warrants  ☐ Positive  ☑ Negative

Fingerprints  ☐ Positive  ☑ Negative  ☐ Pending

11. POLICE REGISTRY CHECKS:

Federal NDI  ☐ Positive  ☐ Negative  ☐ N/A

NYS DCJS  ☐ Positive  ☐ Negative  ☐ N/A

**Employment History**

10/2013 - Present Lotte New York Palace, New York, NY as a Pastry/Counter Server
12/2012 - 02/2013 Sheraton Times Square, New York, NY as a VIP Supervisor
01/2010 - 12/2012 IKON Office Solutions, New York, NY as a Service Support Representative
09/2007 - 10/2009 EQD/Equivalent Data, New York, NY as a Customer Service Representative
05/2006 - 06/2007 Marina Del Rey, Bronx, NY as a Waiter

**Driving History/Moving Violations**

**The applicant has received 6 moving violations.**
01/17/2020, New York City, Stop Sign, Not Guilty
07/29/2017, New York City, Operating a Motor Vehicle while using a portable electronic device, Fine and Points
04/01/2017, New York City, Disobeyed Traffic Device, Fine and Points
05/23/2012, New York City, Disobeyed Traffic Device, Fine and Points
06/26/2011, New York City, Cell Phone, Fine and Points
10/31/2010, Bronx, Speed 72/50, Fine and Points

**2015 Arrest**

**Applicant was arrested for Criminal Obstruction of Breathing or Blood Circulation, Intentional Third Degree Assault and Harassment 2nd on 12/26/2015 after getting into a Domestic Dispute with the**

CONFIDENTIAL

mother of his son.

Applicant states he got into a verbal altercation with the mother of his son over her believing he was lying and being unfaithful. Applicant states the argument became physical when the mother of his son stuck him in the face with her cellphone which she was holding in her hand. Applicant received a laceration under his eye. Applicant states after being hit he "bear hugged" the female in order to get her to stop hitting him. At this time the females step father came in and escorted the applicant out of the apartment. The applicant then walked into the 20th PCT to file a report. Applicant states after filing the report officers where dispatched to the females apartments where she was arrested for assault. When the female arrived at the 20th PCT she claimed that the applicant choked her. He was then handcuffed and charged. The applicant states that the female had no visible marks or defense wounds. The applicant was found not guilty and the case was dismissed on 04/05/2016.

| | |
|---|---|
| 2016 Arrest | **Applicant was arrested on 01/07/2016 for Intentionally Disobeying a Mandate of Court (violating Order of Protection).** <br><br> Applicant states after the 12/26/2015 arrest he was issued an order of protection from the court. Applicant states both parties were given an amended restraining order because at that time both parties were working at the same establishment. Applicant states he did contact the mother of his son who was off from work that day on the work phone to speak to her regarding a work issue. The applicant states this was not in violation of the order but she reported it as something else. The applicant turned himself into the police where he was charged. The applicant saw a judge who believed the sole purpose of his phone call was for work purposes and the case was dismissed on 04/07/2016. |
| Illegal Drug Use | **Applicant stats he used marijuana 2-3 times in 2001 while at a social event.** <br> Other than those times, applicant denies ever using, buying or selling any illegal drugs. |
| Employment Discipline | **The applicant admits that he was late to work periodically in 2014-2016.** <br> The applicant states these incidents were document with Human Resources. The applicant states he hasn't been late since then. <br> **The applicant also states that in the summer of 2015 he did have a verbal argument with a co-worker over job responsibilities.** <br> This incident was also documented with Human Resources. |
| 2008 Appearance Ticket | **Applicant was issued an appearance ticket on 12/21/2008 for urinating in public.** <br> The applicant states he was hanging out with some friends near St. Raymond's Cemetery when he had to go to the bathroom. A police officer driving by saw the applicant urinating and issued him a ticket. The applicant pled guilty and paid a fine. |
| Summary of Test Results | **The the question asking "I have been in trouble with the law" the applicant answered Disagree when he should have answered Agree.** <br> The applicant has been in trouble with the law (appearance ticket and domestic incident). The applicant did not believe that it should be considered in trouble with the law for the domestic incident because it was dismissed. |
| Orders of Protection | **Applicant was issued an Order of Protection against the mother of his son after the domestic incident occurred.** <br> The order expired 06/26/2016. <br> **The applicant was also named in an order of protection that was issued to the mother of his son.** <br> The order expired 07/07/2016. The applicant was arrested for allegedly violating this order but the applicant was found not guilty and the case was dismissed. |
| Unemployment Benefits | **Applicant did receive unemployment benefits from the Department of Labor after being laid off during Covid 19.** <br> The applicant did collect unemployment from 04/05/2020 - 09/13/2020. The applicant received a total of $13,104.00 |
| Pending Court Date | **Applicant states in 2017 a custody/parenting time stipulation was put into effect.** <br> Since then the applicant states that all the rules agreed upon have been broken. Applicant believes that the mother of his son and son relocated to North Carolina with his consent. The applicant has since applied for a petition and is awaiting a court date. The applicant is hoping to gain 50/50 custody of his son. |

CONFIDENTIAL

Date of Report: 10/13/2019

Name: ███████████

Nee:

D.O.B.: ██████████

Address:

Telephone No.: ████████████

S.S. No.: ████████

**Position: Police Officer**

Age: ███

List No.: PO 2018

Test Date: 01/16/2018

Farmingdale , NY 11735

Investigator: Dena Scicutella

Score: 90.996

| | | | |
|---|---|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below) | ☑ None Admitted | |
| 2. ARREST RECORD: | ☐ Yes    ☑ No | Number of Arrests: 0 | |

3. VALID DRIVERS LICENSE:    ☑ Yes    ☐ No    Number of Tickets: 15   2007-2012

Prior Suspension Orders    ☑ Yes    ☐ No   Number: 2   2009-2010

Tickets Pending    ☐ Yes    ☑ No   Number: 0

4. AUTO ACCIDENTS:    Number: 1   2011          Resulting Litigation    ☐ Yes    ☑ No

5. MEETS REQUIREMENTS:    Education   ☑ Yes    ☐ No   HS Diploma & 129 Cr. Suny OW

Residency   ☑ Yes    ☐ No   2016-2018 W2 Federal and State Returns

6. DELINQUENT DEBT:    ☐ Yes   ☑ No

7. PISTOL PERMIT:    ☐ Yes   ☑ No

8. MILITARY SERVICE    Prior Military Service    ☐ Yes   ☑ No

Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. PRESENT EMPLOYER:    NYPD- 113th Precinct          Prior Employer Terminations
167-02 Baisley Blvd.
Jamaica NY 11735          ☐ Yes    ☑ No

Occupation    Police officer since 01/07/2015

10. RECORD CHECK:    Warrants    ☐ Positive   ☑ Negative

Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

11. POLICE REGISTRY CHECKS:    Federal NDI    ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS    ☐ Positive   ☐ Negative   ☐ N/A

Employmeny History (Last 5 years)

*NYPD Police Officer from 01/2015-Present

*Sky Drive Golf Center as an assistant manager from 01/2008-01/2015

NYPD CCRB's

Applicant states that he received four CCRB's. They are as follows:

*10/25/2016- Applicant states that he had to forcefully subdue a subject that had possession of a knife. The

allegations were force,abuse,discourtesy and offensive language. The dispositions were exonerated and

unsubstantiated.

*12/07/2017- Applicant states that he did a search during a car stop in which he smelt the odor of marijuana and

issued a summons to the subject. The allegations were abuse. The disposition was complaintant uncooperative.

*07/11/2017- Applicant states that he recovered a firearm from a subject. The allegations were abuse/search and abuse

stop. The dispositions were closed- pending litigation.

CONFIDENTIAL

*03/28/2019- Applicant states that he had a physical altercation while trying to subdue a subject. The allegations were physical force. The disposition was complaintant uncooperative. (See NYPD Statement & CCRB record)

| | |
|---|---|
| NYPD Auto Accident | On 06/22/19, while pursuing a subject with his vehicle his partner got out of the car and hit a stop sign causing vehicle damage. A departmental report was made for the incident. (See NYPD Statement) |
| Summary of Test Results | Applicant answered "Disagree" to the test question "I have received more tickets than most people". He states at the time of the exam he thought they were asking for current time frame and since receiving the tickets he believes his driving record has changed. (See Summary of Test Results) |
| Driving History | Applicant states that he has 15 moving violations as follows, 2 license suspensions and one auto accident as follows: |

Moving Violations:
1) 12/04/12- Queens County, NY- Speeding 70/50-Fine Paid
2) 12/07/10-Nassau County, NY- Avoiding Traffic Device-Fine Paid
3) 12/07/10- Nassau County, NY-Operating w/o a License-Fine Paid
4) 02/18/10- Nassau County, NY- Aggravated Unlicensed- Fine Paid
5) 02/18/10- Nassau County, NY-No Headlights Lights- Fine Paid
6) 02/18/10- Nassau County, NY- Unlicensed Operator- Fine Paid
7) 02/18/10- Nassau County, NY-No Insurance- Fine Paid
8) 02/18/10- Nassau County, NY- No Brake Lights
9) 05/07/09-Nassau County, NY- Unlicensed- Fine Paid
10) 05/07/09- Nassau County, NY- Uninspected- Fine Paid
11) 05/07/09- Nassau County, NY- Aggravated Unlicensed- Fine Paid
12) 05/07/09-Nassau County, NY- Failed to Stop at Stop Sign- Fine Paid
13) 05/29/07- Nassau County, NY-Inadequate Lights- Fine Paid
14) 05/29/07- Nassau County, NY-Operating w/o insurance- Fine Paid
15) 05/29/07-Nassau County, NY- Unlicensed Operator- Fine Paid

License Suspensions:
1) 07/17/10-Nassau County NY-Failure to Answer 3 Summons
2) 09/26/09- Nassau County NY-Failure to Answer a Summons

Motor Vehicle Accidents:
1) 05/16/11-Queens County NY- Personal Injury, No Litigation

CONFIDENTIAL          NASSAU-00009761

Date of Report: 10/30/2023

Name: ███████████  S.S. No.: ████████

Nee:  <mark>Position: Police Officer</mark>

D.O.B.: ██████████  Age: ███

Address:  Telephone No.: ████████  List No.: PO 2018

Updated Redaction for PII/PPI or Confidential Info

Levittown, NY 11756  Test Date: 01/16/2018

Investigator: Thomas Arcuri  Score: 83.348

| | | | |
|---|---|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below) | ☑ None Admitted | |

<mark>2. ARREST RECORD:    ☑ Yes     ☐ No   Number of Arrests: 1</mark>

3. VALID DRIVERS LICENSE:    ☑ Yes     ☐ No   Number of Tickets: 7   2022,2014(3),2012,2010,2009.

Prior Suspension Orders    ☑ Yes    ☐ No   Number: 1   2014

Tickets Pending    ☐ Yes    ☑ No   Number: 0

4. AUTO ACCIDENTS:   Number: 2   2020, 2010      Resulting Litigation   ☐ Yes    ☐ No

5. MEETS REQUIREMENTS:   Education   ☑ Yes    ☐ No   Long Island Business Institute, 37 credits.

Residency   ☑ Yes    ☐ No   Applicant resides in Nassau County.

6. DELINQUENT DEBT:   ☐ Yes   ☐ No

7. PISTOL PERMIT:   ☐ Yes   ☑ No

8. MILITARY SERVICE   Prior Military Service    ☐ Yes    ☑ No

Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. PRESENT EMPLOYER: Little Garden by the Sea 99 Warwick Road, Island Park, NY 11558 since 11/2021.

The Buoy Bar 72 Bayside Drive, Point Lookout, NY 11569 since 06/2014.

City Cellar Wine Bar and Grill 1080 Corporate Drive, Westbury, NY 11590 since 01/2013.

Prior Employer Terminations    ☑ Yes    ☐ No

Occupation   Teacher's Aide / Waitress

10. RECORD CHECK:   Warrants    ☐ Positive   ☑ Negative

Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

11. POLICE REGISTRY CHECKS:   Federal NDI    ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS    ☐ Positive   ☑ Negative   ☐ N/A

EMPLOYMENT HISTORY   Little Garden by the Sea 99 Warwick Road, Island Park, NY 11558 as a Teacher's Aide since 11/2021. Nothing derogatory.

The Buoy Bar 72 Bayside Drive, Point Lookout, NY 11569 as a Waitress since 06/2014. Nothing derogatory.

City Cellar Wine Bar and Grill 1080 Corporate Drive, Westbury, NY 11590 as a Waitress since 01/2013. Nothing derogatory.

DRIVING HISTORY   **(1) M/V ticket on 03/11/2022 in Nassau County for uninspected vehicle.**
**(1) M/V ticket on 02/16/2014 in Nassau County for Driving while impaired, pled guilty, paid $300 fine.**
**(1) M/V ticket on 02/16/2014 in Nassau County for Illegal Signal, dismissed.**
**(1) M/V ticket on 02/16/2014 in Nassau County for Fail to Obey Traffic Device, dismissed.**
**(1) M/V ticket on 08/17/2012 in Nassau County for No Seatbelt paid $45 fine.**
**(1) M/V ticket on 02/13/2010 in Nassau County for Cell Phone.**

(1) M/V ticket on 09/03/2009 in Nassau County for No Seatbelt, paid $50 fine

Applicants license suspended on 09/17/2014 for 90 days for driving while ability impaired. Cleared on 01/16/2015.

| | |
|---|---|
| AUTO ACCIDENTS | Applicant involved in (1) auto accident on 07/06/2020 in Nassau County NY, report taken, property damage, no litigation, applicant not at fault. <br> Applicant involved in (1) auto accident on 08/11/2010 in Nassau County NY, report taken, property damage and personal injury, no litigation, applicant at fault. |
| ARREST | Applicant arrested in Nassau County on 02/16/2014 and charged with DWAI Alcohol VTL 1192 01. Applicant pled guilty on 09/17/2014. See Statements and Certificate of Disposition. |
| EMPLOYMENT TERMINATION | Applicant states she was dismissed from employment by Berke Eye Care on 09/2021 due to downsizing of the staff. See statements. |

Date of Report: 03/08/2021

Name: ▓▓▓▓▓▓▓            S.S. No.: ▓▓▓▓▓▓

Nee:            <mark>Position: Police Officer</mark>

D.O.B.: ▓▓▓▓▓            Age: ▓

Address:        Telephone No.: ▓▓▓▓▓▓            List No.: PO 2018

Updated Redaction for PII/PPI or Confidential info

Coram, NY 11727            Test Date: 01/16/2018

Investigator: Thomas Arcuri            Score: 87.333

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes    ☑ No    Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No    Number of Tickets: 1   2017

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: 1   2018

     Tickets Pending    ☐ Yes    ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 2   2019,2016      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**
Education ☑ Yes   ☐ No   Bachelors Degree Stonybrook University class of 2020, 121 credits.

Residency ☑ Yes   ☐ No

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE**
Prior Military Service    ☐ Yes   ☑ No
Current Military Obligation    ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Reilly Architectural 901 Burman Boulevard Calverton, NY 11933 from 08/2020 to 03/05/2021.

