PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

July 20, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 930
Central Islip, New York 11722

Re:     *Myers* v. *County of Nassau*, No. 2:22-CV-07023-SJB-LGD

Dear Judge Bulsara:

Pursuant to the Court's June 20, 2025 Order directing the parties to meet and confer and submit within 10 days of a decision on class certification, a proposed schedule for discovery relating to damages, the parties jointly submit the following proposed schedule:

| Event/Deadline | Deadline |
|---|---|
| Deadline to meet and confer regarding outstanding damages discovery, including the need to propound any additional discovery requests. | August 3, 2026 |
| Deadline to propound additional discovery requests related to damages. | September 9, 2026 |
| Deadline to complete fact discovery on damages. | October 19, 2026 |
| Deadline to exchange initial damages expert reports. | December 4, 2026 |
| Deadline to exchange rebuttal damages expert reports. | January 15, 2027 |
| Deadline for close of expert discovery on damages. | February 19, 2027 |

We thank the Court for its attention to this matter and are available at the Court's convenience to discuss as needed.

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Lorin L. Reisner*
Lorin L. Reisner
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3250
lreisner@paulweiss.com


*Attorneys for Plaintiff Jhisaiah Myers*

GREENBERG TRAURIG, LLP

By: */s/ Kathryn C. Cole*
Kathryn C. Cole
900 Stewart Avenue, Suite 505
Garden City, NY 11530
Tel:  (516) 629-9600
katy.cole@gtlaw.com


*Attorneys for Defendant County of Nassau*