**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jhisaiah Myers, on behalf of himself and all others
similarly situated,

                                   Plaintiff,

                    - v. -                                      Case No. 22-CV-7023-SJB-LGD

County of Nassau,

                                   Defendant.

### NOTICE OF PLAINTIFF'S DAUBERT MOTION TO EXCLUDE THE OPINIONS OF DANIEL BUSKEN

PLEASE TAKE NOTICE THAT, Plaintiff Jhisaiah Myers, individually on behalf of himself and on behalf of all others similarly situated, by and through his undersigned counsel of record, moves this Court, before the Honorable Sanket J. Bulsara, United States District Judge for the Eastern District of New York, 100 Federal Plaza, Courtroom 930, Central Islip, New York 11722, pursuant to Rule 702 of the Federal Rules of Evidence for an Order:

1.      Excluding the opinions of Daniel Busken pursuant to Federal Rule of Evidence 702 and *Daubert* v. *Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993); and

2.      For such other relief as the court deems just and proper.

This Motion is based on the Memorandum of Law in Support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken and the Declaration of Johan E. Tatoy with Exhibits 1 through 32, including the Declarations of Professor Thomas A. DiPrete and Dr. Charles A. Scherbaum.

Dated: March 19, 2026

Respectfully submitted,

**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**

*/s/ Lorin L. Reisner*
Lorin L. Reisner
Liza M. Velazquez
Johan E. Tatoy
B. Aubrey Smith
Maria Helen Keane
Michael J. Pisem
Jonathan Jaroslawicz
Natalie M. Pita
David Wechsler
Omar A. Lewis
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
lreisner@paulweiss.com
lvelazquez@paulweiss.com
jtatoy@paulweiss.com
asmith@paulweiss.com
mkeane@paulweiss.com
mpisem@paulweiss.com
jjaroslawicz@paulweiss.com
npita@paulweiss.com
dwechsler@paulweiss.com
olewis@paulweiss.com


- and -

**THE LAW OFFICES OF**
  **FREDERICK K. BREWINGTON**

Frederick K. Brewington
556 Peninsula Blvd.
Hempstead, NY 11550
516-489-6959
fred@brewingtonlaw.com

- and -

**NEWMAN FERRARA LLP**

Randolph M. McLaughlin
1250 Broadway, 27th Floor
New York, NY 10001
212-619-5400
rmclaughlin@nfllp.com

*Attorneys for Plaintiff and the Proposed Classes*