**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Jhisaiah Myers, on behalf of himself and all others similarly situated,

                                    Plaintiff,

                    - v. -

County of Nassau,

                                    Defendant.

Case No. 22-CV-7023-SJB-LGD

## DECLARATION OF JOHAN E. TATOY IN SUPPORT OF PLAINTIFF'S DAUBERT MOTION TO EXCLUDE THE OPINIONS OF DANIEL BUSKEN

Johan E. Tatoy declares as follows:

1.      I am an attorney admitted to practice before the courts of the State of New York and the U.S. District Court for the Eastern District of New York.

2.      I am Counsel at Paul, Weiss, Rifkind, Wharton & Garrison LLP and co-counsel for Plaintiff Jhisaiah Myers in the above-captioned matter.

3.      I submit this Declaration in support of Plaintiff's Daubert Motion to Exclude the Opinions of Daniel Busken.

4.      Attached as Exhibit 1 is a copy of the Expert Report of Daniel J. Busken, dated August 15, 2025.

5.      Attached as Exhibit 2 is a copy of the Rebuttal Expert Report of Daniel J. Busken, dated October 15, 2025.

6.      Attached as Exhibit 3 is a copy of the Supplemental Expert Report of Daniel J. Busken, dated December 1, 2025.

7.      Attached as Exhibit 4 is a copy of the CV of Daniel J. Busken.

8. Attached as Exhibit 5 is a copy of excerpted pages from the transcript of the deposition of Daniel J. Busken, dated October 6, 2025.

9. Attached as Exhibit 6 is a copy of excerpted pages from the transcript of the deposition of Daniel J. Busken, dated December 5, 2025.

10. Attached as Exhibit 7 is a copy of the Declaration of Dr. Charles A. Scherbaum in Support of Plaintiff's Motion to Exclude the Opinions of Daniel Busken, dated March 16, 2026, and supporting exhibits.

11. Attached as Exhibit 8 is a copy of excerpted pages from the transcript of the deposition of Dr. Charles A. Scherbaum, dated October 9, 2025.

12. Attached as Exhibit 9 is a copy of excerpted pages from the transcript of the deposition of Dr. Charles A. Scherbaum, dated December 9, 2025.

13. Attached as Exhibit 10 is a copy of Defendant's Amended Responses and Objections to Plaintiff's First Set of Requests for Admission, dated July 14, 2025.

14. Attached as Exhibit 11 is a copy of excerpted pages from the transcript of the 30(b)(6) deposition of Sergeant Greg Sawina, dated January 14, 2025.

15. Attached as Exhibit 12 is a copy of amendments to the Municipal Police Training Council Guidelines, with a memo from Michael R. Wood to New York State Chief Law Enforcement Officers with subject line "New York State Professional Policing Act," dated October 8, 2021, and bearing Bates stamps NASSAU-00009128 to NASSAU-00009177.

16. Attached as Exhibit 13 is a copy of the Nassau County Civil Service Rule Book, bearing Bates stamps NASSAU-00010083.C to NASSAU-00010129.C.

17. Attached as Exhibit 14 is a copy of the consent decree issued in *United States* v. *Nassau County, et al.*, No. 77-CV-1881 (E.D.N.Y. April 21, 1982).

18. Attached as Exhibit 15 is a copy of excerpted pages from the transcript of the 30(b)(6) deposition of Shajarah Williams, dated February 25, 2025.

19. Attached as Exhibit 16 is a copy of excerpted pages from an Affirmative Action Report for the period September 1, 2019, through December 31, 2019, bearing Bates stamps NASSAU-00005376 to NASSAU-00005456.

20. Attached as Exhibit 17 is a copy of excerpted pages from an Affirmative Action Report for the period September 1, 2020, through December 31, 2020, bearing Bates stamps NASSAU-00005700 to NASSAU-00005955.

21. Attached as Exhibit 18 is a copy of excerpted pages from an Affirmative Action Report for the period September 1, 2021, through December 31, 2021, bearing Bates stamps NASSAU-00006487 to NASSAU-00006705.

22. Attached as Exhibit 19 is a copy of excerpted pages from an Affirmative Action Report for the period September 1, 2022, through December 31, 2022, bearing Bates stamps NASSAU-00007220 to NASSAU-00007452.

23. Attached as Exhibit 20 is a copy of excerpted pages from an Affirmative Action Report for the period September 1, 2023, through December 31, 2023, bearing Bates stamps NASSAU-00031627 to NASSAU-00031759.

24. Attached as Exhibit 21 is a copy of a news article by J. Baumbach published in *Newsday* titled "6,539 Black people tried to become police officers on LI. Only 67 were hired," dated May 27, 2021.

25.     Attached as Exhibit 22 is a copy of excerpted pages from the transcript of the 30(b)(6) deposition of Carnell Foskey, dated January 7, 2025.

26.     Attached as Exhibit 23 is a copy of excerpted pages from the transcript of the deposition of Martha Krisel, dated March 20, 2025.

27.     Attached as Exhibit 24 is a copy of the International Association of Chiefs of Police document titled "Recruiting & Hiring," dated April 2021.

28.     Attached as Exhibit 25 is a copy of the EEOC's Uniform Guidelines on Employee Selection Procedures, 29 C.F.R. § 1607.9(a).

29.     Attached as Exhibit 26 is a copy of the Equal Employment Opportunity Commission's Enforcement Guidance on the Consideration of Arrest and Conviction Records in Employment Decisions Under Title VII, dated April 25, 2012.

30.     Attached as Exhibit 27 is a copy of the Order in *Vargas* v. *City of Philadelphia*, No. 2:21-cv-03298-JDW (E.D. Pa. Sept. 26, 2023), ECF No. 41.

31.     Attached as Exhibit 28 is a copy of the Police Reform EO2023 1 Year Follow-Up Report from the Year 2023.

32.     Attached as Exhibit 29 is a copy of a document titled "Police Diversity Committee Meeting Summary: 6/24/2021," dated June 24, 2021, and bearing Bates stamps NASSAU-00017842 to NASSAU-00017849.

33.     Attached as Exhibit 30 is a copy of a document titled "Police Diversity Committee Meeting Summary: 7.8.2021," dated July 8, 2021, and bearing Bates stamps NASSAU-00023431 to NASSAU-00023433.

34. Attached as Exhibit 31 is a copy of the Declaration of Thomas A. DiPrete in Support of Plaintiff's Motion to Exclude the Opinions of Daniel Busken, dated March 16, 2026, and supporting exhibits.

35. Attached as Exhibit 32 is a copy of excerpted pages from the Society for Industrial and Organizational Psychology's Principles for the Validation and Use of Personnel Selection Procedures, dated August 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2026, in New York, New York.

Johan E. Tatoy