PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Direct Dial:** +1 212 373 3250
**Email:** lreisner@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

September 18, 2026

**VIA ECF**

Honorable Lee G. Dunst
United States Magistrate Judge
United States Courthouse
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

Re: *Myers* v. *County of Nassau*, No. 22-cv-07023-SJB-LGD (E.D.N.Y.)

Dear Magistrate Judge Dunst:

In accordance with the Court's July 21, 2026 Order, the parties, by their respective counsel, respectfully submit this Joint Status Report.

**Summary Judgment and Daubert Motions**

The parties' cross motions for summary judgment and cross motions to exclude expert testimony have been fully briefed by the parties and submitted to the Court.

**Damages Discovery**

In accordance with the Court's July 21, 2026 Order, the parties met and conferred regarding outstanding damages discovery on August 3, 2026. On September 3, 2026, Defendant served damages discovery requests on Plaintiff. On September 8, 2026, Plaintiff served damages discovery requests on Defendant. The parties are preparing their respective responses and document productions. The parties anticipate completing all necessary discovery , including depositions, in advance of the Court's October 19, 2026 deadline for the close of fact discovery on damages.

Respectfully submitted,

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
*Counsel for Plaintiff*

By: */s/ Lorin L. Reisner*
Lorin L. Reisner

GREENBERG TRAURIG, LLP
*Counsel for Defendant*

By: */s/ Kathryn C. Cole*
Kathryn C. Cole