GT GreenbergTraurig

Kevin W. Murray
501 RXR Plaza, Ste. 501E
Uniondale, New York 11556
(516) 629-9600
Kevin.Murray@gtlaw.com

November 17, 2026

**VIA ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

**Re: *Myers v. County of Nassau*, 22-cv-07023-SJB-LGD**

Dear Judge Dunst:

This firm represents Defendant County of Nassau ("County") in the above-captioned matter. We write in response to Your Honor's November 13, 2026 Order regarding the County's remaining damages discovery. The County has no additional fact discovery to conduct regarding damages, other than the relief it seeks in its portion of the parties' joint letter motion filed on November 11, 2026, which asks the Court to compel Plaintiff's response to Request for Production No. 5. *See* Docket Entry 147. Subject to the Court's resolution of that motion, the County is prepared to proceed with expert discovery on damages in accordance with the schedule set in Your Honor's October 1, 2026 Order.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/Kevin W. Murray*
Jonathan L. Sulds
Kathryn C. Cole
Paige D. Bartholomew
Zachary A. Pestine (*pro hac vice*)
Kevin W. Murray