Prior Employer Terminations   ☐ Yes   ☑ No

Occupation   Shipping Department Helper

**10. RECORD CHECK:**
Warrants    ☐ Positive   ☑ Negative
Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:**
Federal NDI    ☐ Positive   ☐ Negative   ☐ N/A
NYS DCJS    ☐ Positive   ☐ Negative   ☐ N/A

**EMPLOYMENT**
- Reilly Architectural 901 Burman Boulevard Calverton, NY 11933 from 08/2020 to 03/05/2021. Nothing Derogatory.
- Glen Oaks Village Owners 70-33 260th Street Glen Oaks, NY 11004 from 05/2017 to 08/2020. Nothing Derogatory.
- Titan Global Security 1757 Veterans Memorial Highway # 58 Islandia, NY 11749 from 09/2019 to 05/2020.

**DRIVING HISTORY**
- Applicant received (1) M/V ticket issued on 10/18/2017 in Suffolk County for Expired Vehicle Inspection, $100 fine paid.

**AUTO ACCIDENTS**
- Applicant was involved in (1) auto accident on 09/09/2019 in Suffolk County NY. Police report taken, Applicant not at fault. Personal injury and property damage, no litigation.
- Applicant was involved in (1) auto accident on 06/28/2016 in Suffolk County NY. Police report taken, Applicant deemed at fault. Personal injury and property damage, no litigation.

**SUSPENDED LICENSE**
- Applicant had license suspended on 04/13/2018 for failure to pay a fine. Applicants license restored on 04/27/2018.

NASSAU-00009782

Date of Report: 03/24/2020

Name: ██████████       S.S. No.: ██████████

Nee:       <mark>Position: Police Officer</mark>

D.O.B.: ██████████       Age: ███

Address:       Telephone No.: ██████████       List No.: PO#2018

[Updated Redaction for PII/PPI or Confidential Info]

East Meadow, NY 11554       Test Date: 01/16/2018

Investigator: Vanessa Reteguiz       Score: 89.786

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)    ☐ None Admitted

<mark>2. **ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 1</mark>

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 11   2010,2009,2006,2005,2003,2002,2001

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: 2   2010

     Tickets Pending    ☐ Yes    ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 1   2005      Resulting Litigation   ☐ Yes    ☑ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes    ☐ No   HS W. Hempstead 06/2001, BS LIU, Master'ts Alfred University

     Residency ☑ Yes    ☐ No   Resides in East Meadow

6. **DELINQUENT DEBT:** ☑ Yes   ☐ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE** Prior Military Service    ☐ Yes    ☑ No

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. **PRESENT EMPLOYER:** ████████████      Prior Employer Terminations   ☐ Yes    ☑ No

     Occupation   Part Owner-Coach

10. **RECORD CHECK:** Warrants   ☐ Positive    ☑ Negative

     Fingerprints   ☐ Positive    ☑ Negative    ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive    ☐ Negative    ☐ N/A

     NYS DCJS   ☐ Positive    ☐ Negative    ☐ N/A

**EMPLOYMENT**
08/2011-Present ████████ Full Time
06/2007-Present NYS Parks LifeGuard Full Time (Seasonal Employee)
08/2017-06/2017 Grace Lutheran School Part Time
03/2014-06/2014 Malverne UFSD Full Time

**DRIVING HISTORY**
**2010-Applicant had his license suspended two times: Failing to answer summons (2/24/10) and Failing to pay a fine (5/20/10) - Both cleared on 8/13/10.**
All fines have been paid and his license was reinstated.
**Applicant has received 11 moving violations**

| Date | Violation | Location | Status |
|---|---|---|---|
| 10/27/2000 | 1 headlight | Nassau County | Paid fine |
| 01/23/2001 | 1 Headlight | Nassau County | Paid fine |
| 01/23/2001 | Broken Windshield | Nassau County | Paid fine |
| 12/17/2002 | Following to Closely | Nassau County | Paid fine |
| 01/09/2003 | Stop Sign | Nassau County | Paid fine |
| 06/16/2003 | Red Light | Nassau County | Paid fine |
| 04/09/2005 | No Seat Belt | Queens | Paid fine |

06/15/2006  Stop Sign           Nassau County   Paid fine
12/19/2009  No inspection        Queens         Paid fine
05/15/2010  Fld Yld Right of way   Nassau County   Failed to pay fine
05/20/2010  Failed to pay fine      Nassau County   License was suspended, dismissed once fine was paid.

**ARREST**

**09/26/2003-Applicant was arrested for Obstruction of Governmental Control in SUNY Cortland, case was dismissed on 12/29/2003**
Applicant was visiting his brother at SUNY Cortland. Police were called to break up a party at his brother's apartment where the applicant was staying. He was arrested after he advised the police he had no where to go and was staying there with his brother. When the he appeared in court, witnesses advised the judge he was complying but had been arrested anyway. The case was dismissed. He never returned to SUNY Cortland again. (statement, Certificate of Dispo)

**ILLEGAL DRUGS**

**1999-2001-Applicant states he used marijuana 3-5 times while he was in HS and College.**
Other than those times, applicant denies ever using, buying or selling any illegal drugs. (statement)

**DELINQUENT DEBT**

**Applicant admits to having had delinquent debt. All accounts have been paid in full. There is nothing outstanding**
2015- Citi-Card.
2017- PC Richard & Sons.

**UNEMPLOYMENT**

**2013-Applicant admits to collecting unemployment for approx. 6 months**
Applicant was employed as a probationary teacher at the Academy Charter School. Once the probationary period was over he was not offered a permanent position at the school. He had to collect unemployment til he was able to find another teaching position.

**SELF EMPLOYED**

Applicant is part owner at ████████
He is a coach and part owner of a Crossfit Gym located in ██████████

CONFIDENTIAL        NASSAU-00009786

Date of Report: 12/16/2019

Name: ███████

Nee:

D.O.B.: ███████

Address:

Telephone No.: ███████

Age: ██

S.S. No.: ███████

Position: Police Officer

List No.: 2018

Test Date: 01/16/2018

[Updated Redaction for PII/PPI or Confidential Info]

Hempstead , NY 11550

Investigator: Dena Scicutella

Score: 77.432

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below) | ☑ None Admitted |
| 2. ARREST RECORD: | ☐ Yes   ☑ No | Number of Arrests: 0 |
| 3. VALID DRIVERS LICENSE: | ☑ Yes   ☐ No | Number of Tickets: 0 |

Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0

Tickets Pending    ☐ Yes   ☑ No   Number: 0

4. AUTO ACCIDENTS:    Number: 0          Resulting Litigation   ☐ Yes   ☑ No

5. MEETS REQUIREMENTS:

Education   ☑ Yes   ☐ No   GED & College (See below)

Residency   ☑ Yes   ☐ No   2016-2018 W-2, Federal and State Returns

6. DELINQUENT DEBT:   ☑ Yes   ☐ No

7. PISTOL PERMIT:   ☐ Yes   ☑ No

8. MILITARY SERVICE

Prior Military Service   ☑ Yes   ☐ No   US AIR FORCE

Current Military Obligation   ☑ Yes (Details below)   ☐ No

9. PRESENT EMPLOYER:

Horizon Staffing Solutions
20 Jerusalem Avenue
Hicksville NY 11801

Prior Employer Terminations   ☑ Yes   ☐ No

Occupation    Clothing Warehouse Data Entry Clerk

10. RECORD CHECK:

Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. POLICE REGISTRY CHECKS:

Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

Employment History
(Last 5 years)

*Horizon Staffing Solution as a Data Entry Clerk from 07/2019-Present.

*Global Elite as a Security Guard from 07/2019-09/2019.

*Bay Ridge Security as a Security Guard from 10/2016-04/2018.

*Horizon Staffing as a Pharmaceutical manufacturer from 06/2016-10/2016.

*Macys as an Asset Protection from 02/2016-06/2016

Appearance Tickets

Applicant states that he jumped a turn style in the NYC subway station on 01/20/2008. He was issued an appearance ticket by the NYPD. He went to court and paid the fine. (See Statement and COD)

Applicant states that he was in NYC and was issued an appearance ticket on 09/10/2011 by the NYPD for an open container which he states did not belong to him. He decided to not fight the ticket so he paid it. Applicant states that he went to NYC Criminal Court 100 Centre Street in NY NY and he was told that there was no information on file. He also went to a court located at 29 Gallatin Place in Brooklyn NY recommended by NYC Criminal Court and no information could be found. Applicant was

CONFIDENTIAL          NASSAU-00009799

directed to get a letter stating no record on file. (See Statement and Letter Pending)

| | |
|---|---|
| Terminations | Applicant states that he was terminated from Macys on 05/09/2016 while working as a security officer. He states he had disagreements with management on their company policies and thought they violated privacy of potential shoplifters. The employment verification received states that he violated company policy by leaking out to an employee that they were being investigated. (See Statement & Employment Verification) |
| | Applicant states that he was terminated from Halstead on 07/15/2014. He states that his boss found out he wanted to join the military and was having private secret meetings with other Union Representatives. (See Statement) |
| Summary of Test Results | Applicant states he believes he answered incorrectly "Agree" to the test question "I sometimes find it hard to live within my means". He believes that he may have clicked the wrong answer because he lives within his means but<br>he does have a history of delinquent debt (student loan and repossession of a car). |
| | After review of all the test questions with the applicant, the applicant did not notice his inappropriate answer "Disagree" to the test question "I have been in trouble with the law" and "I have been in trouble more than once because of my behavior". He should have answered "Agree" due to the fact he received two appearance tickets in NYC. (See Summary of Test Results) |
| Domestic Incidents | Applicant states that he got into two domestic incidents (Hempstead & NY) with his current girlfriend that he lives with on 12/15/14 and 10/16/17. Both were verbal disagreements and his girlfriend was heated so she threw household items out of anger. The report was for documentation purposes. (See Statement and Hempstead Report) |
| Debt | Applicant currently has $12K in student loans that he is unable to pay due to the price increase. He is in the process of getting a personal loan to pay it in full. |
| | Applicant states sometime in 2018 his car got repossessed due to delay in payment. He states he spoke to the company about needing more time but they repossessed the car. He resolved it by making payment the payment in full. |
| Liquor License | Applicant states in 2016/2017 when he owned a Food/ Deli business named ███████ located in Bridgeport Connecticut he applied for a liquor license. The application was terminated when the business folded in 2017.<br>(See General Reputation Statement) |
| Self Employment/Unlisted Job employments | Applicant failed to report on his application that he was an Uber Driver in Brideport, CT in 2016. The applicants 2016 tax return states he was self employed as an Uber driver. |
| | Also applicant failed to report he was employed by the following places of employment listed on his social security printout:<br>2005-N & A General Consultation, 21 y/o (Pending Record) |

           2007-TSA, 23 y/o (Pending Record)

           2010-Village Tart, 26 y/o (Pending Record)

           2015- Be Active as a General Laborer, 31 y/o -See Employment Record

College Credits         Applicant failed to provide an official transcript from LIU. HE states that he has 53 credits. (Official Transcript Pending)

Air Force            Applicant is currently enlisted in the US Air Force since 11/2017 and reserves it set to expire on 11/29/2023.

           (See DD214)

CONFIDENTIAL         

Date of Report: 06/09/2020

Name: ███████████

S.S. No.: ███████████

Nee:

**Position: Police Officer**

D.O.B.: ███████████

Age: ███

Address:

Telephone No.: ███████████

List No.: P.O. 2018

Updated Redaction for PII/PPI or Confidential Info

Bay Shore , NY 11706

Test Date: 01/16/2018

Investigator: Thomas Arcuri

Score: 94.103

| | | | |
|---|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted | |

**2. ARREST RECORD:** ☑ Yes ☐ No Number of Arrests: 1

3. VALID DRIVERS LICENSE: ☑ Yes ☐ No Number of Tickets: 6 2016 (2), 2015, 2013, 2012 (2)

Prior Suspension Orders ☐ Yes ☑ No Number: 0

Tickets Pending ☐ Yes ☑ No Number: 0

4. AUTO ACCIDENTS: Number: 2 2016, 2011     Resulting Litigation ☐ Yes ☑ No

5. MEETS REQUIREMENTS: Education ☑ Yes ☐ No Suffolk/Nassau Community Colleges, Excelsior College 67 Credits

Residency ☑ Yes ☐ No

6. DELINQUENT DEBT: ☐ Yes ☑ No

7. PISTOL PERMIT: ☐ Yes ☑ No

8. MILITARY SERVICE Prior Military Service ☑ Yes ☐ No US Army 07/2012 to 06/2016

Current Military Obligation ☑ Yes (Details below) ☐ No

9. PRESENT EMPLOYER:
- Village of Ocean Beach Police Department 1 Bay Walk, Ocean Beach NY 11770 as a Police Officer (part time) since 11/2017.
- New Jersey Army National Guard 1315 Pleasant Valley Way, West Orange NJ 07052 as a Sergeant since 02/2016. Military obligation expires on 02/04/2022

Prior Employer Terminations ☐ Yes ☑ No

Occupation   POLICE OFFICER/ SERGEANT

10. RECORD CHECK: Warrants ☐ Positive ☑ Negative

Fingerprints ☐ Positive ☑ Negative ☐ Pending

11. POLICE REGISTRY CHECKS: Federal NDI ☐ Positive ☐ Negative ☐ N/A

NYS DCJS ☐ Positive ☐ Negative ☐ N/A

EMPLOYMENT RECORD
- Village of Ocean Beach Police Department 1 Bay Walk, Ocean Beach NY 11770 as a Police Officer (part time) from 11/2017 to present - nothing derogatory.
- New Jersey Army National Guard 1315 Pleasant Valley Way, West Orange NJ 07052 as a Sergeant from 02/2016 to present nothing derogatory.
- Five Towns College 305 N. Service Road Dix Hills NY 11746 as a Public Safety Officer from 09/2016 to 10/2017 - nothing derogatory.
- Bay Ridge Security Service Inc. 626 RXR Plaza Uniondale NY 11556 as a Security Guard from 05/2016 to 09/2016 - nothing derogatory.
- Maximum Security 709 W. Jericho Turnpike, Huntington NY 11743 as a Security Guard from 03/2016 to 06/2016 - nothing derogatory

DRIVING RECORD
- **Applicant received (1) M/V ticket issued on 11/28/2016 in Nassau County for no seatbelt, $50 fine paid. (1) M/V ticket issued on 10/01/2016 in the Village of Garden City, NY for no seatbelt, dismissed. (1) M/V ticket issued on 05/20/2015 in Virginia for speeding, dismissed. (1) M/V ticket issued on 06/01/2013 in Cumberland County, NC for no speeding, dismissed. (1) M/V ticket issued on 05/30/2012**

in Suffolk County for no seatbelt, $50 fine paid.(1) M/V ticket issued on 02/11/2012 in Suffolk County for no license, $95 fine paid.

| | |
|---|---|
| AUTO ACCIDENTS | **(1) Auto accident on 06/06/2016 in Suffolk County. New York.** Property damage only. |
| ARRESTS | **Applicant was arrested on 12/03/2011 in Deer Park, N.Y. and charged with unlawful possession of marijuana.** On 06/27/2013 the case was dismissed after adjournment. See statement and certificate of disposition enclosed. |
| ILLEGAL DRUG USE | **Applicant admit to purchasing and using marijuana approximately (25) times from 2009 to 2011.** Other than these times, applicant denies ever using, buying or selling any illegal drugs. Statement enclosed. |
| DELINQUENT DEBT | **Applicant admits from 2013 to 2014 he had delinquent debt on Military Star and USAA credit cards.** Applicant states final payment was made to collection company in 2016. Applicant no longer in debt. Statement enclosed. |

Date of Report: 09/19/2023

Name: ▉▉▉▉▉▉      S.S. No.: ▉▉▉▉▉▉

Nee:      <mark>Position: Police Officer</mark>

D.O.B.: ▉▉▉▉▉      Age: ▉▉

Address:    Telephone No.: ▉▉▉▉▉▉      List No.: PO 2018

[Updated Redaction for PII/PPI or Confidential Info]

Farmingdale , NY 11735      Test Date: 01/16/2018

Investigator: Thomas Arcuri      Score: 83.75

1. **ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

2. **ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: 0

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 3   2007, 2006, 2004.

Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0

Tickets Pending    ☐ Yes   ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 3   2020, 2012, 2006.      Resulting Litigation ☐ Yes   ☐ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes    ☐ No   Ashworth College 126 credits.

Residency ☑ Yes    ☐ No

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE** Prior Military Service    ☐ Yes   ☑ No

Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. **PRESENT EMPLOYER:** NYPD 113 Precinct 167-02 Baisley Boulevard Jamaica, NY 11434 since 07/06/2010.

Prior Employer Terminations ☐ Yes   ☑ No

Occupation   Police Officer

10. **RECORD CHECK:** Warrants ☐ Positive   ☑ Negative

Fingerprints ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS ☐ Positive   ☑ Negative   ☐ N/A    NYPD POLICE OFFICER

**EMPLOYMENT HISTORY** NYPD 113 Precinct 167-02 Baisley Boulevard Jamaica, NY 11434 as a Police Officer since 07/06/2010. Delfino Insulation 1648 Locust Avenue Bohemia, NY 11716 as a Installer from 07/2004 to 07/2010.

**CCRB**    **CCRB - Total Charges = 5, Total Cases = 3. CCRB# ▉▉▉▉ incident date 08/17/2019, Abuse- Entry of Premises, Alleged Victim Uncooperative.**

**CCRB# ▉▉▉▉ incident date 10/25/2019, Force-Nonlethal restraining device, Substantiated (Charges).**

**Discourtesy-Word, Substantiated (Command Discipline).**

**Off. Language- Gender, Substantiated (Charges).**

**CCRB# ▉▉▉▉ incident date 07/29/2022 Abuse- Forcible Removal to Hospital. (Disposition Pending)**

**DRIVING HISTORY**    **(1) M/V ticket on 03/05/2007 in Nassau County for operating motor vehicle while on cell phone, $50 fine.**

**(1) M/V ticket on 06/01/2006 in Nassau County for no seat belt, $45 fine.**

**(1) M/V ticket on 09/09/2004 in Queens County for operating motor vehicle while on cell phone,**

$40 fine.

AUTO ACCIDENTS

Applicant involved in (1) auto accident on 09/05/2020 in Nassau NY, report taken, property damage only, no litigation, applicant not at fault.

Applicant involved in (1) auto accident on 04/25/2012 in Nassau NY, report taken, property damage and personal injury, no litigation, applicant not at fault.

Applicant involved in (1) auto accident on 01/22/2006 in Nassau NY, report taken, property damage only, no litigation, applicant not at fault.

CONFIDENTIAL

Date of Report: 02/01/2020

Name: ███████████

S.S. No.: ████████

Nee:

**Position: Police Officer**

D.O.B.: ███████

Age: █

Address:

Telephone No.: ████████

List No.: 2018

Updated Redaction for PII/PPI or Confidential info

Westbury, NY 11590

Test Date: 01/16/2018

Investigator: Gia Brown

Score: 90.441

1. **ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

2. **ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

3. **VALID DRIVERS LICENSE:** ☑ Yes   ☐ No   Number of Tickets: 15   2014-2018

     Prior Suspension Orders   ☐ Yes   ☑ No   Number: 0

     Tickets Pending   ☐ Yes   ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 2   2016, 2019        Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   91 Credits Farmingdale College 05/2019

     Residency ☑ Yes   ☐ No

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE** Prior Military Service   ☐ Yes   ☑ No

     Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. **PRESENT EMPLOYER:** Opa Grille
432 Hillside Ave.
Williston Park, NY 11596

     Prior Employer Terminations   ☐ Yes   ☑ No

     Occupation    Server since 02/2018

10. **RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**APPEARANCE TICKET:** Applicant states in 07/2016 he went to a bar in Long Beach, NY to celebrate a friend's birthday. He was under 21, and at that time, he had taken his brother's ID to get in. The bouncer requested further ID that applicant did not possess. A Long Beach Police Officer was at the scene, and applicant admitted it was not his ID. Applicant was issued an appearance ticket for person under 21 attempting to obtain alcohol fraudulently. On 09/07/2016 applicant appeared in the City of Long Beach Court, and after taking a four hour underaged drinking course, the case was dismissed, and sealed. (Statement, Certificate of Disposition, Long Beach PD Records)

**AUTO ACCIDENTS:** Applicant has been involved in the following auto accidents:
1) 02/14/2016-Nassau County-Faulted-No lawsuit
2) 10/07/2019-Nassau County-Not faulted-No lawsuit

**MOVING VIOLATIONS:** Applicant has been issued the following moving violations:
1) 11/04/2018-Nassau County-Uninsured-Dismissed
2) 11/04/2018-Nassau County-No distinctive plate-Dismissed
3) 10/12/2018-Nassau County-Stop sign-$252.00 fine
4) 10/12/2018-Nassau County-Speeding-$265.00 fine

5) 01/14/2018-Sullivan County-Speeding-3 points, $257.00 fine

6) 04/17/2017- Nassau County-Uninsured-Dismissed

7) 04/17/2017-Nassau County-Cell phone-$150.00 fine

8) 02/18/2016-Nassau County-Inadequate lights-$65.00 fine

9) 02/18/2016-Nassau County-Insufficient lights-$65.00 fine

10) 02/18/2016-Nassau County-Side window tint-$65.00 fine

11) 02/18/2016-Nassau County-Improper/no signal-$210.00 fine

12) 07/12/2015-Nassau County-Disobey traffic device-2 points, $283.00 fine

13) 07/02/2015-Nassau County-Uninsured-Dismissed

14) 07/02/2015-Nassau County-Stop sign-$180.00 fine

15) 09/27/2014-Nassau County-Disobey traffic control device-$102.00 fine

EMPLOYMENT:　　　　-02/2018-Present-Opa Grille-Server

-Applicant was a full time student form 09/2014 until his graduation in 05/2019

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　NASSAU-00009820

# GENERAL REVIEW

Date of Report: 04/28/2022

Name: ▓▓▓▓▓▓▓▓

S.S. No.: ▓▓▓▓▓▓▓

==Position: Police Officer==

Nee:

D.O.B.: ▓▓▓▓▓▓

Age: ▓▓

Address:

Telephone No.: ▓▓▓▓▓▓▓

List No.: PO 2018

*Updated Redaction for PI/PPI or Confidential info*

Brentwood, NY 11717

Test Date: 01/16/2018

Investigator: Douglas Weigand

Score: 85.518

| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted | |
|---|---|---|---|

==**2. ARREST RECORD:** ☑ Yes  ☐ No  Number of Arrests: 2==

| 3. VALID DRIVERS LICENSE: | ☑ Yes | ☐ No  Number of Tickets: 32  2006-2016 |
|---|---|---|

| | Prior Suspension Orders | ☑ Yes | ☐ No  Number: 2  2007-2011 |
|---|---|---|---|
| | Tickets Pending | ☐ Yes | ☑ No  Number: 0 |

**4. AUTO ACCIDENTS:** Number: 1  05/07/2016  Resulting Litigation ☐ Yes  ☑ No

**5. MEETS REQUIREMENTS:**
Education ☑ Yes  ☐ No  Suffolk Community College 32 credits
Residency ☑ Yes  ☐ No  Resides in Brentwood

**6. DELINQUENT DEBT:** ☐ Yes  ☑ No

**7. PISTOL PERMIT:** ☐ Yes  ☑ No

**8. MILITARY SERVICE**
Prior Military Service ☐ Yes  ☑ No
Current Military Obligation ☐ Yes (Details below)  ☑ No

**9. PRESENT EMPLOYER:**
T- Mobile
1732a Old Country Rd
Riverhead, NY 11901

Prior Employer Terminations ☑ Yes  ☐ No

Occupation  Assistant Manager

**10. RECORD CHECK:**
Warrants ☐ Positive  ☑ Negative
Fingerprints ☐ Positive  ☑ Negative  ☐ Pending

**11. POLICE REGISTRY CHECKS:**
Federal NDI ☐ Positive  ☑ Negative  ☐ N/A
NYS DCJS ☐ Positive  ☑ Negative  ☐ N/A

Employment  03/2013 to Present - T-Mobile - Assistant Manager

Driver History  **Applicant was issued (32) thirty two tickets from 2006-2016.**
02/09/16 - Nassau - Disobeyed Traffic Device HOV Lane
02/09/16 - Nassau - side windows/ non transparent right
02/09/16 - Nassau - side windows' non transparent left reduced to (3) pedestrian violations - 1152-c. $401.00 fine paid.
Applicant states he was issued (2) equipment violations on
10/26/12 in Brentwood, NY for muffler and tinted windows.
Applicant states tickets were dismissed.
07/09/11 - Suffolk - Operate MV under influence Drug or Alcohol.
07/09/11 - Suffolk - Operate MV with .08 of 1 % Alcohol.
07/09/11 - Suffolk - Refusal to take Breath Test
07/09/11 - Suffolk - Failure to stay in lane
07/09/11 - Suffolk - Driving on Sidewalk Pled guilty to Operate MV with .08 of 1 % Alcohol.
Operate MV under influence Drug or Alcohol, Refusal to take Breath Test, Failure to stay in lane, Driving on Sidewalk.
Dismissed

CONFIDENTIAL

06/24/11 - Suffolk - Equipment Violation
04/24/11 - Suffolk - Turning movements and required signals, Equipment violation, Operation of vehicles when approaching a parked, stopped or standing authorized emergency wehicle or hazard vehicle.
01/23/11 - Suffolk - Uninspected MV
08/09/08 - Suffolk - Passed Red Light, Equipment Violation.
02/04/08 - Suffolk - Operation while license or privilege is suspended or revoked; aggravated unlicensed operation.
11/01/07 - Suffolk - Speeding 80 mph in 55 mph. Equipment Violation. $200.00 fine
08/19/07 - Suffolk - Fail to Signal, Equipment Violation
03/08/09 - Nassau - (2) Equipment violations. $150.00 fine paid.
06/18/07 - Suffolk - Required position and method of turning at intersections,
05/17/07 - Suffolk - Equipment violation
12/14/06 - Suffolk - Owner lability for failure of operator lo comply with traffic-control indications, Equipment violation.
07/30/06 - Suffolk - Equipment violation, License violation
04/28/06 - Suffolk - Equipment violation, License violation
04/02/06 - Suffolk - Speeding 95 mph in a 55 mph. $250.00 fine.
(2) License Suspensions -
Order issued 12/11/07 Speeding. 60 days. $25.00 fine paid.
Requirements met 01/09/08_
Order issued 07/16/11 Pending Prosecution - CT BAC. cleared on
12/18/13 requirements met.
(1) Auto Accident 05/07/3016. Property Damage. Suffolk
Denies Litigation (Accident Report)

| | |
|---|---|
| Arrests | Applicant was arrested on 07/09/11 by SCPD and charged with Operating MV Under the Influence Drug or Alcohol, a Misdemeanor, Operate Motor Vehicle with .08 of 1% Alcohol, a Misdemeanor, Refusal to take breath test, Failure to stay in single lane, Driving on sidewalks. Applicant appeared in District Court County of Suffolk and pled guilty to Operate Motor Vehicle with .08 of 1% Alcohol, a Misdemeanor. a $500.00 fine was paid, Conditional Discharge- 1 year, Drinking Driver referral, Ignition Interlock Device-1 year, and his license was revoked - 6 months. Statement, Certificate of Disposition, SCPD police report uploaded.<br><br>Applicant states he was arrested on 08/19/2017 in Ocean City, Maryland and charged with Assault. Applicant states he had a verbal argument with his girlfriend at a hotel and when police arrived he was placed in handcuffs. Applicant appeared in District Court of Maryland for Worcester County. The applicant supplied an Expungement Certificate of Compliance from District Court of Maryland for Worcester County. Statement and District Court Expungement Certificate uploaded. Police report pending |
| Illegal Drug | **Applicant states he used marijuana one time in February of 2006 at a party with a friend.**<br>Other than that time , applicant denies ever using, buying, or selling any illegal drugs. Applicant was investigated for the position of police officer in Nassau County in 2016. Applicant stated to this investigator on 04/19/2016 he never attempted to use any form of illegal drugs or controlled substances including marijuana and cocaine. Statements uploaded |
| Employment Termination | Applicant admits he was terminated from his position as a Service Manager at Walmart in January of 2013 for Gross Misconduct.<br>Applicant states he was unsuccessful when he attempted to be re hired. Statement uploaded |
| Civil Service Disqualification | **The applicant was disqualified for the position of Police Officer with the NYPD in 2018.**<br>The applicant was disqualified for Character Investigation.<br>**The applicant was disqualified for the position of Police Officer with the Nassau County Police Department in 2016.**<br>The applicant was discontinued PO 2000 after Phase 1 background investigation on 06/07/2016.<br>**The applicant was disqualified for the position of Correction Officer with the New York City Department of Correction in 2019.**<br>Further details to be discussed after COE.<br>**The applicant was disqualified for the position of Police Officer with the Suffolk County Police Department in 2016.**<br>Further details to be discussed after COE. |

CONFIDENTIAL

**The applicant was disqualified for the position of Correction Officer with the New York City Department of Correction in 2016.**
The applicant was disqualified for Character background.

| | |
|---|---|
| Appearance Tickets | Applicant was issued an Appearance ticket 02/04/2008 by SCPD and charged with Aggravated Unlicensed Operation 3rd Degree. Applicant appeared in District Court County of Suffolk and pled guilty to operating MV by unlicensed driver and paid $150.00. |

Applicant was issued an Appearance Ticket on 07/20/2012 by NYPD for Consumption of Alcohol on street, a violation. Applicant appeared in Criminal Court of the City of New York County of Queens on 09/21/12 and pled guilty to charge. Applicant paid a
$25.00 fine.

Applicant was issued an Appearance Ticket on 02/23/14 by ACPD for Improper Behavior / Disorderly Conduct while he was at the Tropicana Casino in Atlantic City, NJ. Applicant states that while in a casino club his friend got into an altercation which he went to break up. Applicant states as a result, he was issued an appearance ticket. Applicant appeared in Atlantic City Municipal Court on 07/21/14 and pled not guilty. The charge was dismissed and warrant recalled. Statements and Certificate of Dispositions uploaded.

School Suspension

Applicant was suspended from Brentwood High School for (5) days in January 2005 for endangerment and insubordination. Applicant states his friend got into an altercation with another student and he attempted to break it up. An inquiry made lo Brentwood High School revealed applicant participated in a physical altercation that was planned. Statement and Brentwood HS record uploaded

Test Summary Questions

Applicant disagreed with the statement " I get more traffic tickets than most people" when records indicate applicant was issued (32) tickets.

Applicant disagreed with the statement " 1 have gotten into trouble more than once because of my behavior" when records indicate applicant was arrested (2) times, issued (3) Appearance Tickets, issued (32) tickets, (3) license suspensions, and was suspended from school.

Date of Report: 10/24/2023

Name: ███████████

S.S. No. ██████████

Nee:

**Position: Police Officer**

D.O.B.: ██████████

Age: ██

Address:

Telephone No. ███████████

List No.: PO-2018

Updated Redaction for PII/PPI or Confidential Info

Wyandanch, NY 11703

Test Date: 01/16/2018

Investigator: Manuel Dias

Score: 83.388

1. ILLEGAL DRUG USE:    ☐ Yes (Details below)      ☑ None Admitted

2. ARREST RECORD:    ☐ Yes    ☑ No   Number of Arrests: 0

3. VALID DRIVERS LICENSE:    ☑ Yes    ☐ No   Number of Tickets: 26   2017, 2014, 2010, 2009, 2008

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: 3   2008

     Tickets Pending    ☐ Yes    ☑ No   Number: 0

4. AUTO ACCIDENTS:    Number: 3   2021, 2012, 2009      Resulting Litigation    ☐ Yes    ☑ No

5. MEETS REQUIREMENTS:    Education   ☑ Yes    ☐ No   LIU Post 120 Credits

     Residency   ☑ Yes    ☐ No   North Babylon, NY

6. DELINQUENT DEBT:    ☑ Yes    ☐ No

7. PISTOL PERMIT:    ☐ Yes    ☑ No

8. MILITARY SERVICE    Prior Military Service    ☐ Yes    ☑ No

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

9. PRESENT EMPLOYER:    New York City Police Department -114th Pct

34-16 Astoria Blvd S,

Queens, NY 11103

Since: July 2022

Occupation    Police Officer

Prior Employer Terminations    ☐ Yes    ☑ No

10. RECORD CHECK:    Warrants    ☐ Positive    ☑ Negative

     Fingerprints    ☐ Positive    ☑ Negative    ☐ Pending

11. POLICE REGISTRY CHECKS:    Federal NDI    ☐ Positive    ☑ Negative    ☐ N/A

     NYS DCJS    ☐ Positive    ☑ Negative    ☐ N/A

EMPLOYMENT

07/2022-Present-New York City Police Department-114th Pct-Nothing Derogatory
34-16 Astoria Blvd, Queens, NY 11103
Police Officer- Full time

06/2017-07/2022-New York City Department of Corrections
11-11 Hazen Street, East Elmhurst, NY 11370
Correction Officer-Ful Time

01/2015-06/2017-South Oaks Hospital
400 Sunrise Hwy, Amityville, NY 11701
Attendant - Part Time

11/2014-04/2015 -The Melting Pot
2377 Broadhollow Road, Farmingdale NY 11735
Server- Part Time

CONFIDENTIAL

|  |  |
|---|---|
|  | 11/2007-11/2014-Ruby Tuesday's<br>403 Commack Road, Derr Park, NY 11729<br>Server- Part -Time |
| CCRB COMPLAINTS | Applicant does not have any CCRB complaints. |
| DRIVING HISTORY | MOVING VIOLATIONS |

**Applicant has received 26 moving violations.**

1. 02/17/2017 uninspected motor vehicle Brookville, NY, Pled Guilty, fine$77
2. 01/22/2017 Visibility distorted Suffolk County, NY, Dismissed
3. 09/18/2014 Riding motorcycle between lanes, Nassau County, NY, Pled Guilty $ 200
4. 09/18/2014 Obstructed rear plate, Nassau County, NY, Pled Guilty, Dismissed
5. 12/22/2010 Inadequate exhaust, Suffolk County, NY, unknown
6. 11/21/2009 Unauthorized Lights, Nassau County, NY, fine -unknown
7. 11/21/2009 Unauthorized Lights, Nassau County, NY, fine -unknown
8. 11/18/2009 Disobey traffic control device, Suffolk County, NY, Pled guilty, fine $ 75, Points: 02
9. 10/07/2009 Obstructed View, Suffolk County, NY, Fine unknown
10. 10/07/2009 Defective brake lights, Suffolk County, NY, Fine unknown
11. 10/07/2009 Defective headlights, Suffolk County, NY, Dismissed
12. 10/07/2009 Speed in Zone Suffolk County, NY, Fine unknown
13. 10/07/2009 Loud Muffler, Suffolk County, NY, dismissed
14. 09/26/2009 Defective brake lights, Suffolk County, NY, Dismissed
15. 08/15/2009 Driving likely to injure a person, East Brunswick, NJ, Pled Guilty $85
16. 07/23/2009 NO Stopping, Suffolk County, NY, Dismissed
17. 05/22/2009 Defective taillights, Suffolk County, NY Fine unknown
18. 05/22/2009 Defective Brake lights, Suffolk County, NY, Dismissed
19. 02/21/2009 uninsured vehicle, Suffolk County, NY, Dismissed
20. 01/25/2009 Expired Inspection, Suffolk County, NY, Dismissed
21. 01/25/2009 Defective tail lights, Suffolk County, NY, Dismissed
22. 06/26/2008 Defective tires, Suffolk County, NY, Fine unknown
23. 06/26/2008 NO wipers in rain Suffolk County, NY, Fine unknown
24. 06/26/2008 Obstructed View, Suffolk County, NY Fine unknown
25. 05/31/2008 Speeding, Nassau County, NY, Dismissed
26. 05/31/2008 Failure to yield right of way to emergency vehicle, Nassau County, NY, Pled Guilty, paid fine $ 250, Points: 03

PARKING TICKET: 09/15/2023
Applicant failed to disclose to his investigator that he had received 1 parking ticket on 09/15/2023 for "NO Parking" in Queens, NY. Applicant stated he would make payment. - See Statement

SUSPENSIONS:
The applicant has had his driver's license suspended for failure to answer a summons in Suffolk County, NY when he was issued 3 traffic tickets on 06/26/2008. The applicant's license was suspended on 09/02/2008 and was cleared on 09/16/2008 when all scofflaws were paid. Applicant stated during the 2014 investigation he did not have sufficient funds to pay the initial summonses.

|  |  |
|---|---|
| AUTO ACCIDENTS | Applicant has been involved in 1 auto accident within the last 5 years. |

1. 02/06/2021 Not faulted, Report taken, No injuries, No citations, No litigation.

|  |  |
|---|---|
| ILLEGAL DRUGS | Applicant denies ever using, buying, or selling any illegal drugs. (Statement enclosed) |
| DISCIPLINARY- NYC<br>DEPARTMENT OF<br>CORRECTIONS | Applicant while employed by the NYC dept of Corrections as a correction officer from 06/2017-07/2022. Applicant stated on 02/03/2021 he was issued a command discipline for improper procedure during a use of force incident. The original charge was reduced to a verbal reprimand. - ( See Statement) |

APPEARANCE TICKETS

Applicant was issued an appearance ticket for an open container of alcohol on 06/19/2010 in NYC, Applicant states he was not in NYC at that time. During the course of applicant's 2014 NYPD, police officer background he was made aware of a warrant for his arrest. Applicant appeared in New York City Criminal court on 03/18/2014 to explain he was not present in NYC at the time of the summons, and denied being issued a summons. The case was dismissed. (See certificate of disposition)

DOMESTIC INCIDENT

Applicant states has been the victim in 3 domestic incidents between 2017-2018 with his child's mother. ( See Statement)

CIVIL SERVICE
DISQUALIFICATION

Applicant was investigated and placed on hold for the position of police officer by the NYC Police Department in 2014 and again in 2018 based on his driving record and background
Applicant was investigated in 2014 by the Nassau County Police Department for the position of police officer. Applicant was disqualified for his driving history as well as his summary of test answers. ( See Statement)

DELINQUENT DEBT

Applicant admits he does have a delinquent loan with Municipal Credit Union (MCU). The original loan amount was $6,000, applicant has an outstanding debt of $ 3,200 which he has not made any payments to since November of 2022. Applicant states his intention is to begin making payments and pay off the loan. (See Statement)

Applicant admits he did have delinquent debts between 2017-2021 in unpaid tolls in the amount of approximately $ 3,500 dollars. Applicant owed the MTA Bridges & Tunnels $ 3,305.64, the Port Authority of NY/NJ $ 166.69 and the NYS Thruway Authority $ 67.00. Applicant stated he would pay off the outstanding debts. (See Statement)

On 10/13/2023 Applicant did provide his investigator unofficial correspondence stating his delinquent debts have been satisfied, Investigator is unable to verify this information.

Applicant states in 2016 he did have a delinquent credit card debt with Credit One Bank for approximately $500 dollars. Applicant states he did satisfy the debt at a later date.

Applicant admits while riding the LIRR railroad on 04/29/2014 he was unable to pay proper fare from Penn Station to Wyandanch. The applicant was issued a non-payment Invoice # ▮▮▮▮ for a total of $ 21.00 by the conductor. The following information was discovered during the 2014 applicant investigation. Applicant appeared at the Ronkonkoma LIRR station 0n 08/04/2014 to pay the debt. Applicant paid $ 17 of the $ 21 fine owed. At this time appplicant investigator unable to verify if the applicant has an outstanding balance of $ 4 dollars.

SUMMARY TEST
QUESTIONS

The applicant admits he answered "disagree" to the following question: "I have been in trouble with the law". The applicant has been issued 26 moving violations as well as an appearance ticket. (See statement)

Date of Report: 09/19/2023

Name: ███████        S.S. No.: ███████

Nee:        **Position: Police Officer**

D.O.B.: ███████        Age: ██

Address:      Telephone No.: ███████      List No.: PO#2018

Redacted for PII/PPI or Confidential Info

South Richmond Hill, NY 11419      Test Date: 01/16/2018

Investigator: Vanessa Reteguiz      Score: 83.726

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below) | ☑ None Admitted |
| 2. ARREST RECORD: | ☑ Yes     ☐ No    Number of Arrests: 1 | |
| 3. VALID DRIVERS LICENSE: | ☑ Yes     ☐ No    Number of Tickets: 2   2020,2019 | |

Prior Suspension Orders    ☐ Yes    ☑ No   Number:

Tickets Pending    ☐ Yes    ☑ No   Number:

**4. AUTO ACCIDENTS:** Number: 2   2019,2018        Resulting Litigation   ☑ Yes   ☐ No

**5. MEETS REQUIREMENTS:**
Education   ☑ Yes    ☐ No   Brooklyn College 186.50 Credits

Residency   ☑ Yes    ☐ No   South Richmond Hill, NY

**6. DELINQUENT DEBT:**   ☐ Yes   ☑ No

**7. PISTOL PERMIT:**   ☐ Yes   ☑ No

**8. MILITARY SERVICE**
Prior Military Service   ☑ Yes    ☐ No   US Army

Current Military Obligation   ☐ Yes (Details below)    ☑ No

**9. PRESENT EMPLOYER:**
TSA-Home Land Security
Charlottsville Airport
]100 Bowen Loop #200
Charlottesville, VA 22911
Occupation    TSA Agent

Prior Employer Terminations    ☐ Yes    ☑ No

**10. RECORD CHECK:**
Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☑ Positive   ☐ Negative   ☐ Pending    Arrest in Germany while is US Army

**11. POLICE REGISTRY CHECKS:**
Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

**EMPLOYMENT**
| | | |
|---|---|---|
| 07/2023-Present | TSA Charlottsville, VA | Full Time |
| 01/2023-07/2023 | Planet Fitness | Part-Time |
| 11/2022-12/2022 | Unemployed | |
| 05/2022-10/2022 | Frying Pan | Part-Time |
| 08/2021-04/2022 | YMCA | Part-Time |
| 02/2019-04/2022 | Student | Full-Time |
| 06/2018-02/2019 | Security Inc | Part-Time |
| 01/2018-06/2018 | Unemployed | |

**DRIVING HISTORY/AUTO ACCIDENTS**

**The applicant has received 2 moving violations, nothing is pending or outstanding.**
01/11/2020   Failed to stop at stop sign, Queens, NY   Fine/Points
03/11/2019   No Seatbelt, Queens, NY   Fine

The applicant has been involved in two auto accidents with in the last five years.
06/13/2019 Queens, NY faulted no lawsuit
03/07/2018 Queens, NY not faulted, lawsuit for details to be discussed in phase two. The applicant states the lawsuit is still ongoing. Bill of particulars pending.

| | |
|---|---|
| ARREST/DISCIPLINARY ACTIONS | 08/2015 While serving in the US Army as an MP the applicant was arrested in St. Martin Strasse, Garmisch Germany for Driving under the influence, Traffic accident resulting in damage to private property and Fleeing the scene of the accident. German police notified the Sgt at the barracks that there had been an auto accident with property damage. The Sgt administered SFST and found the applicant did not show signs of impairment. She was then released back to the German Police where blood was drawn, and she was processed for the damage and leaving the scene of the accident. The applicant was sent to ASAP-"Alcohol substance Abuse Program. No rank was taken from her.<br><br>01/2017 While serving in the US Army as an MP the applicant violated the alcohol consumption policy. She returned from visiting off post establishments to which she had been consuming alcohol. She had been removed from two different establishments. Upon her return to the barracks, she became belligerent. She began to throw furniture and punched an emergency phone off a wall, as well as flipping tables and chairs in the dining area. She was being subdued by a Sgt who was attempting to bring her back to her room, but she then got into an altercation with another person. She slapped his cell phone out of his hand while he was using it, shattering the screen. She was placed in a holding cell for 8 hours until her blood alcohol limit was back down to the legal limit.<br><br>Other than these incidents the applicant was considered a favorable officer. Due to the fact that she had two incidents involving alcohol the Military decided to terminate her contract early. The final separation was deemed. "General-under honorable conditions". She is appealing the decision. |
| CIVIL SERVICE DISQUALIFICATIONS | 2020 NYPD-The applicant was disqualified during the background process for Police Officer.<br>2021 Customs/Border Patrol-The applicant was disqualified for reasons to be discussed in phase 2.<br>2018 Pennsylvania State Police-The applicant was disqualified for reasons to be discussed in phase 2. |

Date of Report: 01/04/2022

Name: [REDACTED]      S.S. No.: [REDACTED]

Nee:      <mark>Position: Police Officer</mark>

D.O.B.: [REDACTED]      Age: [REDACTED]

Address:      Telephone No.: [REDACTED]      List No.: 2018

Redacted for PII/PPI or Confidential Info

Yaphank, NY 11980      Test Date: 01/16/2018

Investigator: Brian Delaney      Score: 86.106

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)    ☐ None Admitted

<mark>**2. ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 2</mark>

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: <u>34</u>   1999 - 2016

Prior Suspension Orders   ☑ Yes    ☐ No   Number: <u>28</u>   2002 - 2012

Tickets Pending   ☐ Yes    ☑ No   Number: <u>0</u>

**4. AUTO ACCIDENTS:** Number: <u>1</u>   2010       Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes    ☐ No   <u>59 - Suffolk Community College</u>

Residency ☑ Yes    ☐ No

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE**   Prior Military Service   ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

NCI Gym Pads                          Prior Employer

150 Skidmore Road                     Terminations

**9. PRESENT EMPLOYER:** <u>Deer Park, NY 11729</u>       ☐ Yes   ☑ No

<u>since 09/2021</u>

Occupation   <u>Gym pad installer</u>

**10. RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS   ☐ Positive   ☑ Negative   ☐ N/A

**EMPLOYMENT HISTORY**
09/2021 - Present: NCI Gym Pads- Deer Park, NY as a gym pad installer.
06/2020- 09/2021: Unemployed due to covid pandemic.
10/2017 - 06/2020: American Protection- Northport, NY as a Security Guard.
05/2016 - 08/2019: Prime American Kitchen- Huntington, NY as a Bartender.

**DRIVING HISTORY**
**Applicant has received 34 moving violations.**
05/31/2016 - **Aggravated Unlicensed Operation** - Suffolk - $200 fine
05/31/2016 - Unlicensed Operation - Suffolk - Dismissed
04/07/2012 - **Speeding 78/55** - Suffolk - $300 fine, 6 points
04/07/2012 - Operating Without a License - Suffolk - $40 fine
11/30/2009 - Tinted Windows Rear Side - Syosset - Dismissed
11/30/2009 - Tinted Windows Side - Syosset - Dismissed
03/23/2009 - Operating Without a License - Suffolk - $75 fine
05/30/2008 - **Speeding 75/55** - Suffolk - $90 fine, 4 points
01/03/2007 - Drove Across No Passing Markings - Suffolk - $40 fine, 3 points
09/21/2005 - Driving on Shoulder - Suffolk - Unknown

12/07/2004 - Disobeyed Traffic Device Manhattan - $60 fine, 2 points
04/21/2003 - Following too Closely Suffolk - Unknown
04/21/2003 - **Aggravated Unlicensed Operation** - Suffolk - $200 fine
03/16/2003 - **Aggravated Unlicensed Operation** - Suffolk - $200 fine
02/27/2003 - Muffler Noise - Suffolk, Village of Islandia - Unknown
02/27/2003 - **Aggravated Unlicensed Operation** - Suffolk, Village of Islandia - $200 fine
02/27/2003 - **Speeding** - Suffolk, Village of Islandia - Unknown
01/17/2003 - **Aggravated Unlicensed Operation** - Suffolk - $200 fine
01/17/2003 - No License Plate Suffolk - Unknown
01/12/2003 - **Aggravated Unlicensed Operation** - Suffolk - $200 fine
01/12/2003 - Muffler Noise - Suffolk - Unknown
12/28/2002 -No Headlights Suffolk - Unknown
12/19/2002 - **Aggravated Unlicensed Operation** - Suffolk - Unknown
12/19/2002 - Failed to Stop for Stop Sign Suffolk - Unknown
07/21/2002 - Unregistered Vehicle Suffolk - Unknown
07/21/2002 - Illegal Passing Suffolk - Unknown
07/21/2002 - **RECKLESS DRIVING** - Suffolk - Unknown
06/12/2002 - **Speeding 77/35 Suffolk** - $400 fine, 11 points
06/08/2002 - **Speeding 70/40** Suffolk - $90 fine, 6 points
06/08/2002 - Driving Left of Pavement Marking Suffolk - $100 fine, 3 points
04/13/2002 - No Seat Belt Suffolk - $40 fine
04/13/2002 - Improper Turn Suffolk - $40 fine, 2 points
02/28/2002 - **Aggravated Unlicensed Operation** - Suffolk - Unknown
09/28/1998 - No Seat Belt - Nassau - $25 fine

| | |
|---|---|
| LICENSE SUSPENSIONS/REVOCATIONS | **Applicant's driver license has been suspended 27 times and revoked 1 time.**<br>11/06/2012 Suspended - Failure to pay driver responsibility assessment<br>09/19/2012 Revoked - **Traffic Offense occurring during conditional/restricted license program**<br>08/21/2012 Suspended - Failure to pay fine<br>08/21/2012 Suspended - Failure to pay fine<br>06/16/2012 Suspended - Failure to answer a summons<br>06/16/2012 Suspended - Failure to answer a summons<br>08/31/2011 Suspended - Failure to answer a summons<br>02/15/2011 Suspended - Failure to pay fine<br>02/15/2011 Suspended - Failure to pay fine<br>02/04/2011 Suspended - Failure to pay driver responsibility assessment<br>05/13/2009 Suspended - **Failure to pay child support**<br>02/04/2009 Suspended - Failure to pay driver responsibility assessment<br>02/01/2008 Suspended - **Failure to pay child support**<br>03/17/2005 Suspended - Failure to pay fine<br>02/12/2005 Suspended - Failure to answer a summons<br>07/20/2003 Suspended - Failure to answer a summons<br>01/02/2003 Suspended - **Persistent violator**<br>12/24/2002 Suspended - Failure to pay fine<br>12/20/2002 Suspended - Failure to answer a summons<br>11/25/2002 Suspended - Failure to pay fine<br>11/25/2002 Suspended - Failure to pay fine<br>11/21/2002 Suspended - Failure to answer a summons<br>10/23/2002 Suspended - Failure to answer a summons<br>10/23/2002 Suspended - Failure to answer a summons<br>08/14/2002 Suspended - Failure to answer a summons<br>08/14/2002 Suspended - Failure to answer a summons<br>06/19/2002 Suspended - Failure to answer a summons<br>06/19/2002 Suspended - Failure to answer a summons |
| ARREST | **Applicant was arrested on 04/18/2005 by the Suffolk County Police Dept. on a bench warrant from the Village of Islandia for 511.22a VTL.**<br>Applicant was advised during his interview that he needed to produce a certificate of disposition regarding this arrest. Applicant was contacted via telephone several days later. He was asked if any |

progress was made in obtaining the certificate, to which he stated he was working on it at that moment. The Applicant has not made not contact with this office since that conversation. See statement.

| | |
|---|---|
| ARREST | **Applicant pled guilty to assault, conviction was vacated and Applicant was adjudicated a Youthful Offender.**<br>Applicant was arrested on 05/30/01 by SCPD and charged with assault. Police report states that while at high school the Applicant recklessly threw a chair that caused physical injury to another about the head and shoulder to a female victim. See statement. |
| ILLEGAL DRUG USE | **Applicant admits to using marijuana one time in 2001.**<br>Other than this 1 time, the Applicant denies ever using, buying or selling any illegal drug. See statement. |
| DELINQUENT DEBT | Applicant states he was contacted by collection agencies in approximately 2005 in regards to 3 unpaid credit card debts. The Applicant states the debts totaled approximately $3500 and he made arrangements to satisfy the debts by paying $2000. Applicant states all debts have been satisfied. See statement. |
| LITIGATION | Applicant states he initiated litigation in 2006 and in 2018 for reason to be discussed upon COE. |
| SUMMARY OF TEST QUESTIONS | Applicant indicated on his Summary of Test Questions that he achieved a GPA in college of 3.00 to 3.49. The sealed, original college transcript the Applicant supplied shows a GPA of 1.7<br>To the question "I get more traffic tickets than most people" the Applicant answered "Disagree". He should have agreed since he has received at least 34 traffic tickets.<br>To the question "I have gotten into trouble more than once because of my behavior" the Applicant answered "Disagree". He should have agreed since he has been arrested twice.<br>To the question "I have been in trouble with the law" the Applicant answered "Disagree". He should have agreed since he has been arrested twice.<br>To the question "I have been suspended or expelled from school" the Applicant answered "Disagree". He should have answered agree because he indicated he was suspended from school in his Application Packet due to his arrest at High School. |
| CIVIL SERVICE DISQUALIFICATION | Applicant states that in 2008 he was disqualified from the Suffolk County Correction Officer process after he failed to complete the required number of sit-ups. See statement. |
| INTERVIEW | During this process the Applicant has displayed a lack of honesty. He failed to disclose any of the 34 tickets he has received in the Application Packet. He was dishonest answering the questions regarding the Summary of Test Questions. When asked how many times he was arrested the Applicant admitted to the Assault arrest and denied any other arrest. He wrote a statement stating such. When asked why he didn't admit to his other arrest on a bench warrant for 511.22a he stated **he didn't know** he was under arrest. The arrest occurred during an investigation into a stolen car. The police report states he was processed and lodged at the SCPD 7th Precinct stationhouse. I find it hard, if not impossible, to believe that he would be unaware he was under arrest.<br>In regards to his failure to answer fines, pay fines and pay child support, the Applicant gave inconsistent and unpractical answers as to why he didn't fulfill his responsibilities. This will be further discussed after a COE. Throughout the entire interview the Applicant appeared to give answers that were incomplete and not entirely truthful. |

CONFIDENTIAL          NASSAU-00009842

Date of Report: 05/13/2020

| Name: ███████ | S.S. No.: ███████ |
|---|---|
| Nee: | **Position: Police Officer** |
| D.O.B.: ███ | Age: ██ |
| Address:    Telephone No.: ███████ | List No.: PO 2018 |

Redacted for PII/PPI or Confidential Info

Freeport, NY 11520-5325      Test Date: 01/16/2018

Investigator: Damian Finucane      Score: 71.651

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)    ☐ None Admitted

**2. ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 1

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 3   01/2015, 11/2018, 05/2019

Prior Suspension Orders   ☑ Yes   ☐ No   Number: 1   2015

Tickets Pending   ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 0     Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   Bachelor of Science S.U.N.Y. Farmingdale

Residency ☑ Yes   ☐ No

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service ☐ Yes   ☑ No

Current Military Obligation ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Champions Autobody / 90 New York Avenue / Westbury NY 11590    Prior Employer Terminations ☐ Yes   ☑ No

Occupation   Secretary

**10. RECORD CHECK:** Warrants ☐ Positive   ☑ Negative

Fingerprints ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI ☐ Positive   ☐ Negative   ☐ N/A

NYS DCJS ☐ Positive   ☐ Negative   ☐ N/A

**Employment History**
05/04/2020 - Present   Secretary for Champions Autobody
04/2019 - 05/04/2020   Unemployed
01/2018 - 04/2019   Associate at Instaprin Pharmacy 2116 Merrick Avenue Merrick NY
02/2016 - 01/2018   Associate at Foot Locker 1065 Sunrise Highway Massapequa NY
10/2015 - 02/2016   Associate at Journey Kids 1 Sunrise Highway Massapequa NY

**Driving History**
(1) Ticket for Failure to Stop at a Stop Sign in Freeport on 01/10/2015, plead guilty and paid a $150 fine with 3 points on her license.
(1) Ticket for Failure to Stop at a Stop Sign in Nassau County on 11/16/2018, plead guilty and paid a fine.
(1) Ticket for Disobey Traffic Device in Nassau on 07/17/2019, plead guilty and paid a $150 fine and 2 points on her license.

**Illegal Drugs**
Applicant states that she smoked marijuana 4 times from 06/2015 to February 2017.

**Arrest Record**
Applicant states that she was arrested on September 27, 2016 for Grand Larceny 4th degree. Applicant states that a friend asked her to do him a favor and deposit a check for $2,355.96 in his girlfriends bank account. Applicant deposited the check and received a receipt. Applicant gave the receipt to the friend. Applicant was arrested a few months later and **charged with Possession of Forged Instrument 2nd**

**(Felony), Petit Larceny (Misdemeanor) and Possession of forged Instrument 3rd (Misdemeanor)** . Applicant states that she did not know the check was forged. **Applicant plead guilty to Disorderly Conduct (Violation - Sealed) and received 100 hours of Community Service.**

| | |
|---|---|
| Suspended Drivers License | Applicant states that her Drivers License was suspended on 03/31/2015 after receiving a Junior Driver Violation for the Failure to Stop at Stop Sign Ticket on 01/10/2015. The suspension was cleared on 06/01/2015. |

CONFIDENTIAL        NASSAU-00009848

Date of Report: 05/03/2022

Name: ███████

Nee:

D.O.B.: ███████

Address:      Telephone No.: ███████

S.S. No.: ███████

Position: Police Officer

Age: █

List No.: 2018

Redacted for PII/PPI or Confidential Info

New York, NY 10040

Investigator: Rachel Miller

Test Date: 01/16/2018

Score: 85.761

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)     ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes   ☐ No   Number of Tickets: 0

Prior Suspension Orders    ☐ Yes   ☑ No   Number:

Tickets Pending     ☑ Yes   ☐ No   Number: 6

**4. AUTO ACCIDENTS:** Number: 3   2022, 2020, 2020     Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**

Education ☑ Yes   ☐ No   John Jay College - BA Degree, 120 Credits

Residency ☑ Yes   ☐ No   New York, NY

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE**

Prior Military Service    ☐ Yes   ☑ No

Current Military Obligation   ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:**
Internal Revenue Service
290 Broadway
New York, NY 10007

Prior Employer Terminations   ☐ Yes   ☑ No

Employed since 10/2021.

Occupation    PAS Compliance Officer

**10. RECORD CHECK:**

Warrants    ☐ Positive   ☑ Negative

Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:**

Federal NDI    ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS    ☐ Positive   ☑ Negative   ☐ N/A

**EMPLOYMENT HISTORY**

10/2021 - Present: IRS, 290 Broadway, New York, NY.
05/2021 - 10/2021: SCO Family of Services, Queens, NY.
03/2020 - 05/2021: Unemployed.
01/2020 - 03/2020: UBER, Bronx, NY.
09/2019 - 12/2019: New York State Police, Albany, NY. Applicant resigned due to academic difficulties in the trooper academy.
09/2016 - 09/2019: Country-Wide Insurance, New York, NY.

**DRIVING HISTORY**

**The applicant has had 3 auto accidents and has 6 open NYC parking tickets.**
Accidents: Auto Accidents (3)
01/04/2022 New York Faulted NYPD   Denies injury and litigation. Report provided. (Applicant indicated that she was being followed by an unknown angry female driver after she pulled out of a parking lot. Applicant states she became frightened and abruptly made a right turn and struck a pole. The other vehicle left scene with no contact).

10/18/2020 New York Faulted  No MV-104  Denies injury and litigation.  No report filed.  Minor rear-end accident.
07/15/2020 New York Denies fault NYPD    Denies injury and litigation.  No report provided. Rear ended by another vehicle.

NYC Parking Tickets:  Currently, applicant has (6) unpaid parking tickets over a year old within the confines of NYC.  Applicant presently owes $485.00.

| | | |
|---|---|---|
| 05/18/2021 | New York | Double Parking  $115 |
| 06/11/2021 | New York | No Parking - Day Time/Limit  $60 |
| 07/05/2021 | New York | Double Parking  $115 |
| 10/23/2021 | New York | No Parking - Street Cleaning  $65 |
| 12/01/2021 | New York | Registration Sticker Expired/Missing  $65 |
| 12/01/2021 | New York | Insp. Sticker Expired  $65 |

General Reputation Statement provided.  NYC Serve Website check provided.

**EMPLOYMENT RESIGNATION**

**Applicant entered the New York State Police in 09/2019.  Applicant had academic difficulties and resigned from the trooper academy in 12/2020.**
NYSP Response and Resignation Statement provided.

**DELINQUENT DEBT**

**In 2020, applicant had a Capital One credit card payment overdue 120 days.  Applicant states this debt was resolved and the card is listed as current on applicant's financial report.**

**SUMMARY OF TEST RESULTS**

**Applicant reviewed her initial answers on the Summary of Test Results and changed 3 previous answers to reflect the truth:**
Applicant changed her GPA in college from 3.49 to 2.60.
Applicant changed "I have not had a part-time job" to "I have had a part-time job."
Applicant changed "I was never absent from work or school" to "I was absent approximately 2 times."
Summary of Test Results Statement provided.

**BACKGROUND INVESTIGATION DELAY**

**Applicant submitted required documents for her investigation in an untimely manner.  After requesting information from applicant she stated she "had a lot going on ", her "computer was broken", and she was unable to have her forms "notarized because she was at work."**
A Memo for More Time was submitted in order to complete this investigation without further delays.

Date of Report: 01/10/2020

Name: █████████

S.S. No.: ████████

Nee:

==Position: Police Officer==

D.O.B.: ████████

Age: ███

Address:     Telephone No.: ████████

Redacted for PII/PPI or Confidential Info

List No.: 2018

Freeport, NY 11520

Test Date: 01/16/2018

Investigator: Tricia Tortoso

Score: 79.653

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)    ☐ None Admitted
2. **ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: 0
3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 3   2015, 2020

     Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0
     Tickets Pending    ☑ Yes   ☐ No   Number: 1

4. **AUTO ACCIDENTS:**   Number: 1   2012      Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:**   Education ☑ Yes   ☐ No   Nassau Community College

     Residency ☑ Yes   ☐ No   Village of Freeport

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No
7. **PISTOL PERMIT:** ☐ Yes   ☑ No
8. **MILITARY SERVICE**   Prior Military Service    ☐ Yes   ☑ No

     Current Military Obligation    ☐ Yes (Details below)   ☑ No

9. **PRESENT EMPLOYER:** ████████      Prior Employer Terminations ☐ Yes   ☑ No

     Since 01/2016
     Occupation   Owner/Daycare Provider

10. **RECORD CHECK:**   Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:**   Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**Employment History**

01/2016 - Present ████████ Inc., Freeport, NY as owner and daycare provider
10/2015 01/2016 ADP Total Source Co., Melville, NY as Call Center Service Agent - inquiry pending
09/2015 - 09/2016 Forever 21, Massapequa Park, NY as Sales Associate - inquiry pending
09/2011 - 12/2011 Best Buy, Baldwin as Sales Associate - inquiry pending

**Driving History**

2015, Nassau, Uninsured Motor Vehicle - corrected
2015, Nassau, Equipment Violation - corrected

**Drug History**

Applicant admits to using marijuana 2 times while in high school (2011). Other then these 2 times the applicant denies ever using, buying or selling any illegal drugs.

**High School Suspension**

Applicant admits that she was suspended on 3 separate occasions while in high school for fighting. Applicant believes all 3 time she was suspended for approximately 5 days.

**Summary of Test Results**

Applicant did answer that she "disagreed" with the question "I was suspended or expelled from school". Applicant was in fact suspended 3 times while in high school for fighting.

Speeding Ticket        Applicant did receive a speeding ticket (64 mph in a 30 mph zone) on 01/11/2020 while driving home from Queens. Applicant did receive this ticket after our initial meeting. Applicant does plan on fighting the ticket and has a pending court date.

CONFIDENTIAL       NASSAU-00009873

Date of Report: 06/07/2019

Name: ███████████

S.S. No.: ███████████

Nee:

Position: Police Officer

D.O.B.: ███████████

Age: ███

Address:      Telephone No.: ███████████

List No.: 2018

Redacted for PII/PPI or Confidential Info

Hempstead, NY 11550

Test Date: 01/16/2019

Investigator: Dena Scicutella

Score: 94.623

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)      ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 3   2015-2018

     Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0

     Tickets Pending    ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 1   2014      Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   HS Diploma & NCC 69 Credits

     Residency ☑ Yes   ☐ No   HS Diploma & 2016-2018 W2 Federal & State Returns

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service    ☐ Yes   ☑ No

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

**9. PRESENT EMPLOYER:** Nassau County Aquatic Center

Merrick Ave., East Meadow NY. 11554

Prior Employer Terminations   ☐ Yes   ☑ No

     Occupation    Lifeguard since 07/2013.

**10. RECORD CHECK:** Warrants    ☐ Positive   ☑ Negative

     Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI    ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS    ☐ Positive   ☐ Negative   ☐ N/A

**Employment History (Last 5 years)**
\*Nassau County Aquatic Center from 07/2013-Present as a Lifeguard.
\*Oviation Event Planning from 06/2018-08/2018 as a Photo Booth Attendant.
\*Freeport Recreation Center from 10/13-11/18 as a Life Guard.

**Driving History (Last 5 years)**
1) 07/04/18- East Hanover PA- Speeding- Fine Paid
2) 04/15/16- Nassau NY- Passed Red Light- Fine Paid
3) 02/14/15- Nassau NY- Passed Red Light- Fine Paid

**Appearance Ticket**
Applicant received an appearance ticket on 06/06/14 in Brooklyn NY, by the NYC police department after jumping a turnstile without paying the fare. He has provided a Certificate of Disposition stating that the fine was satisfied by making a payment over the phone. (See Statement & C.O.D.)

**Summary of Test**
Applicant answered disagree to the test question "I have never been in trouble with the law".

CONFIDENTIAL             NASSAU-00009876

Question

Applicant agrees the answer should be "Agree" due to the fact he received an appearance ticket. Applicant did not think while answering the question that a one time offense such as an appearance ticket would be considered being in trouble with the law.
(See Statement/Summary of Test Results)

Disqualification Civil Service Exam

Applicant states that he took the NYCC officer Exam in 03/2018, was investigated and was called for the position by mail in 06/2018 but his mother hid his mail notification. She did not want him to take the position. He did not find out that he was called until November 2018 but it was too late he was already deemed disqualified. (See Statement)

CONFIDENTIAL            NASSAU-00009877

Date of Report: 01/16/2020

Name: ███████████

S.S. No.: ███████████

Nee:

**Position: Police Officer**

D.O.B.: ███████████

Age: ██

Address:

Telephone No.: ███████████

List No.: PO2018

Updated Redacted for PII/PPI or Confidential Info

Test Date: 01/16/2018

Lindenhurst , NY 11757

Investigator: M Teague

Score: 90.89

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below) | ☑ None Admitted |
| 2. ARREST RECORD: | ☐ Yes  ☑ No  Number of Arrests: 0 | |
| 3. VALID DRIVERS LICENSE: | ☑ Yes  ☐ No  Number of Tickets: 10  2015,2016 | |

Prior Suspension Orders  ☑ Yes  ☐ No  Number: 1  2016

Tickets Pending  ☐ Yes  ☑ No  Number: 0

4. AUTO ACCIDENTS: Number: 2  2014,2018  Resulting Litigation  ☐ Yes  ☑ No

5. MEETS REQUIREMENTS:

Education  ☑ Yes  ☐ No  Suffolk College- showing 69 credits earned

Residency  ☑ Yes  ☐ No  Taxes, Neighborhood

6. DELINQUENT DEBT:  ☐ Yes  ☑ No

7. PISTOL PERMIT:  ☐ Yes  ☑ No

8. MILITARY SERVICE

Prior Military Service  ☐ Yes  ☑ No

Current Military Obligation  ☐ Yes (Details below)  ☑ No

9. PRESENT EMPLOYER: Jim Cohn 210 South Ferh Way,Bayshore,NY 11706 since 02/2016

Prior Employer Terminations  ☐ Yes  ☑ No

Occupation  Laborer

10. RECORD CHECK:

Warrants  ☐ Positive  ☑ Negative

Fingerprints  ☐ Positive  ☑ Negative  ☐ Pending

11. POLICE REGISTRY CHECKS:

Federal NDI  ☐ Positive  ☐ Negative  ☐ N/A

NYS DCJS  ☐ Positive  ☐ Negative  ☐ N/A

**APPEARANCE TICKET** — On 05/28/2016 applicant was in a vehicle at a park in Patchogue, NY in Suffolk County. Applicant was having sexual intercourse with his ex-girlfriend when a Suffolk County Police Officer approached the vehicle and issued him a two appearance tickets. Trespass VO 302.4 and Indecent Dress/Exposer VO 302.3a. Both Tickets were Dismissed and Sealed. See statement and Official Certificate of Disposition.

**APPEARANCE TICKET** — On March 13, 2015 applicant was in his vehicle at Captree State Park in West Islip, NY in Suffolk County. Park Police approached the vehicle an issued applicant an appearance ticket for Trespass. Applicant appeared in court on 11/05/2015 where he Pled Guilty and Paid a fine. Disposition was A.C.O.D and probation for 1 year. See statement , pending Official Certificate of Disposition.

**LICENSE SUSPENSION** — On September 12, 2016 applicants license was suspended for pending prosecution by court. Suspension was cleared on 10/04/2016 after requirements met.

**SUMMARY OF TEST RESULTS** — On the Summary of Test Results it shows that for the question " I get more traffic tickets than most people" applicant answered Disagree. Applicant was 20 years old when he took the test and received 10 traffic tickets in 2 years and his license was suspended 1 time. He stated that he answered Disagree because he thought people got more than that. For the question " I have never been in trouble with

the Law" he answered Disagree. Applicant received 3 Appearance Tickets. He states that he answered Disagree because he didn't think that an appearance ticket was getting in trouble with the law.

DRIVING HISTORY

No accidents or revocations on DMV printout.
(5) tickets on 07/12/2016 for Speeding , Improper signal, Failure to stop for device or sign(3 tickets)in Suffolk County.Fines Paid.(1)ticket on 11/05/2015 for License Restriction Violation in Suffolk. Fine paid. (4)tickets on 07/22/2015 for License Restriction Violation, Unauthorized Lights, Tail Lamps Violation, Muffler Violation in Suffolk. Fines Paid.

Applicants License was Suspended 1 time due to Pending Prosecution on 09/12/2016 and cleared on 10/04/2016.
Applicant admits to(1)Property damage auto accident on 02/26/2018 in Suffolk County.Denies any litigation. (1)Property damage auto accident on 11/25/2014 in Suffolk County. Denies any litigation.

5 YEAR EMPLOYMENT
HISTORY

Works at Jim Cohn at 210 South Ferh Way, Bayshore, NY 11706 since 02/2016 as a Laborer. Worked for Town of Babylon 200 Sunrise Highway Lindenhurst, NY 11757 from 05/2017-01/2018 as a Laborer. Worked at Joseph Tuminello 71 Verdi Street Farmingdale, NY 11735 from 09/2015-01/2016 as a Field Tech. Worked for Leidtke Management 221 Sunrise Highway Lindenhurst NY 11757 from 09/2012-11/2015 as a Crew Trainer.

Date of Report: 02/03/2020

Name: ██████████     S.S. No.: ██████████

Nee:                              ==Position: Police Officer==

D.O.B.: ██████████     Age: ██

Address:     Telephone No.: ██████████     List No.: 2018

⌐ Updated Redacted for PII/PPI or Confidential info ⌐
Lynbrook, NY 11563                              Test Date: 01/16/2018

Investigator: Joseph Smith                     Score: 90.466

| | | |
|---|---|---|
| 1. ILLEGAL DRUG USE: | ☑ Yes (Details below) | ☐ None Admitted |

==2. ARREST RECORD: ☑ Yes ☐ No Number of Arrests: 1==

3. VALID DRIVERS LICENSE: ☑ Yes ☐ No Number of Tickets: 3 2017, 2016, 2013

Prior Suspension Orders ☐ Yes ☑ No Number: 0
Tickets Pending ☐ Yes ☑ No Number: 0

4. AUTO ACCIDENTS: Number: 2 2017, 2013     Resulting Litigation ☐ Yes ☑ No

5. MEETS REQUIREMENTS:
Education ☑ Yes ☐ No 32 College Credits
Residency ☑ Yes ☐ No Resides in Lynbrook

6. DELINQUENT DEBT: ☐ Yes ☑ No

7. PISTOL PERMIT: ☐ Yes ☑ No

8. MILITARY SERVICE
Prior Military Service ☐ Yes ☑ No
Current Military Obligation ☐ Yes (Details below) ☑ No

9. PRESENT EMPLOYER:
Home Serve USA
500 Bi-County Blvd Ste 401
Farmingdale, NY 11735
Since November 2018
Occupation     HVAC Mechanic

Prior Employer Terminations ☑ Yes ☐ No

10. RECORD CHECK:
Warrants ☐ Positive ☑ Negative
Fingerprints ☐ Positive ☑ Negative ☐ Pending

11. POLICE REGISTRY CHECKS:
Federal NDI ☐ Positive ☐ Negative ☐ N/A
NYS DCJS ☐ Positive ☐ Negative ☐ N/A

1) Drugs     The applicant admits to smoking marijuana between 6-10 times with the last time being in 2010 when he was in High School. The applicant denies using any other drugs or controlled substances. The applicant denies ever purchasing or selling any drugs. (Statement)

2) Arrest     The applicant admits to being arrested on 02/25/2009 while residing with his mother in Idaho. The applicant was arrested for violating the Town of Weiser Ordinance curfew by being a minor out on the streets after 10:00pm without an adult present (misdemeanor) and being found in possession of tobacco products by a minor (misdemeanor). The applicant appeared in Washington County Court and plead guilty to Possession of Tobacco and received unsupervised probation and complete a tobacco course and paid fine, and for the Curfew which he was convicted of, the applicant was ordered to complete 20 hours of community service, received probation for 12 months. (Statement, Court Transcript)

3) Traffic Tickets     Applicant was ticketed for Failure to Stop at Stop Sign on 09/28/2017 in Rockville Centre. The applicant plead guilty by mail and paid fine. (Statement, Driver Record)
The applicant was ticketed for Mobile Device on 12/12/2016 in Brooklyn. The applicant plead guilty by

mail and paid a fine. (Statement, Driver Record)

The applicant was ticketed on 07/05/2013 in Valley Stream by the New York State Police for having a commercial vehicle on the state parkway. The applicant admits to appearing in Traffic Court and pleading guilty to reduced charges. (Statement)

**4) Auto Accidents**

The applicant was involved in auto accident on 11/17/2017 in Lynbrook where he was rear ended by another vehicle causing damage. The police filed an accident report. The applicant denies litigation. (Statement, Accident report)

The applicant was involved in an auto accident on 10/10/2014 in Queens when he was struck in the rear by another vehicle casing damage. The police filed an accident report. The applicant denies litigation. (Statement)

The applicant was involved in an auto accident on 08/29/2013 in valley Stream when he rear ended the vehicle in front of him causing damage. The police filed an accident report. The applicant denies litigation. (Statement)

**5) Education**

The applicant was expelled from High School while living with his mother in Weiser, Idaho in 2010 for excessive lateness. The applicant stated he would attend school but would leave school after a break in school and would not return. The applicant states that was a regular occurrence. (Statement)

The applicant admits he moved in with his father in Valley Stream and attended Valley Stream Central High School. The applicant admits he did receive detention on a few occasions for cutting class in his Senior Year (2010)

**9) Employers/termination**

Employed with Home Serve from 11/2018-Present as a HVAC mechanic.
Employed with TF O'Brien Heating & Cooling from 11/2014-11/2018 as a HVAC mechanic.
Employed with ProCold Inc from 08/2014-11/2014 as a HVAC Mechanic.

The applicant was terminated from employment with General Nutrition in 11/09/2012 as a general manager because of time and attendance. The applicant admits to excessive lateness. The applicant was employed there for 6 months. The applicant did receive unemployment benefits. Employer would only verify dates of employment. (Statement, Employment Inquiry)

The applicant was terminated from employment with Valbrook Diner as a waiter in 2012 because of excessive lateness. The applicant did not attempt to be rehired. Business did not return inquiry. (Statement)

The applicant was let go from ProCold Inc as a HVAC Technician in November 2014 because the applicant lacked the knowledge and experience to continue his employment.

**10) Police investigation**

The applicant is listed as a subject in a Nassau County Police Field Interview on 06/22/2008 when he was found with other males on the roof of a business in Lynbrook after the business was closed. The applicant did not have permission to be on the property. The applicant states he was just hanging out with his friends. The applicant was released after providing identification. (Statement, Police Report)

**11) Domestic Incidents**

The applicant has been the subject in domestic incidents while he was teenager on three (3) separate occasions. On 11/01/2006 the applicant's mother contacted the police because the applicant refused to attend school and became verbally abusive when confronted with that information. On 10/01/2006 the applicant's mother contacted the police because the applicant ran away from home to stay with a friend and stated it was because his stepfather abused him. A police investigation and was conducted and it was found that the abuse allegation was false. It was determined that the applicant didn't want to attend school. On 07/16/2006 the police were contacted by applicant's mother because the applicant would not clean his room and pick up his clothes on the floor. The applicant admits to being a disciplinary problem because his parents were in the midst of a divorce and that he was acting out. (Statement, Police Reports)

**12) Summary Test Questions**

The applicant answered on the 2018 police exam that he graduated high school in the upper half. A review of his transcript the applicant was number 285 out of 334. The applicant answered that he was

absent from work and school no more than anyone else. The applicant was expelled from school over is absences and went to another school and received detention for cutting class. The applicant answered disagree when it came to being in trouble with the law. The applicant had been arrested. The applicant answered disagree when it came to being in trouble more than once because of his behavior. The applicant was arrested, subject in domestics, and a field interview. (Statement)

CONFIDENTIAL

# GENERAL REVIEW

Date of Report: 06/06/2023

Name: ██████████████      S.S. No. ██████████

Nee: N/A                                    Position: Police Officer

D.O.B.: ████████          Age: ██

Address:        Telephone No.: ████████              List No.: 2018

[Updated Redacted for PII/PPI or Confidential Info]

South Setauket , NY
11720                                                    Test Date: 01/16/2018

Investigator: John Nicosia                       Score: 84.56

| | | | |
|---|---|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below) | ☑ None Admitted | |
| 2. ARREST RECORD: | ☐ Yes | ☑ No  Number of Arrests: 0 | |

3. VALID DRIVERS
LICENSE:      ☑ Yes      ☐ No  Number of Tickets: 1  02/08/2015- Speeding Fine Paid

Prior Suspension Orders   ☐ Yes   ☑ No  Number: 0  N/A

Tickets Pending   ☐ Yes   ☑ No  Number: 0

4. AUTO ACCIDENTS:  Number: 1  10/10/2016-NYPD- Not At Fault      Resulting Litigation  ☐ Yes  ☑ No

5. MEETS
REQUIREMENTS:   Education  ☑ Yes   ☐ No  69.5- Suffolk Community College

Residency  ☑ Yes   ☐ No  ████████████████

6. DELINQUENT DEBT:   ☐ Yes  ☑ No

7. PISTOL PERMIT:   ☐ Yes  ☑ No  N/A

8. MILITARY SERVICE   Prior Military Service   ☐ Yes   ☑ No  N/A

Current Military Obligation   ☐ Yes (Details below)   ☑ No

9. PRESENT EMPLOYER:
28th Pct
2271-89 Frederick Douglass Blvd         Prior Employer
New York, NY 10027                       Terminations
SH# ████  Tax# ████████          ☐ Yes   ☑ No
Since 01/06/2016
Occupation   Police Officer

10. RECORD CHECK:   Warrants   ☐ Positive  ☑ Negative

Fingerprints   ☐ Positive  ☑ Negative  ☐ Pending

11. POLICE REGISTRY
CHECKS:   Federal NDI   ☐ Positive  ☑ Negative  ☐ N/A

NYS DCJS   ☐ Positive  ☑ Negative  ☐ N/A

DRUG HISTORY        Applicant denies ever using, buying or selling any illegal drugs.  Statement.

CCRB/COMMAND
DISCIPLINE        Applicant received 1 CCRB and 2 Command Disciplines as per his duties as a NYC Police Officer.
06/09/2017- Allegation- Force- Disposition- Unsubstantiated.  CCRB# ████████  CCRB attached.
Command Discipline: 12/27/2018 for contraband in vehicle/not searched prior to tour (1 Hour of Straight
Time), 02/12/2023- Inattentive/extension of Meal Break (4 Hours of Straight Time) P.O. Statement.

DOMESTIC INCIDENTS        Applicant states he was involved in 6 Domestic Incident Reports in Suffolk County from 11/05/2018-
03/29/2020.  Applicant states they were all between him and his ex-girlfriend, ████████ DOB
████████ over the custody of their daughter ████████ DOB ████████ Two of the reports
were made by his ex-girlfriend and 4 were made by the applicant.  All reports were verbal arguments and
were made for documentation purposes only.  All SCPD Reports attached.  Statement.

CIVIL LAWSUIT        Applicant was named in a Civil Lawsuit while effectuating arrests on 01/19/2021 as per his duties as an
NYPD Police Officer.  The lawsuit was group lawsuit on a group of protesters who 's allegations were
excessive use of force and failure to give medical aide.  Lawsuit documentation attached.  Applicant states

that the plaintiffs will be settling out of court in the amount of $300,000.  Police Officer Statement.

CONFIDENTIAL

Date of Report: 06/10/2019

Name: ███████████      S.S. No.: ████████

Nee:       <mark>Position: Police Officer</mark>

D.O.B.: ██████      Age: ██

Address:      Telephone No.: ██████████      List No.: PO 2018

*Updated Redacted for PII/PPI or Confidential Info*

North Bellmore, NY      Test Date: 06/03/2019
11710

Investigator: Damian Finucane      Score: 95.982

1. **ILLEGAL DRUG USE:** ☑ Yes (Details below)     ☐ None Admitted

<mark>2. **ARREST RECORD:** ☑ Yes    ☐ No   Number of Arrests: 1</mark>

3. **VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 0

     Prior Suspension Orders    ☐ Yes   ☑ No   Number: 0
     Tickets Pending    ☐ Yes   ☑ No   Number: 0

4. **AUTO ACCIDENTS:** Number: 1      Resulting Litigation   ☐ Yes   ☑ No

5. **MEETS REQUIREMENTS:** Education ☑ Yes   ☐ No   B.S.. University of Central Florida

     Residency ☑ Yes   ☐ No

6. **DELINQUENT DEBT:** ☐ Yes   ☑ No

7. **PISTOL PERMIT:** ☐ Yes   ☑ No

8. **MILITARY SERVICE**   Prior Military Service    ☑ Yes   ☐ No
     Current Military Obligation    ☑ Yes (Details below)   ☐ No

9. **PRESENT EMPLOYER:** Syosset School District      Prior Employer Terminations
     482 Woodbury Road Woodbury NY 11797      ☐ Yes   ☑ No

     Occupation    Security Guard

10. **RECORD CHECK:** Warrants   ☐ Positive   ☑ Negative

     Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending

11. **POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS   ☐ Positive   ☐ Negative   ☐ N/A

**Employment History**

02/2018 - Present Security Guard for Syosset School District
07/2017 - Present Marine Reserve with U.S. Marine Corp
08/2014 - 07/2017 Police Officer for Freeport Police Department
06/2010 - 08/2014 Marine with U.S. Marine Corp

**Domestic Arrest**

Applicant states that while employed as a Freeport Police Officer he was involved in a Domestic Incident with his girlfriend ███████████ D.O.B. ██████ On March 24, 2017 Applicant states that he went out to a restaurant in Miami, Florida with his girlfriend ███████████ He returned to his hotel room and went to sleep. His girlfriend went on his cellphone and discovered that applicant was involved with another woman. Applicant states that his girlfriend started punching and kicking applicant. Applicant states that he tried to calm down his girlfriend but was unable to. When applicant was unable to calm down his girlfriend he picked up his belongings and left the room. Applicant then took a taxi to the airport and flew back to New York. While Applicant was traveling to the airport ███████████ called 911 and filed a police report against applicant. ███████████ stated to the

CONFIDENTIAL

Miami Police that applicant "grabbed her by the throat and attempted to strangle her. ██████ also stated that "applicant kicked her on her legs as she attempted to flee". Applicant was placed on restricted duty by the Freeport Police Department on 03/26/2017. Applicant returned to Florida and was arrested on Domestic Battery charges on March 30, 2017. A Order of Protection was also filed against the applicant. As the investigation unfolded ████████ recanted her initial statements, refused to cooperate with the Miami Florida Police Department and the charges against ████████ were dropped. Applicant remained on restricted assignment until 07/05/2017.Applicant was terminated on 07/05/2017. On 09/21/2017 Applicants case went into Arbitration in front of ████████ The Village of Freeport charged ████████ with two charges. Charge 1 was assaulting a civilian, Charge 2 was failing to notify the Village of Freeport about an address change. After a investigation by the arbitrators office and a two day hearing where ████████ testified under oath the arbitrator issued his decision. During the hearing ████████ testified under oath that after looking at the applicants phone she " became enraged and physically attacked applicant as he slept, slapping him in the face, scratching his face with her nails, tried to kick him, slapping him some more and repeatedly, all while screaming and throwing things around the room". She also stated that made statements "after having being upset and enraged at his infidelity, she lied and made over statements and signed documents without reading them". The arbitrator found the applicant not guilty of Count 1 and guilty of Count 2. The arbitrator ruled applicant should be suspended for 2 weeks without pay for not notifying Freeport about his address change. Freeport did not agree with the Arbitrators decision and terminated the applicant. During the update investigation into the applicant, ████████ who is no longer dating the applicant signed a statement stating that "████████ did not hit her, he would make a great Police Officer and he never contacted her to change her story".

| | |
|---|---|
| Order of Protection | Applicant states that ████████ filed an Order of Protection Docket #████ against him on March 31, 2017 as a result of a Domestic arrest in Miami Florida. The Order was terminated on 6/14/17, when the complainant recanted her story and the charges were dropped. |
| Lawsuit | Applicant states that he filed a lawsuit with the Law Offices of Frederick K Brewington 556 Peninsula Boulevard Hempstead NY 11550 against the Village of Freeport after his termination on July 5, 2017. |
| Illegal Drug Use | Applicant states that in July 2007 he smoked marijuana 1 time. |
| Freeport Employment Verification | Freeport Police Chief Miguel Bermudez returned a unfavorable Employment Verification. He wrote that ████████ was terminated because he violated the rules and regulations of the Freeport Village Police Department. |

Date of Report: 07/23/2019

Name: ███████████        S.S. No.: ████████

Nee:                           <mark>Position: Police Officer</mark>

D.O.B.: ███████████        Age: ██

Address:      Telephone No.: ███████████      List No.: 2018

*Updated Redacted for PII/PPI or Confidential Info*

Rocky Point, NY 11778                    Test Date: 01/16/2018

Investigator: Deborah Ungaro                  Score: 93.911

**1. ILLEGAL DRUG USE:** ☑ Yes (Details below)      ☐ None Admitted

**2. ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: <u>0</u>

**3. VALID DRIVERS LICENSE:** ☑ Yes     ☐ No   Number of Tickets: <u>9</u>   2004-2019

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: <u>2010</u>

     Tickets Pending          ☐ Yes    ☑ No   Number: <u>0</u>

**4. AUTO ACCIDENTS:** Number: <u>2</u>   2013, 2018          Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education ☑ Yes    ☐ No   <u>Suffolk CC 49.5 credits</u>

     Residency ☑ Yes    ☐ No

**6. DELINQUENT DEBT:** ☑ Yes   ☐ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE**    Prior Military Service       ☐ Yes    ☑ No

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

**9. PRESENT EMPLOYER:** <u>Suffolk County Sheriff's Office</u>        Prior Employer Terminations

<u>100 Center Drive</u>

<u>Riverhead, NY 11901</u>      ☑ Yes    ☐ No

<u>Since: 08/2015</u>

Occupation   <u>Correction Officer</u>

**10. RECORD CHECK:** Warrants       ☐ Positive   ☑ Negative

     Fingerprints    ☑ Positive   ☐ Negative   ☐ Pending   <u>Employment</u>

**11. POLICE REGISTRY CHECKS:** Federal NDI   ☐ Positive   ☐ Negative   ☐ N/A

     NYS DCJS      ☐ Positive   ☐ Negative   ☐ N/A

| | |
|---|---|
| Illegal Drugs | The applicant admits to using marijuana 3 times between 2004 and 2006. Other than those times, the applicant denies buying, using or selling any illegal drugs. |
| APPEARANCE TICKET | The applicant was issued an appearance ticket on 04/16/2008. The charge was Dumping. He was transporting a boat and left it down the road from his house. He states he had no way to retrieve it. The final disposition was guilty and he paid a $100 fine. See statement and official certificate of disposition. |
| DELINQUENT DEBT | The applicant had delinquent debts with credit cards from 2007-2010. he states that the balance was approximately $3,500. he wasn't making payments and collection agencies were involved. He made arrangements and settled with most of them and others were dismissed. He states that he no longer has any delinquent debt. He states that he currently has about 7 credit cards and makes monthly payments. See statement. |
| TERMINATION | The applicant was terminated from Crazy Freddie's Motor Sports in the fall of 2006 after being |

employed for 3 months. The reason was multiple tardiness. See statement.

| | |
|---|---|
| **LICENSE SUSPENSION** | The applicant's license was suspended once in 2010. He states that he received a summons and thought he had more time to pay. When pulled over for speeding in 2010 he found out that his license had been suspended. He paid the fine and the suspension was cleared. See statement. |
| **TICKETS LAST 5 YEARS** | The applicant received one moving violation in the last 5 years in Rockingham VT on 03/02/2019> The charge was Speeding 1-10 over. He pled guilty and paid a $76 fine. See statement. |
| **DOMESTIC INCIDENT 1** | In 2005 the applicant had a verbal argument with his brother ▮▮▮▮▮▮▮▮ DOB ▮▮▮▮▮▮ over space in the garage. His mother called the police. No arrest was made. See statement. |
| **DOMESTIC 2** | In 2007 the applicant called the police when his girlfriend ▮▮▮▮▮▮▮▮ would not leave his mother's house. The police arrived and she was asked to leave. No arrest was made. See statement. |
| **DOMESTIC 3 / SUFFOLK HARASSMENT REPORT** | In 2010 The applicant went to his girlfriend's house and found her with another guy. He states that they started shoving each other and fought for a few minutes and the applicant left. The other male called the police. The police contacted the applicant by telephone. The other male did not press charges. No arrest was made. See statement and Suffolk Harassment report. |
| **SUMMARY OF TEST RESULTS** | The applicant answered 2 questions incorrectly on the summary of test results. "I sometimes find it hard to live within my means". He answered disagree. The applicant had issues with collection agencies for not making credit card payments. He also paid taxes a year late in 2012 because he did not have the money. He answered "I get more traffic ticket than most people with disagree. the applicant received 10 tickets. He states that he answered these questions incorrectly because the financial issues were a one time period in his life and some of the tickets were multiple issued at one time. Also, in the last 9 years he only received one ticket. See statement. |
| **LATE FILING TAXES** | In 2012 the applicant was late filing income taxes. He states that he did not have the money. He filed for 2012 along with 2013. See statement. |
| **HIGH SCHOOL SUSPENSIONS** | In 11th and 12th grade the applicant was suspended numerous times. This was due to lateness. the applicant states that he had issues with waking up. See statement. |
| **IMPOUNDED ATV / SUMMONS** | On 06/11/05 the applicant's friend was riding his ATV trike up and down the block. The police drove by and saw him. They issued the applicant a summons and impounded the ATV. The applicant states that he paid his mother's lawyer friend to appear in court with him. The fines were reduced and he paid to get the ATV back. See statement. |
| **AUTO ACCIDENTS LAST 5 YEARS** | The applicant had one auto accident in the last 5 years in 2018. Property damage only, No litigation. |
| **EMPLOYMENT LAST 5 YEARS** | 08/2015-Present: Suffolk County Sheriff's Office as a Correction Officer. Inquiry pending.<br>10/2014-08/2015: Royal Guard Fence as a Road Laborer. Inquiry pending.<br>10/2014-08/2015: Westbury Fence and Guard rail as a Road Laborer/ carpenter. Inquiry pending.<br>10/2014-08/2015: Gin Skye Construction as a Road Laborer. Inquiry pending.<br>06/2014-10/2014: Northeast Builder's as a Carpenter. Inquiry pending. |

Date of Report: 09/07/2023

Name: ███████████        S.S. No.: ███████████

Nee:                            **Position: Police Officer**

D.O.B.: ███████████      Age: ███

Address:       Telephone No.: ███████████        List No.: PO 2018

Updated Redacted for PII/PPI or Confidential info

BAY SHORE, NY 11706-3704               Test Date: 01/16/2018

Investigator: Thomas Arcuri             Score: 84.014

| | |
|---|---|
| 1. ILLEGAL DRUG USE: | ☐ Yes (Details below)     ☑ None Admitted |
| 2. ARREST RECORD: | ☐ Yes    ☑ No   Number of Arrests: <u>0</u> |
| 3. VALID DRIVERS LICENSE: | ☑ Yes     ☐ No   Number of Tickets: <u>5</u>   2020, 2019, 2016 (3). |

          Prior Suspension Orders    ☐ Yes   ☑ No   Number: <u>0</u>

          Tickets Pending           ☐ Yes   ☑ No   Number: <u>0</u>

| | |
|---|---|
| 4. AUTO ACCIDENTS: | Number: <u>7</u>   <u>2020 (2), 2018, 2016, 2015 (2), 2014.</u>     Resulting Litigation   ☐ Yes   ☑ No |
| 5. MEETS REQUIREMENTS: | Education ☑ Yes    ☐ No   <u>Strayer University, 63 credits.</u> |
| | Residency ☑ Yes    ☐ No |
| 6. DELINQUENT DEBT: | ☐ Yes   ☑ No |
| 7. PISTOL PERMIT: | ☐ Yes   ☑ No |
| 8. MILITARY SERVICE | Prior Military Service      ☐ Yes   ☑ No |
| | Current Military Obligation   ☐ Yes (Details below)   ☑ No |

9. PRESENT EMPLOYER:    <u>NYPD 9th Precinct 321 E 5th St, NY, NY, 10003 since 07/13/2022.</u>      Prior Employer Terminations   ☐ Yes   ☑ No

          Occupation    <u>Police Officer</u>

| | |
|---|---|
| 10. RECORD CHECK: | Warrants    ☐ Positive   ☑ Negative |
| | Fingerprints   ☐ Positive   ☑ Negative   ☐ Pending |
| 11. POLICE REGISTRY CHECKS: | Federal NDI   ☐ Positive   ☑ Negative   ☐ N/A |
| | NYS DCJS    ☐ Positive   ☑ Negative   ☐ N/A |

EMPLOYMENT HISTORY
- NYPD 9th Precinct 321 E 5th St, NY, NY, 10003 as a Police Officer since 07/13/2022.
- MTA NYCT 97-11 222nd Street Queens, NY 11429 as a Bus Operator from 09/2021 to 07/2022.
- Brown's Jeep 483 Route 112 Patchogue, NY 11772 as a salesman from 05/2015 to 08/2021.

CCRB      **CCRB - Total Charges = 0, Total Cases = 0.**

DRIVING HISTORY
**(1) M/V ticket on 08/06/2020 in Suffolk County for no distinctive/dirty plate.**
**(1) M/V ticket on 10/01/2019 in Suffolk County for driving too slow, dismissed.**
**(1) M/V ticket on 07/23/2016 in Suffolk County for moving from lane unsafely, $150 fine and 3 points.**
**(1) M/V ticket on 07/23/2016 in Suffolk County for speed over 55 mph in zone. Pled guilty to lesser charge.**
**(1) M/V ticket on 04/08/2016 in Suffolk County for following too closely, $150 fine and 4 points.**

AUTO ACCIDENTS
**Applicant involved in (1) auto accident on 10/07/2020 in Suffolk County NY, report taken, property damage, no litigation, applicant not at fault.**
**Applicant involved in (1) auto accident on 08/21/2020 in Suffolk County NY, report taken, property damage and personal injury to self, no litigation, applicant not at fault.**
**Applicant involved in (1) auto accident on 10/28/2018 in Suffolk County NY, report taken, property**

damage, no litigation, applicant at fault.

Applicant involved in (1) auto accident on 07/20/2016 in Suffolk County NY, report taken, property damage, no litigation, applicant at fault.

Applicant involved in (1) auto accident on 12/18/2015 in Suffolk County NY, report taken, property damage, no litigation, applicant at fault.

Applicant involved in (1) auto accident on 03/01/2015 in Suffolk County NY, report taken, property damage, no litigation, applicant not at fault.

Applicant involved in (1) auto accident on 09/13/2014 in Suffolk County NY, report taken, property damage, no litigation, applicant at fault.

CONFIDENTIAL

Date of Report: 02/12/2024

Name: ███████████       S.S. No.: ███████████

Nee:      <mark>Position: Police Officer</mark>

D.O.B.: ████████      Age: ████

Address:      Telephone No.: ████████████      List No.: 2018

Redacted for PII/PPI or Confidential Info | Bay Shore, New York 11706

Bay Shore, NY 11706      Test Date: 01/16/2018

Investigator: Rachel Miller      Score: 82.857

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes   ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☐ Yes   ☑ No   Number of Tickets: 13   2005 - 2020

Prior Suspension Orders   ☑ Yes   ☐ No   Number: 1   2007 Failure to Answer a Summons

Tickets Pending   ☐ Yes   ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 3   2005, 2010, 2012      Resulting Litigation ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:**

Education ☑ Yes   ☐ No   BS Degree (130 credits) - St. John's University

Residency ☑ Yes   ☐ No   Bay Shore, New York

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☑ Yes   ☐ No   ACTIVE Suffolk County, NY Pistol License # ████████ Exp 09/01/2027 (2 registered handguns)

**8. MILITARY SERVICE**

Prior Military Service ☑ Yes   ☐ No   United States Marine Corp. 2005 - 2011

Current Military Obligation ☐ Yes (Details below)   ☑ No

**9. PRESENT EMPLOYER:** Macy's   400 Sunrise Mall   Massapequa, NY 11758

Prior Employer Terminations ☐ Yes   ☑ No

Occupation   Senior Investigator

**10. RECORD CHECK:** Warrants ☐ Positive   ☑ Negative

Fingerprints ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:**

Federal NDI ☐ Positive   ☑ Negative   ☐ N/A

NYS DCJS ☐ Positive   ☑ Negative   ☐ N/A

**EMPLOYMENT HISTORY** 04/2014 - Present: Macy's, Massapequa, NY. (Senior Investigator) No derogatory information provided.

**DRIVING HISTORY** **Applicant was issued 13 driving violations, issued 1 driving suspension and had been involved in 3 auto accidents.**
Violations Shown on License

| Date | Charge | City | State | Disposition |
|---|---|---|---|---|
| 02/28/2020 | Speed over 55 Zone | Town of Hempstead | New York | Guilty, paid fine. |
| 06/01/2017 | Speeding | Virginia | Virginia | Guilty |

|  |  |  |  |  | Lesser |
|---|---|---|---|---|---|
|  | 05/01/2017 | Red Light | Hempstead | New York | Guilty Lesser |
|  | 06/01/2016 | No Insurance | Garden City | New York | Not Guilty |
|  | 06/01/2016 | Speeding | Garden City | New York | Guilty Lesser |
|  | 06/01/2015 | Speeding | Garden City | New York | Guilty Lesser |
|  | 06/01/2014 | Speeding | Hempstead | New York | Guilty Lesser |
|  | 02/01/2014 | Speeding | Garden City | New York | Guilty Lesser |
|  | 08/04/2013 | Improper Signal | Nassau County | New York | Guilty, paid fine |
|  | 08/04/2013 | Disobeying Traffic Device | Nassau County | New York | Guilty, paid fine |
|  | 03/03/2013 | Speeding 75/55 | Nassau County | New York | Guilty, paid fine |
|  | 04/11/2005 | Fail to Produce Insurance Card | North Bellmore | New York | Pled to lesser |
|  | 04/11/2005 | Unlicensed Operator | North Bellmore | New York | Guilty, paid fine |

<u>1 Driving Suspension</u>
10/19/2007 - Failure to Answer a Summons
<u>3 Auto Accidents</u>
07/26/2012 - Town of Hempstead, New York. Applicant rear ended another vehicle. At fault, no injury or litigation admitted. Report provided.
08/19/2010 - Nassau County, New York. Applicant rear ended another vehicle. At fault, no injury or litigation admitted. No report provided.
04/11/2005 - Nassau County, New York. Applicant was T-boned by another vehicle. Applicant was unlicensed and his vehicle was uninsured at the time of this accident. Applicant was issued 2 driving violations. Applicant admits fault and indicates that the other driver had been injured. Applicant states he had been sued as a result, but the action was settled prior to litigation by the insurance companies. No report provided.

| DISCONTINUED CIVIL SERVICE APPLICATIONS | **Applicant states he was discontinued from 2 civil service applications.** 2018 - Applicant applied to be an FBI Agent. Applicant failed his oral interview and was discontinued. Applicant states he failed because he was "very nervous" while being interviewed by 3 FBI agents. 2017 - Applicant applied to be a New York State Trooper. During applicant processing, applicant was discontinued for having arm tattoos. |
|---|---|

Civil Service Exams Statement provided.

Date of Report: 04/01/2024

Name   █████████        S.S. No.: ████████

Nee:                        **Position: Police Officer**

D.O.B.:   ████████       Age: ██

Address:          Telephone No.: ████████         List No.: PO 2018

Redacted for PII/PPI or Confidential Info

Seaford, NY 11783                            Test Date: 01/16/2018

Investigator: Michele Teague                Score: 82.403

**1. ILLEGAL DRUG USE:** ☐ Yes (Details below)    ☑ None Admitted

**2. ARREST RECORD:** ☐ Yes    ☑ No   Number of Arrests: 0

**3. VALID DRIVERS LICENSE:** ☑ Yes    ☐ No   Number of Tickets: 2   2014

     Prior Suspension Orders    ☑ Yes    ☐ No   Number: 1   2018

     Tickets Pending    ☐ Yes    ☑ No   Number: 0

**4. AUTO ACCIDENTS:** Number: 0             Resulting Litigation   ☐ Yes   ☑ No

**5. MEETS REQUIREMENTS:** Education   ☑ Yes    ☐ No   <u>Freeport High School - Class of 2003</u>

     Residency   ☑ Yes    ☐ No   <u>Neighborhood and Taxes</u>

**6. DELINQUENT DEBT:** ☐ Yes   ☑ No

**7. PISTOL PERMIT:** ☐ Yes   ☑ No

**8. MILITARY SERVICE** Prior Military Service    ☐ Yes    ☑ No

     Current Military Obligation    ☐ Yes (Details below)    ☑ No

**9. PRESENT EMPLOYER:** <u>Beast Fitness</u>                   Prior Employer Terminations

     <u>2279 Jerusalem Avenue</u>                ☑ Yes    ☐ No

     <u>Bellmore, NY 11710</u>

     Occupation    <u>Fitness Instructor</u>

**10. RECORD CHECK:** Warrants    ☐ Positive   ☑ Negative

     Fingerprints    ☐ Positive   ☑ Negative   ☐ Pending

**11. POLICE REGISTRY CHECKS:** Federal NDI    ☐ Positive   ☐ Negative   ☑ N/A

     NYS DCJS    ☐ Positive   ☐ Negative   ☑ N/A

**5 YEAR EMPLOYMENT**    **Applicant was terminated from NYC Department of Corrections on 06/15/2020.**

06/2023- Present - Beast Fitness 2279 Jerusalem Avenue Bellmore NY 11710

05/2021- 05/2023 - Better Body Bootcamp 2736 Merrick Road Bellmore, NY 11710

07/2018- 06/2020- NYC Department of Corrections 1500 Hazen Street East Elmhurst, NY 11370

**TERMINATION**    Applicant states that he was not given a reason for his termination but was told and received a letter stating that his service as a Probationary Correction Officer will no longer be required effective on 06/15/2020. Applicant received an overall evaluation on 05/20/2020 showing that his performance was satisfactory. Applicant also received a letter of recommendation on 07/10/2020 from Assistant Deputy Warden at NYC Department of Corrections which was after his termination. Spoke to Assistant Deputy Warden Aschelle Skepple on 04/12/2024. She stated that he was a good worker and did his job well. She also states that she didn't understand why he was terminated.

CONFIDENTIAL